# __EXHIBIT A__

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

In Re Application Of

MARIA FERNANDA RIGAIL PONS,

              Applicant

pursuant to 28 U.S.C. § 1782
For Judicial Assistance in Obtaining
Evidence For Use in Foreign and International
Proceedings.

---

## DECLARATION OF MARIA FERNANDA RIGAIL PONS IN SUPPORT OF HER APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

I, the undersigned, **MARIA FERNANDA RIGAIL PONS**, under oath and penalty of perjury, pursuant to 28 U.S.C. § 1746, declares the following:

1.    I am over the age of 18 and, except otherwise noted, provide this Declaration based on my own personal knowledge.

2.    Although I understand and speak English, I make this Declaration with the aid of a translator, because I am not familiar with some legal terms and other technical words. This Declaration has also been read back to me in my native language of Spanish and I can attest that the contents of this declaration are true to the best of my knowledge.

3.    I submit this Declaration pursuant to 28 U.S.C. § 1782, in support of an Application For Judicial Assistance in Obtaining Evidence for Use in Foreign and International Proceedings (the "Application"). Specifically, the evidence sought through the Application is for use in case number 17203-2016-06477 (the "Foreign Proceeding"), which is currently pending before the Court of Families, Women, Children and Adolescents of the Mariscal Sucre Parish of



the Metropolitan District of Quito, Province of Pichincha, Republic of Ecuador (the "Ecuador Family Court"). The Foreign Proceeding stems from the dissolution of my marriage to Carlos Alberto Avellán Areta ("Avellán") and the dissolution of the marital estate.[1]

4.      The Foreign Proceeding is a proceeding for inventory and appraisal of marital assets, with the goal of achieving a just and equitable distribution of the marital assets.

5.      Prior to commencement of the Foreign Proceeding, and as required by Ecuadorian law, the Ecuador Family Court entered a judgement  dissolving the marriage between Avellán and me, and declaring that all assets, proceeds, shares and trusts acquired up to that date are marital assets.

6.      Avellán has not fully disclosed his assets in the Foreign Proceeding despite having an obligation to make such full disclosure.

7.      Because Avellán has failed to fully disclose his assets in the Foreign Proceeding, I require assistance from this Court to obtain documents and testimony from various entities located or found in this District, which, upon information and belief, either hold or have information regarding Avellán's assets.

8.      Specifically, I request documentary and/or testimonial evidence from the following entities found in this District:

    a.      UBS Financial Services Inc., which regularly transacts business in the Southern District of Florida and is believed to be headquartered at 100 SE 2nd St. 24th Floor, Suite 2500, Miami, FL, 33131.

---

[1]      Ecuadorian family law allows for dissolution of the marital community property without dissolution of the marriage. In this case, one proceeding dissolved the marital estate and a separate proceeding dissolved the marriage.

*FR*

b.     UBS AG, which regularly transacts business in the Southern District of Florida and is believed to be headquartered at 701 Brickell Avenue, #3250, Miami, Florida 33131.

c.     CA Indosuez Wealth, which regularly transacts business in the Southern District of Florida and is believed to be headquartered at 600 Brickell Avenue 37th Floor, Miami, Florida 33131.

d.     Amke Registered Agents, LLC; which regularly transacts business in the Southern District of Florida and is believed to be headquartered at One SE 3rd Avenue, Suite 2250, Miami, Florida 33131.

e.     Mr. Phillippe Larmier, who is currently the Deputy General Manager at the Miami branch of Credit Agricole Private Bank, is believed to have been Avellán's financial advisor since at least 2002, and appears to reside in this District.

Collectively, I refer to the entities and individuals listed in this paragraph as the "Discovery Targets."

9.     I have reason to believe my ex-husband, Avellán, has hidden marital assets such as accounts, interests in companies, investments, and trusts through corporate structures. I also have reason to believe that Avellán's shares in foreign companies, which are part of the marital estate, are held in trust in an attempt to hide Avellán's assets and ensure the anonymity of his holdings.

10.     I have reason to believe that Avellán transferred marital assets to some of his family members, including, but not limited to his daughters, Carla Avellán Pinto and Camila

-3-

FR

María Avellán Pinto and to his three siblings, Juan José Avellán Arteta, Patricia Avellán Arteta, and Felipe Avellán Arteta.

11.    To the best of my knowledge and belief, Avellán resides and is domiciled in the Quito, Republic of Ecuador.

## I.    FACTUAL BACKGROUND REGARDING THE NATURE OF THE FOREIGN PROCEEDING

12.    On December 18, 1999, I married Carlos Alberto Avellán Arteta, in a civil ceremony in the city of Quito, Ecuador. Although we had children from previous marriages, we did not have children of our own.

13.    During the marriage, we developed multiple successful businesses in the steel industry, including in Ecuador, the United States, and some countries in Central America.

14.    As the years passed, the marital relationship deteriorated, until October 29, 2015, when Avellán filed for the dissolution of the marriage (Case No. 17203-2015-15757) before the Ecuador Family Court.

15.    On December 15, 2015, I filed for dissolution of the marital estate (Case No. 17203-2015-17998) in the same court.

16.    On March 21, 2016, the Ecuador Family Court entered a judgment in case number 17203-2015-17998, dissolving the marital estate and declaring that all assets, proceeds, shares and trusts acquired up to that date were marital assets. That judgment was duly registered in Ecuador on April 20, 2016.

17.    On May 6, 2016, I filed the Foreign Proceeding for inventory and appraisal of the marital assets (Case No. 17203-2016-06477) before the Ecuador Family Court. Now, three years later, Foreign Proceeding is still pending.

*FR*

18.     I am advised by my attorneys in Ecuador that, under article 171 and subsequent articles in the Ecuadorian Civil Code, after subtracting the liabilities attached to the marital estate, the remaining marital assets are divided into two parts, with each spouse receiving fifty percent (50%).

19.     I am further advised by Ecuadorian counsel that, under article 157 of the Ecuadorian Civil Code, the marital estate under the marital community property regime consists of the salaries, proceeds, earnings, pensions, interests, profits, monies, fungible goods, furniture, and all other assets accrued over the term of the marriage.

20.     Under Article 191 of the Ecuadorian Civil Code, once the marital estate has been dissolved, the marital assets shall be inventoried and appraised. Under Ecuadorian law, once the inventory proceedings are concluded, partition proceedings are undertaken for the judge to equitably distribute the marital assets between the spouses.

21.     During the Foreign Proceeding, I presented information related to the companies, accounts, and assets in Ecuador that are considered part of the marital estate.

22.     During the Foreign Proceeding, I requested that Avellán deliver all information related to companies, accounts, trusts, investments, and other assets abroad which, as of this date, he has not provided to the Ecuador Family Court.

## II.     EVIDENCE SOUGHT RELATING TO AVELLÁN'S UNDISCLOSED ASSETS

23.     The Ecuador Family Court requires full disclosure of the marital assets so that it is able to distribute such assets in a just and equitable manner.

24.     Avellán has made no effort to cooperate in making full disclosure of the marital assets. He argues that all of the companies, accounts, trusts, investments, and other assets outside of Ecuador belong to his daughters, Carla Avellán Pinto y Camila María Avellán Pinto.

25.     Upon information and belief, my ex-husband, Avellán, has hidden marital assets such as accounts, interests in companies, investments, and trusts through corporate structures. Moreover, I have reason to believe that Avellán holds his shares in foreign companies (which are part of the marital estate) through a trust in order to guarantee the anonymity and management of his asset holdings. Lastly, as previously mentioned, Avellán transferred some of his assets to certain family members.

26.     In or about August 2014, in the marital home I shared with Avellán until the end of our marriage, I found several documents that show that Avellán owns, either directly or indirectly, at least part of several companies, including, but not limited to: (i) Acería del Ecuador C.A. ("ADELCA"); (ii) Inversiones Alabamas Corporation Ltd. ("Inversiones Alabamas"); (iii) Kona Marketing Limited ("Kona"); (iv) Eldine Trading Limited ("Eldine"); and (v) Honaker Corporation ("Honaker"). I will refer to these companies collectively hereinafter as the "Undisclosed Companies."

27.     There is additional evidence publicly available at the Superintendence of Companies of the Republic of Ecuador (the "Superintendence") that shows that Avellán is the ultimate beneficial owner, either in whole or in part, of the Undisclosed Companies.

**A.      Acería del Ecuador C.A. and its Shareholders**

28.     ADELCA is one of the most important steel companies in Ecuador. Upon information and belief, Avellán owns part of ADELCA through at least two foreign companies, as described below.

29.     For seven years, from 2010 to 2016, Avellán filed annual registration forms in his capacity as legal representative of ADELCA, which stated that Inversiones Alabama and Singletary Holdings, LLC, among others, were foreign shareholders of ADELCA.

30.     In fact, public records available at the Superintendence show that Avellán declared himself to be the legal representative *and* sole shareholders of Inversiones Alabamas until 2016, when Avellán became legally obligated to disclose all of his assets before the Ecuador Family Court in the Foreign Proceeding. True and correct copies of the declarations listing Avellán as sole shareholder of Inversiones Alabamas are attached as **Composite Exhibit A**.

31.     Not surprisingly, on August 11, 2016 (after I commenced the Foreign Proceedings), Avellán's brother, Felipe Avellán Arteta, sent a letter to the Superintendence on behalf of ADELCA stating that, since 2010, Avellán had "mistakenly" declared himself to be the sole shareholder of Inversiones Alabamas (for seven years in a row) when, in reality, his daughters had always been the only shareholders of that entity.

32.     Not only is Avellán a beneficial owner of ADELCA through Inversiones Alabama, but he also controls at least one of ADELCA's bank accounts. For example, I obtained a letter dated March 5, 2015 (made to the attention of its Credit Agricole Private Bank's Vice President, Mr. Philippe Larmier), in which Avellán instructs Credit Agricole Private Bank to debit $500,000 from ADELCA's account in favor of a third party. A copy of the March 5, 2015 letter is attached as **Exhibit B**. Specifically, Avellán instructed Credit Agricole Private Bank to transfer $500,000.00 to Claudia Marcela Rigail in order to repay a personal loan. Therefore, it appears that Avellán uses ADELCA's bank account at Credit Agricole Private Bank to pay for personal expenses.

33.     In addition, public records from the Superintendence show that the company Singletary Holdings, LLC ("Singletary Holdings") is a foreign shareholder of ADELCA and owns a significant percentage of shareholding interest in the share capital of this Ecuadorian

FR

company. ADELCA's Shareholders Register on file with the Superintendence is attached hereto as **Exhibit C**.

34.     Upon information and belief, Avellán is the beneficial owner of Singletary Holdings, a company legally incorporated in the State of Delaware on November 6, 2018, as number 4620515. Singletary Holdings appears to be represented by its sole director, Amke Registered Agents, LLC, a limited liability corporation organized under the laws of the State of Florida, according to documents obtained from the Superintendence and attached hereto as **Exhibit D**.

35.     Relevantly, Avellán did not disclose any interest in or ownership of ADELCA, Inversiones Alabamas, or Singletary Holdings in the Foreign Proceeding or in any other proceeding before the Ecuador Family Court.

36.     Given that ADELCA appears to have a bank account at Credit Agricole Private Bank that Avellán uses to pay for personal expenses, Credit Agricole Private Bank[2] should have information and/or documents in its possession, custody, or control regarding Avellán's undisclosed marital assets, including, but not limited to Avellán's interest in and assets held through ADELCA. In addition, Credit Agricole Private Bank may have information and/or documents showing other monies that flowed from ADELCA to other undisclosed companies owned by Avellán, which would be relevant in the Foreign Proceeding for purposes of achieving the proper distribution of the marital assets.

---

[2]     Credit Agricole Private Bank operates in Miami through an entity called CA Indosuez Wealth, which is located at 600 Brickell Avenue, 37th Floor, Miami, Florida 33131, and is part of Credit Agricole Group's "global network." <u>See</u> <u>https://www.ca-indosuez.com/group/en/global-network</u>

37.     Similarly, Amke Registered Agents, LLC is believed to have information and/or documents in its possession, custody, or control regarding Avellán's undisclosed marital assets, including, but not limited to Avellán's interest in and assets held through Singletary Holdings.

**B.     Kona Marketing Limited**

38.     Other documents found in the marital home in August 2014, show that Avellán owns at least 25% Kona Marketing Limited, an entity formed in 2002 in the BVI. However, Avellán did not disclose his ownership of Kona in the Foreign Proceeding or any other proceeding before the Ecuador Family Court.

39.     On or about May 31, 2002, Mr. Philippe Larmier, then First Vice President of Credit Lyonnais, sent a letter (the "Lyonnais Letter") to Avellán confirming that an account for Kona had been opened and advising that Kona's articles of association were being drafted and would be received in a few days.  The Lyonnais Letter goes on to explain that Kona was being created in BVI in order to ensure that the management of Avelláns financial resources remained confidential and, to that end, attorneys from TridentTrust Services would act as nominee shareholders for Avellán and three other family members who were the ultimate beneficial owners of Kona. The Lyonnais Letter was accompanies by a Declaration of Trust, which formalized the arrangement by which four attorneys from TridentTrust Services held 25% each of Kona's shares in trust for Avellán and his family members. The Lyonnais Letter and the Declaration of Trust are attached hereto as **Exhibit E**.

40.     Upon information and belief, Mr. Phillipe Larmier, former First Vice President of Credit Lyonnais, has been Avellán's business and financial advisor since at least 2002. When Credit Lyonnais was acquired by the Credit Agricole Group in 2003,[3] Mr. Larmier continued to

---

have a professional relationship with Avellán through Credit Agricole Private Bank in Miami. Therefore, Mr. Larmier has personal knowledge (not only as an agent of his employers, Credit Lyonnais Bank and Credit Agricole Private Bank, but in his individual capacity) regarding Avellán's interest in the aforementioned companies, trust, investments, and accounts, which are marital assets.

41.    Accordingly, CA Indosuez Wealth Management may have additional information and documents in its possession, custody, or control regarding Avellán's relationship with Credit Lyonnais and Credit Agricole Private Bank, as well as about Avellán's undisclosed marital assets, including, but not limited to Avellán's interest in Kona.

**C.    Eldine Trading Limited**

42.    Additional documents found in the marital home in August 2014, including a copy of a bank statement from UBS Financial Services, Inc. for an account in the name of Eldine Trading Limited, as well as a copy of the debit card associated with that account, show that Avellán has an interest in or owns Eldine Trading. A true and correct copy of the UBS statement and the associated debit card are attached as **Composite Exhibit F**.

43.    Based on those documents, I believe Avellán is the beneficial owner of Eldine Trading. During our marriage, Avellán often used the debit card associated with Eldine Trading's bank account to pay for our personal expenses in Ecuador and abroad.

---

[3]    Relevantly, in 2003, Credit Agricole Group acquired Credit Lyonnais and a number of its foreign offices. Subsequently, in 2011, Credit Agricole Group brought all of its wealth management activities under one holding company to allow for the "implementation of a cross-business organisation." Credit Agricole Group operates in Miami through its affiliate and/or subsidiary, CA Indosuez Wealth Management. See https://www.ca-indosuez.com/group/en/group-profile/our-story/our-heritage/next-step-in-the-merger-of-the-credit-agricole-group-s-private-wealth-management-businesses

FR

44.     Avellán has not disclosed his interest in or ownership Eldine Trading in the Foreign Proceeding or in any other proceeding before the Ecuador Family Court.

45.     The Eldine Trading account statement shows transactions that occurred before April 20, 2016, when the judgment dissolving the marital estate was registered. Therefore, UBS Financial Services should have information relevant to determine the assets that should be included in the marital estate for purposes of the Foreign Proceeding.

46.     Based on this information, UBS Financial Services and/or UBS International Inc. may have additional information and documents in their possession, custody, or control regarding Avellán's undisclosed marital assets, including, but not limited to Avellán's interest in and/or ownership of Eldine Trading, which are necessary for the Ecuador Family Court to accomplish the distribution of the entirety of the marital assets.

**D.      Honaker Corporation**

47.     In or about August 2014, in the marital home I shared with Avellán, I also found copies of checks issued from an account in the name of Honaker Corporation at Credit Lyonnais Bank and signed by Avellán.

48.     Based on these documents, I believe Avellán is the beneficial owner of Honaker Corporation. During our marriage, Avellán used checks like the ones I found issued from Honaker's account at Credit Lyonnais, to cover our personal expenses while in Ecuador and abroad.

49.     Other documents show that Honaker had a business relationship with another bank in Miami: Credit Agricole Miami Private Bank. For example, attached as **Exhibit G** is a letter written by my ex-husband, Avellán, dated May 10, 2012, and addressed to Philippe Larmier at Credit Agricole Miami Private Bank (the "Credit Agricole Letter"). The Credit

FR

Agricole Letter, which was purportedly transmitted via fax at (305) 577-8925, authorized the transfer of funds Honaker Corporation's account at Credit Agricole Miami Private Bank to Flowertrade, Inc.'s bank account at Helm Bank.

50.    The transaction referenced in the Credit Agricole Letter predates the date of the judgment of dissolution. Therefore, CA Indosuez Wealth (the legal entity through which Credit Agricole Private Bank operates in Miami) may have additional information and/or documents in its possession, custody, or control necessary to determine the assets that should be included in the marital estate for purposes of the Foreign Proceeding.

51.    Avellán has not disclosed his interest in or ownership Honaker Corporation to the Ecuador Family Court.

52.    Accordingly, it is necessary to seek additional information from CA Indosuez Wealth, which appears to have additional information and documents in its possession, custody, or control regarding Avellán's relationship with Credit Lyonnais and Credit Agricole Miami Private Bank, as well as Avellán's undisclosed marital assets, including, but not limited to Avellán's interest in and assets held through Honaker Corporation.

**IV.    RELEVANCE OF THE REQUESTED DISCOVERY**

53.    I seek assistance from the United States District Court for the Southern District of Florida to obtain relevant and probative documentary and testimonial evidence from the Discovery Targets for use in the Foreign Proceeding.

54.    As described above, I have obtained documents showing that Avellán owns substantial assets that he has failed to disclose to the Ecuador Family Court. For this reason, it is prudent to seek documentary and testimonial evidence from the Discovery Targets, which, as

*F R*

described above have had a role in advising and/or assisting Avellán in creating the Undisclosed Companies through which he holds assets.

55.      This evidence is necessary to ascertain the existence martial assets located outside of Ecuador, given Avellán's failure to provide a full accounting of his assets to the Ecuador Family Court in the Foreign Proceeding or any other proceeding related to the dissolution of our marriage and the marital estate.

56.      The Discovery Targets are entities and/or individuals that reside or are found in this District, and as such, are proper discovery targets pursuant to 28 U.S.C. § 1782.

57.      The Discovery Targets are not parties to the Foreign Proceeding, nor are they expected to become parties to the Foreign Proceeding.

58.      Further, there is no indication the Ecuador Family Court, would not be receptive to the documentary and testimonial evidence sought.

59.      I am advised by my Ecuadorian counsel that such evidence will likely be admissible before the Ecuador Family Court, and that my Application does not does not circumvent any proof-gathering restriction under Ecuadorian law.

60.      The discovery sought to be served on the Discovery Target is not intrusive or unduly burdensome.

V.      **CONCLUSION**

61.      In light of the foregoing, I respectfully submit that all of the requirements for the Application pursuant to  28 U.S.C. § 1782 are met:

    a.      The Discovery Targets reside and are found in this District;

    b.      I am an "interested person" within the meaning of the statute;

    c.      I seek to obtain documents and testimony for use in a foreign proceeding;

FR

      d.     The Discovery Targets have relevant and important information concerning the Inventory Proceeding pending before the Ecuador Family Court; and

      e.     I have not made any previous Applications for this relief in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _31_ day of __July__ 2019, in __QUITO, ECUADOR__.

Signed: __Fernanda Rigail__

Maria Fernanda Rigail Pons

-14-

# **<u>COMPOSITE EXHIBIT A</u>**

**CERTIFIED TRANSLATION**

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Composite Exhibit A - 1782 Declaration (00304906x9F5D7)"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: July 31, 2019

_____
Wolf Markowitz

[handwritten:] *14195*

[logo:] *adelca*
**ACERÍA DEL ECUADOR C.A.**

Messrs.
Companies Superintendence          [stamp:] **SCAN**          [stamp:] SC Companies Superintendence
City.                                                                              17 MAY 2010 [;] [handwritten:] Rocío M. [illegible]
                                                                                        Companies Registry

Dear Sirs:

I, Carlos Alberto Avellán, in my capacity as legal representative of the company ACERIA DEL ECUADOR C.A. ADELCA, by virtue of the terms given in Resolution SC.SG.DRS.G.09.02 of the Companies Superintendence, published in the supplement to official registry number 37 of September 30, 2009, attach hereto information corresponding to the year 2010 for the following foreign companies:

- Basic Material Investments LLC
- Elerayna Bay LTD
- Hard Steel LLC
- Inversiones Alabamas CORP
- Inversiones Panamaribo S.A.
- Singletary Holdings LLC

Such companies which are shareholders of the company ACERIA DEL ECUADOR C.A. ADELCA.

Sincerely,

[signature]
Carlos Alberto Avellán
C.C. 170271952-5

                                          [handwritten:] *Registered information year*

*2010*

                                          [initials] [illegible]

┌─────────────────────────┐
│ [stamp:] SC Companies   │
│ Superintendence         │
│ 17 MAY 2010             │
│ CAU                     │
└─────────────────────────┘

**www.adelca.com**

**QUITO HEAD OFFICE**
AV Naciones Unidas 4014 y Av Amazonas
Torre A Piso 11 Oficina 1102
PBX: (593 2) 225 0500
Fax: (593 2) 245 0509 and 245 7614
[illegible] 17-01-2209

**ALOAG – PLANT**
Km 1 [illegible] via Santao Domingo
PBX (593 2) 395 8100
Fax (593 2) 398 8130 [illegible]

**GUAYAQUIL**
Km 10 [illegible]
Telefax: (593 4) 211 0414
211 0455 211 0852
211 0952 [illegible]

**CUENCA**
Panamericana Norte Km 13 ½
Telefas (593 7) 249 0044 / 249 0052
249 0042
Cell: 095 653 968 / 095 [illegible]

**PORTOVIEJO**
Km 4 [illegible]
Phone (593 5) 293 2580
293 2526 Cell: 098 021158
092 002990

**SANTO DOMINGO**
Km [illegible]
Phone: (593 2) 274 4146
395 0180 / 386 8181
Cell: 095 650931

**AMBATO**
[illegible] Panamericana [illegible]
Phone: (593 3) [illegible]
[illegible]

**LOJA**
Via [illegible]
[illegible]
Cell: 099026256

**REPUBLIC OF ECUADOR**

[logo:] SC Companies Superintendence

[stamp:] **SCAN**

**LIST OF PARTNERS OR SHAREHOLDERS OF A FOREIGN COMPANY WHICH IN TURN IS A PARTNER OR SHAREHOLDER OF AN ECUADOREAN COMPANY**

---

**1. ECUADOREAN COMPANY**

NAME: ACERIA DEL ECUADOR C.A. ADELCA

FILE NUMBER: 2

NAME AND POSITION OF LEGAL REPRESENTATIVE: CARLOS AVELLAN ARTETA, PRESIDENT

**2. FOREIGN COMPANY THAT IS SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

NAME: INVERSIONES ALABAMAS CORP.

NATIONALITY OF THE FOREIGN COMPANY: BRITISH VIRGIN ISLANDS

ADDRESS: P.O. BOX 3152 ROAD TOWN, TORTOLA

NOTE 1 – This form must be accompanied by certification issued by the corresponding authority of the country of origin or the Ecuadorean Consul, verifying that the company in question is legally in existence in said country.

**3. LOCAL AGENT OF THE FOREIGN COMPANY THAT IS SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

FULL NAME: CARLOS AVELLAN ARTETA

NATIONALITY: ECUADOREAN

PERSONAL IDENTIFICATION NUMBER: 1702719525

ADDRESS: NACIONES UNIDAS 1014 Y AMAZONAS

**REPUBLIC OF ECUADOR**

[logo:] SC Companies Superintendence

**4. INFORMATION ON THE PARTNERS OR SHAREHOLDERS OF THE FOREIGN COMPANY**

| No. | Full Name | Marital Status | Nationality | Address |
|---|---|---|---|---|
| 1 | CARLOS AVELLAN ARTETA | MARRIED | ECUADOREAN | NACIONES UNIDAS 1014 Y AMAZONAS |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |

SIGNATURE OF THE LEGAL REPRESENTATIVE,
ADMINISTRATIVE SECRETARY, OR OFFICIAL OF THE
FOREIGN COMPANY OR LOCAL AGENT

Note 2. If this form is given abroad, it must be authenticated by the Ecuadorean consul or apostilled.

DATE OF SUBMISSION _____ _____ _____
                                          YEAR     MONTH     DAY

THIS FORM WILL NOT BE ACCEPTED IF IT INCLUDES AMENDMENTS OR DELETIONS.

[logo:] *adelca*

**ACERÍA DEL ECUADOR C.A.**

[handwritten:] *29077*

[stamp, illegible]

Quito, May 24, 2011

[stamp:] **SCAN**

Messrs.

**COMPANIES SUPERINTENDENCE**          [stamp:] SC Companies Superintendence

City.                                                          [illegible] 2011

                                                               CAU

Dear Sirs:

I, Carlos Alberto Avellán, in my capacity as General Manager of GERACERO GERENCIA EN ACERO S.A., which is in turn the President and legal representative of the company **ACERÍA DEL ECUADOR C.A. ADELCA**, by virtue of the terms given in Resolution SC.SG.DRS.G.09.02 of the Companies Superintendence, published in the supplement to official registry number 37 of September 30, 2009, attach hereto information on the foreign company INVERSIONES ALABAMA CORPORATION, a shareholder of the company I represent.

The information attached corresponds to the year 2011.

Sincerely,

**By: ACERÍA DEL ECUADOR C.A. ADELCA**

[signature]

Carlos Alberto Avellán Arteta

GERACERO GERENCIA EN ACERO S.A.

President

[handwritten:] Registry of foreign company 2010

[signature]

[handwritten:] *06/09/2011*

**www.adelca.com**

| | | | |
|---|---|---|---|
| **CUMBAYA HEAD OFFICE** | **GUAYAQUIL** | **PORTOVIEJO** | **AMBATO** |
| Calle del Estabio Lote 50 y Calle Charro | Km 10 [illegible] | Via Portoviejo [illegible] | [illegible] Panamericana Norte SN |
| Edificio Site Center Cumbaya | Telefax: (593 4) 211 0414 | Phone (593 5) 293 2695 | Phone: (593 3) [illegible] |
| Phone: (593 2) 3801 321 / 3801 326 | 211 0466  211 0952 | 293 2526 Cell: 098 021158 | [illegible] |
| | 211 0952 [illegible] | 092 002990 | |
| **ALOAG – PLANT** | **CUENCA** | **SANTO DOMINGO** | **LOJA** |
| Km 1 [illegible] via Santo Domingo | Panamericana Norte Km 13 ½ | Km 7 Vía [illegible] | Via [illegible] |
| PBX (593 2) 396 8100 | Telefas (593 7) 249 0044 / 249 0052 | Phone: (593 2) 274 4148 | Sector El Belén |
| Fax (593 2) 396 8130 -1 – 2 | 249 0042 | 398 0180 / 398 8191 | Cell: 093 528256 |
| | Cell: 095 653 968 / 095 [illegible] | Cell: 095 650931 | |

**REPUBLIC OF ECUADOR**

[logo:] SC Companies Superintendence

**4. INFORMATION ON THE PARTNERS OR SHAREHOLDERS OF THE FOREIGN COMPANY**

| No. | Full Name | Marital Status | Nationality | Address |
|---|---|---|---|---|
| 1 | CARLOS AVELLAN ARTETA | MARRIED | ECUADOREAN | CALLE ESTABLO LOTE 50 Y CHARRO |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |

_____ [signature] _____
SIGNATURE OF THE LEGAL REPRESENTATIVE,
ADMINISTRATIVE SECRETARY, OR OFFICIAL OF THE
FOREIGN COMPANY OR LOCAL AGENT

Note 2. If this form is given abroad, it must be authenticated by the Ecuadorean consul or apostilled.

DATE OF SUBMISSION ___2011___ ___02___ ___28___
YEAR    MONTH    DAY

THIS FORM WILL NOT BE ACCEPTED IF IT INCLUDES AMENDMENTS OR DELETIONS.

**REPUBLIC OF ECUADOR**

[logo:] SC Companies Superintendence

**LIST OF PARTNERS OR SHAREHOLDERS OF A FOREIGN COMPANY WHICH IN TURN IS A PARTNER OR SHAREHOLDER OF AN ECUADOREAN COMPANY**

**1. ECUADOREAN COMPANY**

NAME: ACERIA DEL ECUADOR C.A. ADELCA

FILE NUMBER: 2

NAME AND POSITION OF LEGAL REPRESENTATIVE: FELIPE AVELLAN, PRESIDENT

**2. FOREIGN COMPANY THAT IS SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

NAME: INVERSIONES ALABAMAS CORP.

NATIONALITY OF THE FOREIGN COMPANY: VIRGIN ISLANDS

ADDRESS: ROAD TOWN, TORTOLE, BRITISH VIRGIN ISLANDS

NOTE 1 – This form must be accompanied by certification issued by the corresponding authority of the country of origin or the Ecuadorean Consul, verifying that the company in question is legally in existence in said country.

**3. LOCAL AGENT OF THE FOREIGN COMPANY THAT IS SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

FULL NAME: CARLOS ALBERTO AVELLAN ARTETA

NATIONALITY: ECUADOREAN

PERSONAL IDENTIFICATION NUMBER: 170271952-5

ADDRESS: CALLE ESTABLO LOTE 50 Y CHARRO – EDIFICIO SITE CENTER CUMBAYA

[logo:] *adelca*
**ACERÍA DEL ECUADOR C.A.**

[stamp:] **SCAN**

Quito, June 25, 2012

Messrs.
**COMPANIES SUPERINTENDENCE**                    [stamp:] SC Companies Superintendence
City.                                                                          03 AUG 2012
                                                                                    CAU

    Re: File No 2 - 1963

Attached please find the documentation relating to the information and documents of the foreign shareholders of the Company ACERIA DEL ECUADOR CA ADELCA, pursuant to the provisions from the Law Reforming the Companies Law published in Official Registry No. 676 of April 4, 2012.

Sincerely,

[signature]
Felipe Xavier Avellán Arteta
General Manager ADMIACERO ADMINISTRADORA DE EMPRESAS DEL ACERO S.A.
LEGAL REPRESENTATIVE OF:
ACERIA DEL ECUADOR CA ADELCA

[handwritten:]  *Registry of foreign company*
                      *year 2011*
                      *08/06/2012*

**www.adelca.com**

**CUMBAYA HEAD OFFICE**
Calle del Establo Lote 50 y del Charro
Edificio Site Center Cumbaya
Torre I Piso I Oficina 108
Phone: (593 2) 380 1321

**ALOAG – PLANT**
Via Aloag Santo Domingo Km 1 ½
PBX (593 2) 398 8100
Fax (593 2) 396 8138 -1 – 2

**GUAYAQUIL**
Km 10 ½ Via a [illegible]
Phone: (593 4) 213 486 / 213 852
213 882
Front Desk: 09-04-129

**CUENCA**
Panamericana Norte Km 13 ½
Telefax (593 7) 248 0042 / 249 0044
248 0052

**PORTOVIEJO**
Via Portoviejo [illegible]
Parque Industrial [illegible]
Phone [illegible]
Cell: [illegible]

**SANTO DOMINGO**
Km 7 Vía [illegible]
Phone: (593 2) 274 4146 / [illegible]
398 8191 Cell: 085 650931

**AMBATO**
[illegible] Panamericana Norte SN
Phone: (593 3) [illegible]
[illegible]

**LOJA**
Via [illegible]
Sector El Belén
Phone: [illegible]

REPUBLIC OF ECUADOR

[logo:] SC Companies Superintendence                              [stamp:] **SCAN**

**LIST OF SHAREHOLDERS OR PARTNERS OF A FOREIGN COMPANY THAT IS IN TURN A SHAREHOLDER OR PARTNER OF AN ECUADOREAN COMPANY**

**1. ECUADOREAN COMPANY**

**NAME:** ACERÍA DEL ECUADOR C.A. ADELCA

**FILE NUMBER:** 2

**NAME AND POSITION OF LEGAL REPRESENTATIVE:** GERACERO GERENCIA EN ACERO S.A., PRESIDENT

**2. FOREIGN COMPANY THAT IS A SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

**NAME:** INVERSIONES ALABAMA CORPORATION

**NATIONALITY OF THE FOREIGN COMPANY:** BRITISH VIRGIN ISLANDS

**ADDRESS:** P.O. BOX 3152 ROAD TOWN, TORTOLA

NOTE 1. This form must be accompanied by certification issued by the corresponding authority of the country of origin or the Ecuadorean Consul, verifying that the company in question is legally in existence in said country.

**3. LOCAL AGENT OF THE FOREIGN COMPANY THAT IS A SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

**FULL NAME:** CARLOS ALBERTO AVELLAN ARTETA

**NATIONALITY:** ECUADOREAN

**PERSONAL IDENTIFICATION NUMBER:** 170271952-5

**ADDRESS:** NACIONES UNIDAS 1014 Y AMAZONAS, QUITO, ECUADOR

**REPUBLIC OF ECUADOR**

[logo:] SC Companies Superintendence

[stamp:] **SCAN**

**4. INFORMATION ON THE PARTNERS OR SHAREHOLDERS OF THE FOREIGN COMPANY**

| No. | Full Name | Marital Status | Nationality | Address |
|-----|-----------|----------------|-------------|---------|
| 1 | CARLOS ALBERTO AVELLAN ARTETA | MARRIED | ECUADOREAN | NACIONES UNIDAS 1014 Y AMAZONAS |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

_____[signature]_____
SIGNATURE OF THE LEGAL REPRESENTATIVE,
ADMINISTRATIVE SECRETARY, OR OFFICIAL OF
THE FOREIGN COMPANY OR LOCAL AGENT

Note 2. If this form is given abroad, it must be authenticated by the Ecuadorean consul or apostilled.

DATE OF SUBMISSION __2012__  __07___  __19___
                       YEAR   MONTH   DAY

[handwritten:] *14144*

Quito, February 27, 2013

[stamp:] **SCAN**

Messrs.
**COMPANIES SUPERINTENDENCE**          [stamp:] SC Companies Superintendence
City.                                                             27 MAR 2013
                                                                        CAU

      Re: File No 2 - 1963

Attached please find the documentation relating to the information and documents of the foreign shareholders of the Company ACERIA DEL ECUADOR CA ADELCA, pursuant to the provisions from the Law Reforming the Companies Law published in Official Registry No. 676 of April 4, 2012.

Sincerely,

[signature]
Felipe Xavier Avellán Arteta
General Manager ADMIACERO ADMINISTRADORA DE EMPRESAS DEL ACERO S.A.
LEGAL REPRESENTATIVE OF:
ACERIA DEL ECUADOR CA ADELCA
[handwritten:] *1792272270001*

[handwritten:]   *OK. Documentation registered.*

[stamp:] **01 APR 2013**

**REPUBLIC OF ECUADOR**

[logo:] SC Companies Superintendence

**LIST OF SHAREHOLDERS OR PARTNERS OF A FOREIGN COMPANY THAT IS IN TURN A SHAREHOLDER OR PARTNER OF AN ECUADOREAN COMPANY**

**1. ECUADOREAN COMPANY**

**NAME:** ACERÍA DEL ECUADOR C.A. ADELCA

**FILE NUMBER:** 2

**NAME AND POSITION OF LEGAL REPRESENTATIVE:** GERACERO GERENCIA EN ACERO S.A., PRESIDENT

**2. FOREIGN COMPANY THAT IS A SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

**NAME:** INVERSIONES ALABAMA CORPORATION

**NATIONALITY OF THE FOREIGN COMPANY:** BRITISH VIRGIN ISLANDS

**ADDRESS:** P.O. BOX 3152 ROAD TOWN, TORTOLA

NOTE 1. This form must be accompanied by certification issued by the corresponding authority of the country of origin or the Ecuadorean Consul, verifying that the company in question is legally in existence in said country.

**3. LOCAL AGENT OF THE FOREIGN COMPANY THAT IS A SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

**FULL NAME:** CARLOS ALBERTO AVELLAN ARTETA

**NATIONALITY:** ECUADOREAN

**PERSONAL IDENTIFICATION NUMBER:** 170271952-5

**ADDRESS:** NACIONES UNIDAS 1014 Y AMAZONAS, QUITO, ECUADOR

**REPUBLIC OF ECUADOR**

[logo:] SC Companies Superintendence

**4. INFORMATION ON THE PARTNERS OR SHAREHOLDERS OF THE FOREIGN COMPANY**

| No. | Full Name | Marital Status | Nationality | Address |
|---|---|---|---|---|
| 1 | CARLOS ALBERTO AVELLAN ARTETA | MARRIED | ECUADOREAN | NACIONES UNIDAS 1014 Y AMAZONAS |
| 2 | [handwritten:] *1702719525* | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

_____[signature]_____
SIGNATURE OF THE LEGAL REPRESENTATIVE,
ADMINISTRATIVE SECRETARY, OR OFFICIAL OF
THE FOREIGN COMPANY OR LOCAL AGENT

Note 2. If this form is given abroad, it must be authenticated by the Ecuadorean consul or apostilled.

DATE OF SUBMISSION ___2013___  ___03___  ___27___
                              YEAR     MONTH    DAY

[logo:] **adelca**
Acería del Ecuador

[handwritten:] *10482*
[handwritten:] *I.O.P.*

Quito, February 10, 2014

Attorney
**Suad Mansur**
Companies Superintendent
**Companies Superintendence**
Hand-delivered.

[stamp:] **SCAN**

[stamp:] SC Companies Superintendence
RECEIVED
21 MAR 2014
CAU
 [signature]
Ms. Adela Villacís V. [;] C.A.U. - QUITO

Re: Information on foreign shareholders

ADELCA C.A. File: 2

Dear Sirs:

In adherence to the provisions from the Law Reforming the Companies Law, in regard to the information and documents to be submitted by commercial companies that have shareholders that are foreign companies, I attach hereto the following documentation for the company ACERIA DEL ECUADOR C.A. ADELCA:

- Legalization of the corporate documents of the company Basic Material Investments LLC
- Legalization of the corporate documents of the company Elerayna Bay LLC
- Legalization of the corporate documents of the company Inversiones Alabamas Corp.
- Legalization of the corporate documents of the company Inversiones Panamaribo S.A.
- Legalization of the corporate documents of the company Singletary Holdings LLC
- Legalization of the special power of attorney given by Basic Material Investments LLC to PBP Representaciones Cía Ltda

[handwritten:] *OK. Registered.*

www.adelca.com    [stamp:] **26 MAR 2014**

| | | | | | |
|---|---|---|---|---|---|
| **CUMBAYA MAIN OFFICE** [illegible] | **ALOAG – PLANT** [illegible] | **[illegible]** [illegible] | **CUENCA** [illegible] | **LOJA** [illegible] | **QUITO NORTH** [illegible] |
| **GUAYAQUIL** [illegible] | **[illegible]** [illegible] | **MANTA** [illegible] | **PORTOVIEJO** [illegible] | **QUEVEDO** [illegible] | **SANTO DOMINGO** [illegible] |

[logo:] **adelca**

Acería del Ecuador

- Legalization of the appointment of Director given by Elerayna Bay LLC to Felipe Avellán
- Legalization of the special power of attorney given by Inversiones Alabamas Corp. to Carlos Avellán
- Legalization of the special power of attorney given by Inversiones Panamaribo S.A. to Juan José Avellán Arteta
- Legalization of the special power of attorney given by Singletary Holdings LLC to Juan Manuel Marchán
- Forms regarding information on foreign shareholders of the company I represent

I will receive notifications at the offices of Pérez, Bustamante & Ponce, Abogados, Cía Ltda., located at Avenidas Réplic de El Salvador No. 1,082 y Naciones Unidas, in this City of Quito.

[handwritten:]   *OK. Documentation registered.*

[stamp:] **26 MAR 2014**

Sincerely,

By Acería del Ecuador C.A. ADELCA

[signature]

Felipe Avellán

General Manager

**Administradora de empresas del Acero Admiacero S.A.**

**President**

[handwritten:] *1792272270001*

www.adelca.com

| CUMBAYA MAIN OFFICE | ALOAG – PLANT | [illegible] | CUENCA | LOJA | QUITO NORTH |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

| GUAYAQUIL | [illegible] | MANTA | PORTOVIEJO | QUEVEDO | SANTO DOMINGO |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

**REPUBLIC OF ECUADOR**

[logo:] SC Companies Superintendence

**LIST OF SHAREHOLDERS OR PARTNERS OF A FOREIGN COMPANY THAT IS IN TURN A SHAREHOLDER OR PARTNER OF AN ECUADOREAN COMPANY**

**1. ECUADOREAN COMPANY**

**NAME:** ACERÍA DEL ECUADOR C.A. ADELCA

**FILE NUMBER:** 2

**NAME AND POSITION OF LEGAL REPRESENTATIVE:** GERACERO GERENCIA EN ACERO S.A., PRESIDENT

**2. FOREIGN COMPANY THAT IS A SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

**NAME:** INVERSIONES ALABAMA CORPORATION

**NATIONALITY OF THE FOREIGN COMPANY:** BRITISH VIRGIN ISLANDS

**ADDRESS:** P.O. BOX 3152 ROAD TOWN, TORTOLA

NOTE 1. This form must be accompanied by certification issued by the corresponding authority of the country of origin or the Ecuadorean Consul, verifying that the company in question is legally in existence in said country.

**3. LOCAL AGENT OF THE FOREIGN COMPANY THAT IS A SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

**FULL NAME:** CARLOS ALBERTO AVELLAN ARTETA

**NATIONALITY:** ECUADOREAN

**PERSONAL IDENTIFICATION NUMBER:** 170271952-5

**ADDRESS:** NACIONES UNIDAS 1014 Y AMAZONAS, QUITO, ECUADOR

**REPUBLIC OF ECUADOR**

[logo:] SC Companies Superintendence

**4. INFORMATION ON THE PARTNERS OR SHAREHOLDERS OF THE FOREIGN COMPANY**

| No. | Full Name | Marital Status | Nationality | Address |
|---|---|---|---|---|
| 1 | CARLOS ALBERTO AVELLAN ARTETA | MARRIED | ECUADOREAN | NACIONES UNIDAS 1014 Y AMAZONAS |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

_____[signature]_____
SIGNATURE OF THE LEGAL REPRESENTATIVE,
ADMINISTRATIVE SECRETARY, OR OFFICIAL OF
THE FOREIGN COMPANY OR LOCAL AGENT

Note 2. If this form is given abroad, it must be authenticated by the Ecuadorean consul or apostilled.

DATE OF SUBMISSION ___2014___ ___02___ ___24___
                          YEAR    MONTH    DAY

[barcode]

Invoice: 002-002-000017622                    20161701024O01824

EXCERPT OF COPY OF FILE No. 20161701024O01824

| ISSUING NOTARY: | 24th NOTARY OF THE CANTON OF QUITO |
|---|---|
| DATE: | DECEMBER 8, 2016 (16:47) |
| COPY OF CERTIFICATION: | 1 |
| ACT OR CONTRACT: | SIGNATURE AUTHENTICATION |

| ISSUERS | | | |
|---|---|---|---|
| ISSUED BY | | | |
| NAME/COMPANY NAME | TYPE OF INTERVENTION | IDENTITY DOCUMENT | IDENTIFICATION No. |
| AVELLAN ARTETA CARLOS ALBERTO | ON HIS OWN BEHALF | IDENTIFICATION CARD | 1702719525 |
| | | | |
| IN FAVOR OF | | | |
| NAME/COMPANY NAME | TYPE OF INTERVENTION | IDENTITY DOCUMENT | IDENTIFICATION No. |

| DATE OF ISSUANCE: | 04/17/2015 |
|---|---|
| NAME OF REQUESTOR: | |
| IDENTIFICATION No. OF REQUESTOR: | |

| REMARKS: |
|---|

[signature]

NOTARY FLOR DE MARIA RIVADENEIRA JACOME

NOTARY TWENTY-FOUR OF THE CANTON OF QUITO

[stamp:] NOTARY 25
OF THE CANTON OF QUITO
Dr Flor de María Rivadeneira Jácome

[stamp:] **BLANK SPACE**

[stamp:] **0003667**

**[barcode]**

Invoice: 002-002-000001640                                20151701024D00550

SIGNATURE AUTHENTICATION No. 20151701024D00550

In the city of QUITO on APRIL 17, 2015 (11:15 a.m.), before me, NOTARY PUBLIC FLOR DE MARIA RIVADENEIRA JACOME of the TWENTY-FOURTH NOTARY, appear(s) CARLOS ALBERTO AVELLAN ARTETA, REPRESENTING INVERSIONES ALABAMAS CORPORATION, bearer of IDENTIFICATION CARD 1702719525, ECUADOREAN national, MARRIED, of legal age, with residence in QUITO; who request(s) that I receive and authenticate his/her/their signature(s) and initials, which they will attach to the end of this document, assuming responsibility for the contents of said document. Having been duly identified by me, he/she/they freely and voluntarily proceed(s) to attach his/her/their signature(s) and initials at the end of the aforesaid document, in my presence, and so in application of the provisions from Article 18 Number 3 of the Notary Law, I attest that said signature(s) and initials are AUTHENTIC. A certified copy of this record is included in the respective book of this Notary.

[signature]

NOTARY FLOR DE MARIA RIVADENEIRA JACOME

NOTARY TWENTY-FOUR OF THE CANTON OF QUITO

[stamp:] **BLANK SPACE**

[stamp:] NOTARY 25
OF THE CANTON OF QUITO
Dr Flor de María Rivadeneira Jácome

[stamp:] **0003668**

[logo:] SC       Companies
                 Superintendence

### LIST OF PARTNERS OR SHAREHOLDERS OF A FOREIGN COMPANY WHICH IN TURN IS A PARTNER OR SHAREHOLDER OF AN ECUADOREAN COMPANY

**1. ECUADOREAN COMPANY**

NAME: ACERIA DEL ECUADOR C.A. ADELCA
FILE NUMBER: 2
NAME OF LEGAL REPRESENTATIVE: GERACERO GERENCIA EN ACERO S.A.
POSITION OF LEGAL REPRESENTATIVE: PRESIDENT

**2. FOREIGN COMPANY THAT IS SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

NAME: INVERSIONES ALABAMAS CORPORATION
NATIONALITY OF THE FOREIGN COMPANY: BRITISH VIRGIN ISLANDS
ADDRESS: P.O. BOX 3152 ROAD TOWN, TORTOLA

NOTE 1 – This form must be accompanied by certification issued by the corresponding authority of the country of origin or the Ecuadorean Consul, verifying that the company in question is legally in existence in said country.

**3. LOCAL AGENT OF THE FOREIGN COMPANY THAT IS SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

FULL NAME: CARLOS ALBERTO AVELLAN ARTETA
NATIONALITY: ECUADOREAN
PERSONAL IDENTIFICATION NUMBER: 1702719525
ADDRESS: AV. NACIONES UNIDAS 1014 Y AV. AMAZONAS

**4. INFORMATION ON THE PARTNERS OR SHAREHOLDERS OF THE FOREIGN COMPANY**

| No. | Full Name | Marital Status | Nationality | Address |
|-----|-----------|----------------|-------------|---------|
| 1 | CARLOS ALBERTO AVELLAN ARTETA | MARRIED | ECUADOREAN | AV. NACIONES UNIDAS 1014 Y AV. AMAZONAS |

**[signature]**
SIGNATURE OF THE LEGAL REPRESENTATIVE, ADMINISTRATIVE SECRETARY, OR OFFICIAL OF THE FOREIGN COMPANY OR LOCAL AGENT

DATE OF SUBMISSION _____ _____ _____
                     YEAR    MONTH    DAY

[stamp:] **0003669**

| | |
|---|---|
| [illegible]<br><br>CITIZENSHIP          170271958-5<br>AVELLAN ARTETA CARLOS ALBERTO<br>[illegible]/QUITO/GONZALEZ SUAREZ<br>[illegible] NOVEMBER 1950<br>[illegible]   005   0087 07451    M   [photograph]<br>[illegible]        QUITO<br>[illegible]        SUAREZ        1950<br>[signature] | ECUADOREAN          [illegible]<br>[illegible]<br>MARRIED    MARIA FERNANDA RIGAIL [illegible]<br>[illegible]<br>HIGHER          CIVIL ENGINEER<br>[illegible]<br>PATRICIO FELIPE AVELLAN<br>[illegible]<br>ROSARIO ARTETA<br>QUITO          03/17/2005<br>03/17/2017<br>          REN 1448975          [fingerprint]<br>[map]   [signature]          [illegible] |

---

[seal] [logo]          REPUBLIC OF ECUADOR
                    NATIONAL ELECTORAL COUNCIL
                        VOTING CERTIFICATE

[illegible] REFERENDUM AND BALLOT QUESTION

**123-0008          1702719525**
 NUMBER          IDENTIFICATION

**AVELLAN ARTETA CARLOS ALBERTO**

PICHINCHA          QUITO          [barcode]
PROVINCE          CANTON

BENALCAZAR          --
PARISH          ZONE

          [signature]
      BOARD PRESIDENT

[stamp:] **BLANK SPACE**

[stamp:] NOTARY 25
OF THE CANTON OF QUITO
Dr Flor de María Rivadeneira Jácome

**5**

[seal]

[seal:] FIFTH NOTARY
Quito – Ecuador

# FIFTH NOTARY

of the Metropolitan District of Quito

## *Dr. Alexandra Endara Muñoz*

NINTH
## COPY

Of public document of __NOTARIZATION OF POWER OF ATTORNEY__

_____

Given by _____INVERSIONES ALABAMAS CORPORATION_____

_____

Date given _____JULY 18, 2012_____

To _____

_____

Parish _____

Amount _____UNDETERMINED_____

Quito, on the _____20th of _____MARCH_____ of 202014___

Pasaje Guayas E3-111 y Amazonas (Ed. Guayas Planta Baja)

Phone 022264390 / 0999257259

QUITO – ECUADOR

## RECORD 20161701012D00258

[logo:] SC    Companies
           Superintendence

### LIST OF PARTNERS OR SHAREHOLDERS OF A FOREIGN COMPANY WHICH IN TURN IS A PARTNER OR SHAREHOLDER OF AN ECUADOREAN COMPANY

**1. ECUADOREAN COMPANY**

NAME: ACERIA DEL ECUADOR C.A. ADELCA
FILE NUMBER: 2
NAME OF LEGAL REPRESENTATIVE: GERACERO GERENCIA EN ACERO S.A.
POSITION OF LEGAL REPRESENTATIVE: PRESIDENT

**2. FOREIGN COMPANY THAT IS SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

NAME: INVERSIONES ALABAMAS CORPORATION
NATIONALITY OF THE FOREIGN COMPANY: BRITISH VIRGIN ISLANDS
ADDRESS: P.O. BOX 3152 ROAD TOWN, TORTOLA

NOTE 1 – This form must be accompanied by certification issued by the corresponding authority of the country of origin or the Ecuadorean Consul, verifying that the company in question is legally in existence in said country.

**3. LOCAL AGENT OF THE FOREIGN COMPANY THAT IS SHAREHOLDER OR PARTNER OF THE ECUADOREAN COMPANY**

FULL NAME: CARLOS ALBERTO AVELLAN ARTETA
NATIONALITY: ECUADOREAN
PERSONAL IDENTIFICATION NUMBER: 1702719525
ADDRESS: AV. NACIONES UNIDAS 1014 Y AV. AMAZONAS

**4. INFORMATION ON THE PARTNERS OR SHAREHOLDERS OF THE FOREIGN COMPANY**

| No. | Full Name | Marital Status | Nationality | Address |
|-----|-----------|----------------|-------------|---------|
| 1 | CARLOS ALBERTO AVELLAN ARTETA | MARRIED | ECUADOREAN | AV. NACIONES UNIDAS 1014 Y AV. AMAZONAS |

**[signature]**
SIGNATURE OF THE LEGAL REPRESENTATIVE,
ADMINISTRATIVE SECRETARY, OR OFFICIAL OF THE
FOREIGN COMPANY OR LOCAL AGENT

DATE OF SUBMISSION _____ _____ _____
                               YEAR    MONTH    DAY

[stamp:] TWELFTH NOTARY
QUITO ECUADOR
[signature]



**ACERÍA DEL ECUADOR C.A.**

Señores
Superintendencia de Compañías
Ciudad.-

Señores:

Carlos Alberto Avellán, en mi calidad de representante legal de la compañía ACERIA DEL ECUADOR C.A. ADELCA, en virtud de lo ordenado en la Resolución SC.SG.DRS.G.09.02 de la Superintendencia de Compañías, publicada en el suplemento del registro oficial número 37, de 30 de septiembre del 2009, adjunto a la presente sírvanse encontrar la información de las sociedades extranjeras correspondiente al año 2010:

- Basic Material Investments LLC.
- Elerayna Bay LTD.
- Hard Steel LLC.
- Inversiones Alabamas CORP.
- Inversiones Panamaribo S.A.
- Singletary Holdings LLC.

Las mismas que son accionistas de la compañía ACERIA DEL ECUADOR C.A. ADELCA.

Atentamente,



Carlos Alberto Avellán
C.C. 170271952-5

**MATRIZ QUITO**
Av. Naciones Unidas 1014 y Av. Amazonas
Torre A   Piso 11   Oficina 1102
PBX: (593 2) 226 0900
Fax: (593 2) 246 7514
Casilla: 17-01-2209

**ALOAG - PLANTA**
Km. 1 ½ vía Santo Domingo
PBX (593 2) 398 8100
Fax (593 2) 398 8130 -1 - 2

**GUAYAQUIL**
Km. 10 ½ Vía a Daule
Telefax (593 4) 211 0414
211 0466 / 211 0882
211 0992 Casilla: 09 04 1290

**CUENCA**
Panamericana Norte Km. 13 ½
Telefax (593 7) 249 0024 / 249 0052
249 0042
Cel: 096 653 966 / 095 653 962

**PORTOVIEJO**
Km. 4 ½ Vía a Manta
Telef. (593 5) 293 2560
PBX 2628 Cel: 099 021 158
099 009350

**SANTO DOMINGO**
Telef. (593 2) 274 4146
986 6190 / 986 6191
Cel: 095 950921

**AMBATO**
Saminda, Panamericana Norte S/N
Telef. (593 3) 245 1037 / 245 2798
285 2998  Cel: 092 019001

**LOJA**
Vía Catamayo Km. 2 ½
Sector El Belén
Cel: 099 026256

REPÚBLICA DEL ECUADOR



SUPERINTENDENCIA
DE COMPAÑÍAS



**NÓMINA DE SOCIOS O ACCIONISTAS DE UNA COMPAÑÍA EXTRANJERA QUE A SU VEZ ES SOCIA O ACCIONISTA DE COMPAÑÍA ECUATORIANA**

1. **COMPAÑÍA ECUATORIANA**

   NOMBRE   ACERIA DEL ECUADOR C.A. ADELCA
   NÚMERO DE EXPEDIENTE   2
   NOMBRE Y CARGO DEL REPRESENTANTE LEGAL   CARLOS AVELLAN ARTETA, PRESIDENTE EJECUTIVO

2. **COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA SOCIEDAD ECUATORIANA**

   NOMBRE   INVERSIONES ALABAMAS CORP.
   NACIONALIDAD DE LA COMPAÑÍA EXTRANJERA BRITISH VIRGIN ISLANDS
   DOMICILIO   P.O BOX 3152 ROAD TOWN, TORTOLA

NOTA 1 - A este formulario se debe acompañar una certificación extendida por la autoridad competente del país de origen o Consul del Ecuador en la que se acredite que la sociedad en cuestión se encuentra legalmente existente en dicho país.

3. **APODERADO LOCAL DE LA COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA COMPAÑÍA ECUATORIANA**

   NOMBRES Y APELLIDOS COMPLETOS   CARLOS AVELLAN ARTETA
   NACIONALIDAD   ECUATORIANA
   NÚMERO DE IDENTIFICACIÓN PERSONAL   1702719525
   DOMICILIO   NACIONES UNIDAS 1014 Y AMAZONAS

REPÚBLICA DEL ECUADOR



SUPERINTENDENCIA
DE COMPAÑÍAS

4.   DATOS DE LOS SOCIOS O ACCIONISTAS DE LA COMPAÑÍA EXTRANJERA

ESCANEAR

| No. | Nombres y Apellidos completos | Estado Civil | Nacionalidad | D |
|-----|-------------------------------|--------------|--------------|---|
| 1 | CARLOS AVELLAN ARTETA | CASADO | ECUATORIANA | NACIONES UNIDAS 1014 Y AMAZONAS |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |

FIRMA DEL REPRESENTANTE LEGAL, SECRETARIO
ADMINISTRADOR O FUNCIONARIO DE LA SOCIEDAD
EXTRANJERA O APODERADO LOCAL.

Nota 2 - Si este formulario hubiere sido otorgado en el exterior, deberá estar autenticado por Cónsul ecuatoriano o apostillado

FECHA DE PRESENTACION ____ ____ ____
                               AÑO   MES   DIA

EL PRESENTE FORMULARIO NO SE ACEPTARÁ CON ENMENDADURAS O TACHONES



**adelca**
**ACERÍA DEL ECUADOR C.A.**

29077

Quito, 24 de mayo de 2011



Señores

**SUPERINTENDENCIA DE COMPAÑÍAS**

Ciudad.-

Señores:

Carlos Alberto Avellán Arteta, en mi calidad de Gerente General de GERACERO GERENCIA EN ACERO S.A., esta a su vez Presidente Ejecutivo y representante legal de la compañía **ACERÍA DEL ECUADOR C.A. ADELCA**; en virtud de lo ordenado en la Resolución SC.SG.DRS.G.09.02 de la Superintendencia de Compañías, publicada en el suplemento del Registro Oficial número 37, de 30 de septiembre de 2009; adjunto a la presente sírvanse encontrar la información de INVERSIONES ALABAMA CORPORATION, sociedad extranjera, accionista de mi representada.

La información anexo es la correspondiente al año 2011.

Muy atentamente,

Por: **ACERÍA DEL ECUADOR C.A. ADELCA**

Carlos Alberto Avellán Arteta
GERACERO GERENCIA EN ACERO S.A.
Presidente Ejecutivo

**www.adelca.com**

**MATRIZ CUMBAYA**
Calle del Establo Lote 50 y Calle Charro
Edificio Site Center Cumbaya
Teléfono: (593 2) 3801 321 / 3801 326

**ALÓAG - PLANTA**
Km. 1 ½ vía Santo Domingo
PBX (593 2) 396 8100
Fax (593 2) 396 8130 -1 - 2

**GUAYAQUIL**
Km. 10 ½ vía a Daule
Teléfax: (593 4) 211 0414
211 0466 / 211 0692
211 0882 Casilla: 09-04-1222

**CUENCA**
Panamericana Norte Km. 13 ½
Telefax: (593-7) 249 0044 / 249 0052
249 0042
Cel: 095 653 968 / 095 653 969

**PORTOVIEJO**
Vía Portoviejo - Manta S/N
Telef.: (593 5) 293 2595
293 2926 Cel: 086 021159
092 002980

**SANTO DOMINGO**
Km. 7 vía Quinindé
Telef.: (593 2) 274 4148
396 0190 / 396 8191
Cel: 095 650931

**AMBATO**
Samanga, Panamericana Norte S/N
Telef  (593 3) 245 1547 / 245 2796
PBX 5968  Cel: 092 002561

**LOJA**
Vía Cotomayo, Belén Km  2 ½
Sector El Belén
Cel: 093 526266

REPÚBLICA DEL ECUADOR



**SUPERINTENDENCIA DE COMPAÑÍAS**

4. **DATOS DE LOS SOCIOS O ACCIONISTAS DE LA COMPAÑÍA EXTRANJERA**

| No. | Nombres y Apellidos completos | Estado Civil | Nacionalidad | Domicilio |
|-----|-------------------------------|--------------|--------------|-----------|
| 1 | CARLOS AVELLAN ARTETA | CASADO | ECUATORIANA | CALLE ESTABLO LOTE 50 Y CHARRO |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |

FIRMA DEL REPRESENTANTE LEGAL, SECRETARIO
ADMINISTRADOR O FUNCIONARIO DE LA SOCIEDAD
EXTRANJERA O APODERADO LOCAL

Nota 2.- Si este formulario hubiere sido otorgado en el exterior, deberá estar autenticado por Cónsul ecuatoriano o apostillado

FECHA DE PRESENTACIÓN  2011    02    28
                        AÑO    MES   DÍA

EL PRESENTE FORMULARIO NO SE ACEPTARÁ CON ENMENDADURAS O TACHONES

**REPÚBLICA DEL ECUADOR**



**S**UPERINTENDENCIA
**DE** **C**OMPAÑÍAS

## NÓMINA DE SOCIOS O ACCIONISTAS DE UNA COMPAÑÍA EXTRANJERA QUE A SU VEZ ES SOCIA O ACCIONISTA DE COMPAÑÍA ECUATORIANA

1. **COMPAÑÍA ECUATORIANA**

   NOMBRE...ACERIA DEL ECUADOR C.A. ADELCA.................
   NÚMERO DE EXPEDIENTE.........2.........................
   NOMBRE Y CARGO DEL REPRESENTANTE LEGAL...FELIPE AVELLAN - PRESIDENTE EJECUTIVO..

2. **COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA SOCIEDAD ECUATORIANA**

   NOMBRE...INVERSIONES ALABAMAS CORP..........................
   NACIONALIDAD DE LA COMPAÑÍA EXTRANJERA..ISLAS VIRGENES.........
   DOMICILIO..ROAD TOWN TORTOLE BRITISH VIRGIN ISLANDS...........

   NOTA 1.- A este formulario se debe acompañar una certificación extendida por la autoridad competente del país de origen o Cónsul del Ecuador en la que se acredite que la sociedad en cuestión se encuentra legalmente existente en dicho país.

3. **APODERADO LOCAL DE LA COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA COMPAÑÍA ECUATORIANA**

   NOMBRES Y APELLIDOS COMPLETOS...CARLOS ALBERTO AVELLAN ARTETA.........
   NACIONALIDAD....ECUATORIANA..................................
   NÚMERO DE IDENTIFICACIÓN PERSONAL...170271952-5..............
   DOMICILIO....CALLE ESTABLO LOTE 50 Y CHARRO - EDIICIO SITE CENTER CUMBAYA....



**adelca**
**ACERÍA DEL ECUADOR C.A.**

ESCANEAR

Quito, 25 de junio de 2012

Señores
**SUPERINTENDENCIA DE COMPAÑÍAS**
Ciudad.-



Superintendencia de
Compañías
0 3 AGO. 2012
CAU

Referencia: Expediente No. 2 - 1963

Adjunto sírvase encontrar la documentación relativa la información y documentos de los accionistas extranjeros de la Compañía ACERIA DEL ECUADOR CA ADELCA, conforme lo dispuesto en la Ley Reformatoria a la Ley de Compañías publicada en el Registro Oficial No. 676 del 4 de abril de 2012.

Muy atentamente,

Felipe Xavier Avellán Arteta
Gerente General ADMIACERO ADMINISTRADORA DE EMPRESAS DEL ACERO S.A.
REPRESENTANTE LEGAL DE:
ACERÍA DEL ECUADOR CA ADELCA.

*Documentación registrada por auto 1011 c/ 2012.8.06*

**www.adelca.com**

**MATRIZ CUMBAYÁ**
Calle del Establo lote 50 y del Charro
Edificio Site Center Cumbayá
Torre I Piso I Oficina 108
Telf: (593 2) 380 1921

**ALÓAG - PLANTA**
Vía Alóag Santo Domingo Km. 1 vz
PBX (593 2) 398 8100
Fax (593 2) 398 8138 -1 -2

**GUAYAQUIL**
Km 10 1/2 Vía a Daule:
Telf: (593 4) 213 486 / 213 852
213 882
Casilla: 09-04-126

**CUENCA**
Panamericana Norte Km. 13 vz
TeleFax: (593-7) 248 0042 / 248 0044
248 0062

**PORTOVIEJO**
Vía Portoviejo - Manta San Gregorio
Parque Industrial Bay Alfaro S/N
Telf: (593 5) 293 2595 / 293 2526
Cel: 098 081 69 / 092 001 800

**SANTO DOMINGO**
Km. 7 Vía a Quinindé
Telf: (593 2) 274 4146 / 366 8190
366 819 Cel. 085 650 891

**AMBATO**
Saminga, Panamericana Norte S/N
Telf: (593 -1) 245 1547 / 245 2795
285 5886 Cel. 092 000 96

**LOJA**
Vía Catamayo, Belén Km. 2 vz
Sector El Belén
Telf: (593 7) 3026 829 / 3026 890

**REPÚBLICA DEL ECUADOR**

 

SUPERINTENDENCIA DE COMPAÑÍAS

**NÓMINA DE SOCIOS O ACCIONISTAS DE UNA COMPAÑÍA EXTRANJERA QUE A SU VEZ ES SOCIA O ACCIONISTA DE COMPAÑÍA ECUATORIANA**

**1. COMPAÑÍA ECUATORIANA**

**NOMBRE:** ACERÍA DEL ECUADOR C.A. ADELCA

**NÚMERO DE EXPEDIENTE: 2**

**NOMBRE Y CARGO DEL REPRESENTANTE LEGAL:** GERACERO GERENCIA EN ACERO S.A. PRESIDENTE-EJECUTIVO

**2. COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA SOCIEDAD ECUATORIANA**

**NOMBRE:** INVERSIONES ALABAMA CORPORATION

**NACIONALIDAD DE LA COMPAÑÍA EXTRANJERA:** BRITHISH VIGIN  ISLANDS

**DOMICILIO:** P.O BOX 3152 ROAD TOWN, TORTOLA

NOTA 1.- A este formulario se debe acompañar una certificación extendida por la autoridad competente del país de origen o Cónsul del Ecuador en la que se acredite que la sociedad en cuestión se encuentra legalmente existente en dicho país.

**3. APODERADO LOCAL DE LA COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA COMPAÑÍA ECUATORIANA**

**NOMBRES Y APELLIDOS COMPLETOS:** CARLOS ALBERTO AVELLAN ARTETA

**NACIONALIDAD:** ECUATORIANA

**NÚMERO DE IDENTIFICACIÓN PERSONAL:** 170271952-5

**DOMICILIO:** NACIONES UNIDAS 1014 Y AMAZONAS QUITO-ECUADOR

**REPUBLICA DEL ECUADOR**

 SUPERINTENDENCIA DE COMPAÑIAS

**4. DATOS DE LOS SOCIOS O ACCIONISTAS DE LA COMPAÑÍA EXTRANJERA**

 ESCANEAR

| No | Nombres y Apellidos Completos | Estado Civil | Nacionalidad | Domicilio |
|----|-------------------------------|--------------|--------------|-----------|
| 1 | CARLOS ALBERTO AVELLAN ARTETA | CASADO | ECUATORIANA | NACIONES UNIDAS 1014 Y AMAZONAS |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

FIRMA DEL REPRESENTANTE LEGAL, SECRETARIO
ADMINISTRADOR O FUNCIONARIO DE LA SOCIEDAD
EXTRANJERA O APODERADO LOCAL

Nota 2.- Si este formulario hubiere sido otorgado en el exterior, deberá estar autenticado por Cónsul ecuatoriano o apostillado

FECHA DE PRESENTACIÓN ___2012___ ___7___ ___19___
　　　　　　　　　　　　　　　AÑO　　MES　　DIA



Quito, 27 de febrero de 2013



Señores
**SUPERINTENDENCIA DE COMPAÑÍAS**
Ciudad.-

Superintendencia de
Compañías
2 7 MAR. 2013
C A U

Referencia: Expediente No. 2 - 1963

Adjunto sírvase encontrar la documentación relativa a la información, y los documentos, de los accionistas extranjeros de la Compañía ACERIA DEL ECUADOR CA ADELCA. conforme lo dispuesto en la Ley Reformatoria a la Ley de Compañías publicada en el Registro Oficial No. 676 del 4 de abril de 2012.

Muy atentamente,

Felipe Xavier Avellán Arteta
Gerente General de ADMIACERO ADMINISTRADORA DE EMPRESAS DEL ACERO S.A.
REPRESENTANTE LEGAL DE:
ACERIA DEL ECUADOR CA ADELCA.

1792272270001

REPÚBLICA DEL ECUADOR

 SUPERINTENDENCIA
DE COMPAÑÍAS

NÓMINA DE SOCIOS O ACCIONISTAS DE UNA COMPAÑÍA EXTRANJERA QUE A SU

VEZ ES SOCIA O ACCIONISTA DE COMPAÑÍA ECUATORIANA

**1. COMPAÑÍA ECUATORIANA**

**NOMBRE:** ACERÍA DEL ECUADOR C.A. ADELCA

**NÚMERO DE EXPEDIENTE:** 2

**NOMBRE Y CARGO DEL REPRESENTANTE LEGAL:** GERACERO GERENCIA EN ACERO S.A.
PRESIDENTE-EJECUTIVO

**2. COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA SOCIEDAD ECUATORIANA**

**NOMBRE:** INVERSIONES ALABAMA CORPORATION

**NACIONALIDAD DE LA COMPAÑÍA EXTRANJERA:** BRITHISH VIGIN  ISLANDS

**DOMICILIO:** P.O BOX 3152 ROAD TOWN, TORTOLA

NOTA 1.- A este formulario se debe acompañar una certificación extendida por la autoridad competente del país de
origen o Cónsul del Ecuador en la que se acredite que la sociedad en cuestión se encuentra legalmente existente en
dicho país.

**3. APODERADO LOCAL DE LA COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA COMPAÑÍA**

**ECUATORIANA**

**NOMBRES Y APELLIDOS COMPLETOS:** CARLOS ALBERTO AVELLAN ARTETA

**NACIONALIDAD:** ECUATORIANA

**NÚMERO DE IDENTIFICACIÓN PERSONAL:** 170271952-5

**DOMICILIO:** NACIONES UNIDAS 1014 Y AMAZONAS QUITO-ECUADOR

REPUBLICA DEL ECUADOR


SUPERINTENDENCIA
DE COMPAÑIAS

**4. DATOS DE LOS SOCIOS O ACCIONISTAS DE LA COMPAÑÍA EXTRANJERA**

| No | Nombres y Apellidos Completos | Estado Civil | Nacionalidad | Domicilio |
|----|-------------------------------|--------------|--------------|-----------|
| 1  | CARLOS ALBERTO AVELLAN ARTETA | CASADO | ECUATORIANA | NACIONES UNIDAS 1014 Y AMAZONAS |
| 2  | 1702719525 | | | |
| 3  | | | | |
| 4  | | | | |
| 5  | | | | |
| 6  | | | | |
| 7  | | | | |

FIRMA DEL REPRESENTANTE LEGAL, SECRETARIO
ADMINISTRADOR O FUNCIONARIO DE LA SOCIEDAD
EXTRANJERA O APODERADO LOCAL

Nota 2.- Si este formulario hubiere sido otorgado en el exterior, deberá estar autenticado por Cónsul ecuatoriano o apostillado.

FECHA DE PRESENTACIÓN  2013   03   27
                         AÑO   MES   DÍA

**adelca**
Acería del Ecuador

10482



Quito, 10 de febrero de 2014



Abogada

Suad Mansur

Superintendenta de Compañías

**Superintendencia de Compañías**

Presente.-

**SUPERINTENDENCIA DE COMPAÑÍAS**
**R E C I B I D O**
**2 1 MAR 2014**
Sra. Adela Villacís V.
C.A.U. - QUITO

Ref.: Información accionistas extranjeros

ADELCA C.A. Exp: 2

De mis consideraciones:

En cumplimiento a lo dispuesto en la Ley Reformatoria a la Ley de Compañías en lo referente a la información y documentos que deben remitir las compañías mercantiles que mantienen como accionistas a sociedades extranjeras, acompaño a la presente la siguiente documentación de la compañía ACERIA DEL ECUADOR C.A. ADELCA.:

- Protocolización de los documentos corporativos de la compañía Basic Material Investments LLC.

- Protocolización de los documentos corporativos de la compañía Elerayna Bay LLC

- Protocolización de los documentos corporativos de la compañía Inversiones Alabamas Corp.

- Protocolización de los documentos corporativos de la compañía Inversiones Panamaribo S.A.

- Protocolización de los documentos corporativos de la compañía Singletary Holdings LLC.

- Protocolización del poder especial otorgado por Basic Material Investments LLC. a favor de PBP Representaciones Cia. Ltda

2 6 MAR 2014



**adelca**
Acería del Ecuador

- Protocolización de la designación de Director otorgada por Elerayna Bay LLC a favor de Felipe Avellán
- Protocolización del poder especial otorgado por Inversiones Alabamas Corp.a favor de Carlos Avellán
- Protocolización del poder especial otorgado por Inversiones Panamaribo S.A. a favor de Juan José Avellán Arteta
- Protocolización del poder especial otorgado por Singletary Holdings LLC. a favor de Juan Manuel Marchán
- Formularios relativos a la información de los accionistas extranjeros de mi representada

Recibiré notificaciones en las oficinas de Pérez, Bustamante & Ponce, Abogados, Cía. Ltda., ubicadas en las avenidas República de El Salvador No. 1.082 y Naciones Unidas, en esta ciudad de Quito.

Atentamente,

Por Acería del Ecuador C.A. ADELCA

26 MAR 2014

Felipe Avellán
Gerente General

**Administradora de empresas del Acero Admiacero S.A.**

**Presidente Ejecutivo**

REPÚBLICA DEL ECUADOR

 SUPERINTENDENCIA DE COMPAÑÍAS

NÓMINA DE SOCIOS O ACCIONISTAS DE UNA COMPAÑÍA EXTRANJERA QUE A SU VEZ ES SOCIA O ACCIONISTA DE COMPAÑÍA ECUATORIANA

**1. COMPAÑÍA ECUATORIANA**

NOMBRE: ACERÍA DEL ECUADOR C.A. ADELCA

NÚMERO DE EXPEDIENTE: 2

NOMBRE Y CARGO DEL REPRESENTANTE LEGAL: GERACERO GERENCIA EN ACERO S.A. PRESIDENTE-EJECUTIVO

**2. COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA SOCIEDAD ECUATORIANA**

NOMBRE: INVERSIONES ALABAMA CORPORATION

NACIONALIDAD DE LA COMPAÑÍA EXTRANJERA: BRITHISH VIGIN ISLANDS

DOMICILIO: P.O BOX 3152 ROAD TOWN, TORTOLA

NOTA 1.- A este formulario se debe acompañar una certificación extendida por la autoridad competente del país de origen o Cónsul del Ecuador en la que se acredite que la sociedad en cuestión se encuentra legalmente existente en dicho país.

**3. APODERADO LOCAL DE LA COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA COMPAÑÍA ECUATORIANA**

NOMBRES Y APELLIDOS COMPLETOS: CARLOS ALBERTO AVELLAN ARTETA

NACIONALIDAD: ECUATORIANA

NÚMERO DE IDENTIFICACIÓN PERSONAL: 170271952-5

DOMICILIO: NACIONES UNIDAS 1014 Y AMAZONAS QUITO-ECUADOR

**REPUBLICA DEL ECUADOR**

 SUPERINTENDENCIA DE COMPAÑIAS

**4. DATOS DE LOS SOCIOS O ACCIONISTAS DE LA COMPAÑÍA EXTRANJERA**

M007.13.525

| No | Nombres y Apellidos Completos | Estado Civil | Nacionalidad | Domicilio |
|---|---|---|---|---|
| 1 | CARLOS ALBERTO AVELLAN ARTETA | CASADO | ECUATORIANA | NACIONES UNIDAS 1014 Y AMAZONAS |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

FIRMA DEL REPRESENTANTE LEGAL, SECRETARIO
ADMINISTRADOR O FUNCIONARIO DE LA SOCIEDAD
EXTRANJERA O APODERADO LOCAL

Nota 2.- Si este formulario hubiere sido otorgado en el exterior, deberá estar autenticado por Cónsul ecuatoriano o apostillado

FECHA DE PRESENTACIÓN  2014   2   24
                         AÑO  MES  DIA



Factura: 002-002-000017622                    20161701024O01824

EXTRACTO COPIA DE ARCHIVO N° 20161701024O01824

| NOTARIO OTORGANTE: | 24 NOTARIO(A) DEL CANTON QUITO |
| FECHA: | 8 DE DICIEMBRE DEL 2016, (16:47) |
| COPIA DEL TESTIMONIO: | 1 |
| ACTO O CONTRATO: | AUTENTICACION DE FIRMA |

| OTORGANTES | | | |
| OTORGADO POR | | | |
| NOMBRES/RAZÓN SOCIAL | TIPO INTERVINIENTE | DOCUMENTO DE IDENTIDAD | No. IDENTIFICACIÓN |
| AVELLAN ARTETA CARLOS ALBERTO | POR SUS PROPIOS DERECHOS | CÉDULA | 1702719525 |
| A FAVOR DE | | | |
| NOMBRES/RAZÓN SOCIAL | TIPO INTERVINIENTE | DOCUMENTO DE IDENTIDAD | No. IDENTIFICACIÓN |

| FECHA DE OTORGAMIENTO: | 17-04-2015 |
| NOMBRE DEL PETICIONARIO: | |
| N° IDENTIFICACIÓN DEL PETICIONARIO: | |

| OBSERVACIONES: | |

NOTARIO(A) FLOR DE MARIA RIVADENEIRA JACOME
NOTARÍA VIGÉSIMA CUARTA DEL CANTÓN QUITO

NOTARÍA 24
DEL CANTÓN QUITO
Dra. Flor de Ma. Rivadeneira Jácome MSc.

ESPACIO EN BLANCO

0003667

Factura: 002-002-000001640

20151701024D00550

DILIGENCIA DE AUTENTICACIÓN DE FIRMAS N° 20151701024D00550

En la ciudad de QUITO el día 17 DE ABRIL DEL 2015, (11:15) ante mí, NOTARIO(A) FLOR DE MARIA RIVADENEIRA JACOME de la NOTARÍA VIGÉSIMA CUARTA , concurre(n), CARLOS ALBERTO AVELLAN ARTETA REPRESENTANDO A INVERSIONES ALABAMAS CORPORATION portador(a) de la CÉDULA 1702719525, de nacionalidad ECUATORIANA estado CIVIL CASADO(A), mayor de edad, domiciliado(a) en QUITO; quien(es) me solicita(n) que proceda a receptar su(s) firma(s) y rúbrica(s), que va(n) a suscribir al pie del presente documento , de cuyo contenido se responsabiliza(n), a fin de que sea(n) AUTENTICADA(S). Al efecto identificado(s) que fue(ron) por mí, en forma libre y voluntaria procede(n) en mí presencia a estampar su(s) firma(s) y rúbrica(s) al pie del referido documento por lo que en aplicación a lo dispuesto en el artículo 18 numeral 3 de la Ley Notarial, doy fe de que dicha(s) firma(s) y rúbrica(s) es(son) AUTÉNTICA(S). .- Una copia certificada de esta diligencia queda incorporada en el libro respectivo de esta Notaría.

NOTARIO(A) FLOR DE MARIA RIVADENEIRA JACOME
NOTARÍA VIGÉSIMA CUARTA DEL CANTON QUITO

ESPACIO EN BLANCO



0003668



**S**UPERINTENDENCIA
DE **C**OMPAÑÍAS

## NÓMINA DE SOCIOS O ACCIONISTAS DE UNA COMPAÑÍA EXTRANJERA QUE A SU VEZ ES SOCIA O ACCIONISTA DE COMPAÑÍA ECUATORIANA

### 1. COMPAÑÍA ECUATORIANA

NOMBRE: ACERÍA DEL ECUADOR C.A. ADELCA..............................................................
NÚMERO DE EXPEDIENTE: 2....... ....................................................................................
NOMBRE DEL REPRESENTANTE LEGAL: GERACERO GERENCIA EN ACERO S.A...............................
CARGO DEL REPRESENTANTE LEGAL: PRESIDENTE.................................................................

### 2. COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA SOCIEDAD ECUATORIANA

NOMBRE: INVERSIONES ALABAMAS CORPORATION................................................................
NACIONALIDAD DE LA COMPAÑÍA EXTRANJERA:...ISLAS VIRGENES BRITANICAS.......................
DOMICILIO: P.O. BOX 3152 ROAD TOWN, TORTOLA.................................................................

NOTA 1.- A este formulario se debe acompañar una certificación extendida por la autoridad competente del país de origen o Cónsul del Ecuador en la que se acredite que la sociedad en cuestión se encuentra legalmente existente en dicho país.

### 3. APODERADO LOCAL DE LA COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA COMPAÑÍA ECUATORIANA

NOMBRES Y APELLIDOS COMPLETOS. ..... CARLOS ALBERTO AVELLAN ARTETA..........................
NACIONALIDAD: ......ECUATORIANA.....................................................................................
NÚMERO DE IDENTIFICACIÓN PERSONAL ......1702719525........................................................
DOMICILIO: AV. NACIONES UNIDAS 1014 Y AV. AMAZONAS.....................................................

### 4. DATOS DE LOS SOCIOS O ACCIONISTAS DE LA COMPAÑÍA EXTRANJERA

| Nombres y Apellidos completos | Estado Civil | Nacionalidad | Domicilio |
|---|---|---|---|
| CARLOS ALBERTO AVELLAN ARTETA | CASADO | ECUATORIANA | AV. NACIONES UNIDAS 1014 Y AV. AMAZONAS. |

FIRMA DEL REPRESENTANTE LEGAL, SECRETARIO, ADMINISTRADOR O FUNCIONARIO DE LA SOCIEDAD EXTRANJERA O APODERADO LOCAL.

FECHA DE PRESENTACIÓN:      AÑO      MES      DIA

0003669





REPUBLICA DEL ECUADOR
CONSEJO NACIONAL ELECTORAL
CERTIFICADO DE VOTACIÓN
REFERENDUM Y CONSULTA POPULAR 07/05/2011

**123-0008**
NÚMERO

**1702719525**
CEDULA

**AVELLAN ARTETA CARLOS ALBERTO**

PICHINCHA
PROVINCIA

QUITO
CANTON

BENALCAZAR
PARROQUIA

ZONA

F.) PRESIDENTA (P) DE LA JUNTA

ESPACIO EN BLANCO



# 5




# NOTARIA QUINTA

### Del Distrito Metropolitano de Quito

## *Dra. Alexandra Endara Muñoz*

NOVENA

## COPIA

De la escritura de ———— PROTOCOLIZACION DE PODER ————

Otorgada por ———— INVERSIONES ALABAMAS CORPORATION ————

Fecha de Otorgamiento 18 DE JULIO DEL 2012

A Favor ————

Parroquia ————

Cuantía ———— INDETERMINADA ————

Quito, a __20__ de _____ MARZO _____ del 20__2014__

Pasaje Guayas E3-111 y Amazonas ( Ed. Guayas Planta Baja)

Telf.: 022264390 / 0999257259

QUITO - ECUADOR

## DILIGENCIAS 20161701012D00258



**S**UPERINTENDENCIA
DE **C**OMPAÑÍAS

### NÓMINA DE SOCIOS O ACCIONISTAS DE UNA COMPAÑÍA EXTRANJERA QUE A SU VEZ ES SOCIA O ACCIONISTA DE COMPAÑÍA ECUATORIANA

#### 1. COMPAÑÍA ECUATORIANA

NOMBRE: ACERÍA DEL ECUADOR C.A. ADELCA……….………………………………………….…..
NÚMERO DE EXPEDIENTE: 2……. …………………………………………………….………………..
NOMBRE DEL REPRESENTANTE LEGAL: GERACERO GERENCIA EN ACERO S.A…………..……….
CARGO DEL REPRESENTANTE LEGAL: PRESIDENTE EJECUTIVO… … … … … … … … … … … … … … .....

#### 2. COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA SOCIEDAD ECUATORIANA

NOMBRE: INVERSIONES ALABAMAS CORPORATION..……………………….......................................
NACIONALIDAD DE LA COMPAÑÍA EXTRANJERA:…ISLAS VIRGENES BRITANICAS… … … … … ……..
DOMICILIO: P.O. BOX 3152 ROAD TOWN, TORTOLA………………………………..……………………

NOTA 1.- A este formulario se debe acompañar una certificación extendida por la autoridad competente del país de origen o Cónsul del Ecuador en la que se acredite que la sociedad en cuestión se encuentra legalmente existente en dicho país.

#### 3. APODERADO LOCAL DE LA COMPAÑÍA EXTRANJERA SOCIA O ACCIONISTA DE LA COMPAÑÍA ECUATORIANA

NOMBRES Y APELLIDOS COMPLETOS. ….. CARLOS ALBERTO AVELLAN ARTETA……………….....…
NACIONALIDAD: ……ECUATORIANA.……………………………........................................................
NÚMERO DE IDENTIFICACIÓN PERSONAL … …1702719525…… … … … … … … … … … …....…………...
DOMICILIO: AV. NACIONES UNIDAS 1014 Y AV. AMAZONAS……………………………………………

#### 4. DATOS DE LOS SOCIOS O ACCIONISTAS DE LA COMPAÑÍA EXTRANJERA

| No. | Nombres y Apellidos completos | Estado Civil | Nacionalidad | Domicilio |
|-----|-------------------------------|--------------|--------------|-----------|
| 1 | CARLOS ALBERTO AVELLAN ARTETA | CASADO | ECUATORIANA | AV. NACIONES UNIDAS 1014 Y AV. AMAZONAS. |

FIRMA DEL REPRESENTANTE LEGAL, SECRETARIO,
ADMINISTRADOR O FUNCIONARIO DE LA SOCIEDAD
EXTRANJERA O APODERADO LOCAL

FECHA DE PRESENTACIÓN:     AÑO     MES     DIA

# **<u>EXHIBIT B</u>**

**CERTIFIED TRANSLATION**

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Exhibit B - 1782 Declaration (00304910x9F5D7)"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: July 31, 2019

_____

Wolf Markowitz

Quito, March 5, 2015


Messrs.
CREDIT AGRICOLE PRIVATE BANK
Miami, U.S.A.

Attn Philippe Larmier
Fax: (305) 577-8925

Dear Sirs:

I kindly ask that you debit the amount of US$ 500,000.00 (FIVE HUNDRED THOUSAND AND
00/100 DOLLARS) from account # 1455841, belonging to Aceria del Ecuador C.A. ADELCA,
and issue the transfer according to the following information:

| | |
|---|---|
| Bank Name: | Bank of America |
| Routing Number: | 063000047 |
| Account Number: | 898051362239 |
| Account Name: | Claudia Marcela Rigail |


The costs of the transfer should be debited from account # 14455841, paying the net amount
requested to the recipient.


Sincerely,


[signature]
Carlos Avellán

Quito, marzo 5, 2015

Señores
CREDIT AGRICOLE PRIVATE BANK
Miami – U S A

Att Philippe Larmier
Fax (305)577-8925

De mis consideraciones

Mucho agradecere debitar de la cuenta # 1455841 perteneciente a Aceria del Ecuador C A ADELCA, la cantidad de US$ 500.000,00 (QUINIENTOS MIL 00/100 DOLARES) y efectuar la transferencia de acuerdo a los siguientes datos

Bank Name:          Bank Of America
Routing Number      063000047
Account Number      898051362239
Name de Account     Claudia Marcela Rigail

Los costos por transferencia, debitar de la cta cte # 1455841, al beneficiario final debera ingresarle el valor neto solicitado

Atentamente,

Carlos Avellan

# **EXHIBIT C**

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Exhibit C - 1782 Declaration (00304907x9F5D7)"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: July 31, 2019

_____

Wolf Markowitz

[logo:] **SC** SUPERINTENDENCE
OF COMPANIES SECURITIES AND INSURANCE

## REPUBLIC OF ECUADOR

SUPERINTENDENCE OF COMPANIES, SECURITIES AND INSURANCE OF ECUADOR
COMPANIES REGISTRY

## SHAREHOLDERS OR PARTNERS OF THE COMPANY

**File Number:**              **2**

**Company RUC Number:**       **1790004724001**

**Company Name:**             **ACERIA DEL ECUADOR CA ADELCA**

**Legal Status:**             **ACTIVE**

| No. | IDENTIFICATION | NAME | NATIONALITY | TYPE OF INVESTMENT | CAPITAL | PRE-CAUTIONARY MEASURES |
|---|---|---|---|---|---|---|
| 1 | 1704424512 | ACOSTA ANDRADE ALFONSO | ECUADOR | DOMESTIC | $71,998.00 | N |
| 2 | 1702404680 | ACOSTA ANDRADE JOSE GUILLERMO | ECUADOR | DOMESTIC | $11,828.00 | N |
| 3 | 1702488998 | ACOSTA ANDRADE JUAN BERNARDO | ECUADOR | DOMESTIC | $137,684.00 | N |
| 4 | 1702489095 | ACOSTA ANDRADE SANTIAGO | ECUADOR | DOMESTIC | $73,045.00 | N |
| 5 | 1701646430 | AVELLAN ARTETA JUAN JOSE | ECUADOR | DOMESTIC | $2,971,056.00 | N |
| 6 | 1700814666 | AVELLAN ARTETA SILVIA PATRICIA | ECUADOR | DOMESTIC | $1,153,870.00 | N |
| 7 | 1705418364 | AVELLAN COBO DANIELA | ECUADOR | DOMESTIC | $152,322.00 | N |
| 8 | 1709196461 | AVELLAN COBO MARIA GABRIELA | ECUADOR | DOMESTIC | $425,470.00 | N |
| 9 | 1709196487 | AVELLAN COBO MONICA | ECUADOR | DOMESTIC | $392,078.00 | N |
| 10 | SE-Q-00001046 | BASIC MATERIALS INVESTMENTS LLC | UNITED STATES OF AMERICA | FOREIGN DIRECT | $12,339,267.00 | N |
| 11 | 1728066513 | BRUZZONE AVELLAN INES | ECUADOR | DOMESTIC | $141,382.00 | N |
| 12 | 1727291633 | BRUZZONE AVELLAN LUCAS | ECUADOR | DOMESTIC | $141,382.00 | N |
| 13 | SE-Q-00001349 | ELERAYNA BAY LLC | UNITED STATES OF AMERICA | FOREIGN DIRECT | $13,425,584.00 | N |
| 14 | 1792522110001 | FIDEICOMISO TENENTES | ECUADOR | DOMESTIC | $11,962,584.00 | N |
| 15 | SE-Q-00001044 | HARD STEEL LLC | UNITED STATES OF AMERICA | FOREIGN DIRECT | $13,106,593.00 | N |
| 16 | SE-Q-00001041 | INVERSIONES ALABAMAS CORPORATION | BRITISH VIRGIN ISLANDS | FOREIGN DIRECT | $2,767,420.00 | N |
| 17 | 3050200462 | PONCE AVELLAN ANA | ECUADOR | DOMESTIC | $107,988.00 | N |
| 18 | 1725883530 | PONCE AVELLAN LUCIA | ECUADOR | DOMESTIC | $107,988.00 | N |
| 19 | 1724767189 | PONCE AVELLAN MARIA | ECUADOR | DOMESTIC | $107,988.00 | N |
| 20 | 1718195694 | ROBLES AVELLAN SERGIO | ECUADOR | DOMESTIC | $187,906.00 | N |
| 21 | SE-Q-00001048 | SINGLETARY HOLDINGS LLC | UNITED STATES OF AMERICA | FOREIGN DIRECT | $12,339,267.00 | N |
| 22 | 1719461020 | VELA AVELLAN BARBARA | ECUADOR | DOMESTIC | $187,906.00 | N |
| 23 | 1723619746 | VELA AVELLAN BERNARDO JOSE | ECUADOR | DOMESTIC | $187,906.00 | N |

SUBSCRIBED CAPITAL OF THE COMPANY (USD) $:     72,500,000.00

## SHAREHOLDERS OR PARTNERS OF THE COMPANY

**File Number:**              2

**Company RUC Number:**       1790004724001

**Company Name:**             ACERIA DEL ECUADOR CA ADELCA

**Legal Status:**             ACTIVE

| No. | IDENTIFICATION | NAME | NATIONALITY | TYPE OF INVESTMENT | CAPITAL | PRE-CAUTIONARY MEASURES |
|-----|----------------|------|-------------|--------------------|---------|-------------------------|

This shareholders list, given by the Companies Registry of the Superintendence of Companies, is issued in consideration of the provisions from Articles 18 and 21 of the Companies Law, and does not create or affect any rights relating to the holding of stock, given that, as stated in Article 187, and in accordance with Articles 188 and 189 of the aforesaid Law, "the persons appearing as owners of stock in the Shares and Shareholders Registry Books will be considered as such". On this basis, it is the sole responsibility of the legal representatives of the companies, with the act of registry in the aforesaid books, to formalize the transfer of stock in said companies.

As such, this supervisory entity assumes no responsibility with respect to the accuracy or legality of the transfers of stock of the companies, without prejudice to any changes in ownership thereof that may occur in the future, given that, in accordance with the provisions from Article 256, Number 3 of the Companies Law, the administrators of the companies are jointly liability to the company and to third parties for the existence and accuracy of the company's books", such accuracy which can be verified by the Superintendence of Companies, in accordance with the provisions from Article 440 of the respective Law.

WARNING: ANY CHANGES, DELETIONS, ADDITIONS, ABBREVIATIONS, OR ERASURES TO THE TEXT OF THIS DOCUMENT WILL RENDER IT VOID.

**DATE OF ISSUANCE:**      06/10/2019 23:45:50

It is the obligation of the person or public servant receiving this document to validate its authenticity by accessing the web portal at www.supercias.gob.ec/portalinformacion/verifica.php, with the following security code:

**[barcode]**
**S0002814944**

**06/10/2019 23:45:53**



# REPÚBLICA DEL ECUADOR

SUPERINTENDENCIA DE COMPAÑÍAS, VALORES Y SEGUROS DEL ECUADOR
REGISTRO DE SOCIEDADES

## SOCIOS O ACCIONISTAS DE LA COMPAÑIA

**No. de Expediente:** 2

**No. de RUC de la Compañía:** 1790004724001

**Nombre de la Compañía:** ACERIA DEL ECUADOR CA ADELCA.

**Situación Legal:** ACTIVA

| No. | IDENTIFICACIÓN | NOMBRE | NACIONALIDAD | TIPO DE INVERSIÓN | CAPITAL | MEDIDAS CAUTELARES |
|---|---|---|---|---|---|---|
| 1 | 1704424512 | ACOSTA ANDRADE ALFONSO | ECUADOR | NACIONAL | $ 71.998$^{.0000}$ | N |
| 2 | 1702404680 | ACOSTA ANDRADE JOSE GUILLERMO | ECUADOR | NACIONAL | $ 11.828$^{.0000}$ | N |
| 3 | 1702488998 | ACOSTA ANDRADE JUAN BERNARDO | ECUADOR | NACIONAL | $ 137.684$^{.0000}$ | N |
| 4 | 1702489095 | ACOSTA ANDRADE SANTIAGO | ECUADOR | NACIONAL | $ 73.045$^{.0000}$ | N |
| 5 | 1701646430 | AVELLAN ARTETA JUAN JOSE | ECUADOR | NACIONAL | $ 2.971.056$^{.0000}$ | N |
| 6 | 1700814666 | AVELLAN ARTETA SILVIA PATRICIA | ECUADOR | NACIONAL | $ 1.153.870$^{.0000}$ | N |
| 7 | 1705418364 | AVELLAN COBO DANIELA | ECUADOR | NACIONAL | $ 152.322$^{.0000}$ | N |
| 8 | 1709196461 | AVELLAN COBO MARIA GABRIELA | ECUADOR | NACIONAL | $ 425.470$^{.0000}$ | N |
| 9 | 1709196487 | AVELLAN COBO MONICA | ECUADOR | NACIONAL | $ 392.078$^{.0000}$ | N |
| 10 | SE-Q-00001046 | BASIC MATERIALS INVESTMENTS LLC | ESTADOS UNIDOS DE AMERICA | EXT. DIRECTA | $ 12.339.267$^{.0000}$ | N |
| 11 | 1728066513 | BRUZZONE AVELLAN INES | ECUADOR | NACIONAL | $ 141.382$^{.0000}$ | N |
| 12 | 1727291633 | BRUZZONE AVELLAN LUCAS | ECUADOR | NACIONAL | $ 141.382$^{.0000}$ | N |
| 13 | SE-Q-00001349 | ELERAYNA BAY LLC | ESTADOS UNIDOS DE AMERICA | EXT. DIRECTA | $ 13.425.072$^{.0000}$ | N |
| 14 | 1792522110001 | FIDEICOMISO TENENTES | ECUADOR | NACIONAL | $ 11.962.584$^{.0000}$ | N |
| 15 | SE-Q-00001044 | HARD STEEL, LLC | ESTADOS UNIDOS DE AMERICA | EXT. DIRECTA | $ 13.106.593$^{.0000}$ | N |
| 16 | SE-Q-00001041 | INVERSIONES ALABAMAS CORPORATION | ISLAS VIRGENES BRITANICAS | EXT. DIRECTA | $ 2.767.420$^{.0000}$ | N |
| 17 | 3050200462 | PONCE AVELLAN ANA | ECUADOR | NACIONAL | $ 107.988$^{.0000}$ | N |
| 18 | 1725883530 | PONCE AVELLAN LUCIA | ECUADOR | NACIONAL | $ 107.988$^{.0000}$ | N |
| 19 | 1724767189 | PONCE AVELLAN MARIA | ECUADOR | NACIONAL | $ 107.988$^{.0000}$ | N |
| 20 | 1718195694 | ROBLES AVELLAN SERGIO | ECUADOR | NACIONAL | $ 187.906$^{.0000}$ | N |
| 21 | SE-Q-00001048 | SINGLETARY HOLDINGS L.L.C. | ESTADOS UNIDOS DE AMERICA | EXT. DIRECTA | $ 12.339.267$^{.0000}$ | N |
| 22 | 1719461020 | VELA AVELLAN BARBARA | ECUADOR | NACIONAL | $ 187.906$^{.0000}$ | N |
| 23 | 1723619746 | VELA AVELLAN BERNARDO JOSE | ECUADOR | NACIONAL | $ 187.906$^{.0000}$ | N |

CAPITAL SUSCRITO DE LA COMPAÑIA (USD)$: 72.500.000,0000

## SOCIOS O ACCIONISTAS DE LA COMPAÑIA

**No. de Expediente:** 2

**No. de RUC de la Compañía:** 1790004724001

**Nombre de la Compañía:** ACERIA DEL ECUADOR CA ADELCA.

**Situación Legal:** ACTIVA

| No. | IDENTIFICACIÓN | NOMBRE | NACIONALIDAD | TIPO DE INVERSIÓN | CAPITAL | MEDIDAS CAUTELARES |
|-----|----------------|--------|--------------|-------------------|---------|--------------------|
|     |                |        |              |                   |         |                    |

Se deja constancia que, la presente nómina de accionistas otorgada por el Registro de Sociedades de la Superintendencia de Compañías, se efectúa teniendo en cuenta lo prescrito en los artículos 18 y 21 de la Ley de Compañías, que no extingue ni genera derechos respecto de la titularidad de las acciones ya que, en el Art. 187, en concordancia con los artículos 188 y 189 del mismo cuerpo legal, "se considerará como dueño de las acciones a quien aparezca como tal en el libro de Acciones y Accionistas". De lo expresado se infiere que, es de exclusiva responsabilidad de los representantes legales de las compañías anónimas con el acto de registro en los libros, antedichos formalizar las transferencias de acciones de las mismas.

En tal virtud esta Institución de control societario no asume respecto de la veracidad y legalidad de las transferencias de acciones de las compañías, responsabilidad alguna y deja a salvo las variaciones que sobre la propiedad de las mismas puedan ocurrir en el futuro, pues acorde con lo prescrito en el Art. 256 de la Ley de Compañías, ordinal 3°, los administradores de las compañías son solidariamente responsables para con la compañía y terceros: "De la existencia y exactitud de los libros de la compañía". Exactitud que pueda ser verificada por la Superintendencia de Compañías, en armonía con lo dispuesto en el Art. 440 de la Ley en materia.

ADVERTENCIA: CUALQUIER ALTERACIÓN AL TEXTO DEL PRESENTE DOCUMENTO COMO SUPRESIONES, AÑADIDURAS, ABREVIATURAS, BORRONES O TESTADURAS, ETC. LO INVALIDAN.

**FECHA DE EMISIÓN:** 10/06/2019 23:45:50

Es obligación de la persona o servidor público que recibe este documento validar su autenticidad ingresando al portal web www.supercias.gob.ec/portalinformacion/verifica.php con el siguiente código de seguridad:

S0002814944

10/06/2019 23:45:53

# **<u>EXHIBIT D</u>**

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Exhibit D - 1782 Declaration (00304911x9F5D7)"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: July 31, 2019

_____

Wolf Markowitz

[logo, illegible]

Invoice: 002-002-000001637

[barcode]

20151701024D00547

**FAITHFUL COPY OF ORIGINAL DOCUMENT (CERTIFIED COPY) No. 20151701024D00547**

CERTIFICATION: In accordance with Article 18, Number 5 of the Notary Law, I attest that the preceding photocopy/photocopies is/are the same as the original document/documents corresponding to the CERTIFIED COPY OF POWER OF ATTORNEY which was presented to me in 4 page/pages. Once the certification/certifications is/are complete, the document/documents is/are returned in 4 page/pages, preserving one copy thereof in the Book of Notary Records. The user of the certified document/documents is solely liable for the accuracy of its/their content and for the appropriate use of the document/documents.

QUITO, APRIL 17, 2015

[signature]

NOTARY FLOR DE MARIA RIVADENEIRA JACOME

NOTARY PUBLIC TWENTY-FOUR OF THE CANTON OF QUITO



Department of State

## APOSTILLE

(Convention de La Haye du 5 octobre 196 )

1. Country:   United States of America

    This public document

2. has been signed by        Caridad Fernandez

3. acting in the capacity of  Notary Public of Florida

4. bears the seal/stamp of    Notary Public, State o  Florida

        Certified

5. at     Tallahassee, Florida

6. the    Twenty-Third day of December, A.D.. 2013

7. by     Secretary of State, State of Florida

8. No.   2013-165360

9. Seal/Stamp:

                                    10. Signature:


                                    _Ken Detzner_

                                    Secretary   State

[stamp:] NOTARY PUBLIC 24
OF THE CANTON OF QUITO
Dr. Flor Maria Rivadeneira Jácome

**SPECIAL POWER OF ATTORNEY**

**I HEREBY VERIFY THAT,** before me, **CARIDAD FERNANDEZ**, Notary Public of the State of Florida, appears SINGLETARY HOLDINGS L.L.D., a limited liability company organized according to the laws of the State of Delaware, United States of America, registered with the Secretary of State of Delaware under number 4620151 on November 6, 2008, such company which is currently active, with registered address at 1209 Orange Street, Wilmington, Delaware, represented by its sole manager AMKE REGISTERED AGENTS, LLC, a limited liability company organized according to the laws of the State of Florida, registered with the Secretary of State of Florida under number L04000011423 on February 11, 2004, duly represented by Mister Arturo J Aballí in his capacity as manager of the company, identified with passport number 0210825310 of the United States of America, hereinafter referred to as "THE PRINCIPAL", to CARLA AVELLAN, Ecuadorean national, identified with national identity document number 1708150451, with registered address at Edif. Site Center, Torre 3 Oficina 009-3, Calle del Establo Lote 50, Sector Santa Lucia Alta-Cumbaya, Ecuador, hereinafter referred to as "THE AGENT".

This document is given under the following terms and conditions:

<u>**I. GRANTING OF POWER OF ATTORNEY**</u>

**ONE:** The Principal grants power of attorney to the Agent, in order that the latter may, on behalf and in representation of the former, acting individually and by signature alone, represent its interests in the investments it makes in Ecuador, to which end the Agent may perform any and all of the following acts:

1. Intervene in the incorporation of companies, agreeing to the conditions they consider most favorable and making the necessary contributions, as well as to acquire stock and/or equity in companies that are already incorporated.

2. Attend shareholder meetings to which the company is invited, which the company is entitled to attend, or in which the company is entitled to vote; as well as to call and/or attend general shareholders meetings.

3. To take part in deliberations of all kinds and adopt resolutions within the shareholders meetings.

4. Contest the resolutions adopted at shareholders meetings of the companies in which the Principal is shareholders and/or partner and/or equity holder.

5. Represent the Principal before all political, administrative, judicial, police, military, social security,

tax, customs, and any other authorities in Ecuador, without limitation or restriction, able to file, counterclaim, and answer legal actions in which the Principal stands as part or interested person, withdrawal from such proceedings or claims, acquiesce to claims, enter into conciliation, reach settlement, submit contested claims to arbitration, and appoint representatives, while this Power of Attorney cannot be regarded as insufficient by Ecuadorean authorities.

6.  To subscribe all public or private documents necessary to exercise the powers granted herein.

7.  Purchase and sell all manner of movable and immovable property, to which end they are authorized to subscribe public and private documents, public deeds, and all other documents of any kind, without restriction or limitation, in order to achieve the objective for which this Power of Attorney is given, while able to exercise these powers in Ecuador and anywhere else in the world.

**TWO:** This power of attorney is granted for an indefinite term and is considered valid for so long as it is not expressly revoked with notice of revocation delivered to the Agent.

IN WITNESS WHEREOF, this Power of Attorney is given in Miami, Florida, today, the first day of the month of December in the year two thousand and thirteen (2013).

SINGLETARY HOLDINGS L.L.C.

By:     [signature]
        Arturo J. Aballí, Manager
        AMKE Registered Agents, LLC
        Sole Manager

[In Spanish] Before me, Caridad Fernández, notary public of the State of Florida, on the 1st day of December, 2013, appeared Arturo J. Aballí, who is personally known to me and who signed the foregoing Power of Attorney in my presence as the manager of the Company acting as Manager of the Company granting such Power.

[In English]   Before me, Caridad Fernandez, notary public of the State of Florida, on this 1st day of December, 2013 appeared Arturo J. Aballi, who is personally known to me and who signed the foregoing Power of Attorney in my presence as the manager of the Company acting as Manager of the Company granting such Power.

CERTIFICATION [illegible]                      [signature]
CANTON OF QUITO [illegible]                     Notary Public

[signature] [illegible]                         [seal] CARIDAD FERNANDEZ
                                                Commission # EE 014661 [cancelled]

                                                NOTARY TWENTY-FOUR OF QUITO
                                                This is a true copy of the certified copy
                                                presented to me and returned to the
                                                interested party in [handwritten:] 2 pages.
                                                Quito, on the [stamp:] 17 APR 2015

                                                [signature]
                                                NOTARY 24 Dr. Flor Maria Rivadeneira Jácome
                                                        NOTARY TWENTY-FOUR OF QUITO



Factura: 002-002-000001637



20151701024D00547

**FIEL COPIA DEL ORIGINAL DE DOCUMENTOS (COPIA CERTIFICADA) N° 20151701024D00547**

RAZÓN: De conformidad al Art. 18 numeral 5 de la Ley Notarial, doy fe que la(s) fotocopia(s) que antecede(n) es (son) igual(es) al(los) documento(s) original(es) que corresponde(n) a COMPULSA DE PODER y que me fue exhibido en 4 foja(s) útil(es). Una vez practicada(s) la certificación(es) se devuelve el(los) documento(s) en 4 foja(s), conservando una copia de ellas en el Libro de Diligencias. La veracidad de su contenido y el uso adecuado del (los) documento(s) certificado(s) es de responsabilidad exclusiva de la(s) persona(s) que lo(s) utiliza(n).

QUITO, a 17 DE ABRIL DEL 2015.

NOTARIO(A) FLOR DE MARIA RIVADENEIRA JACOME
NOTARÍA VIGÉSIMA CUARTA DEL CANTON QUITO



### State of Florida

### Department of State

### APOSTILLE

(Convention de La Haye du 5 octobre 196 )

1. Country:   United States of America

   This public document

2. has been signed by        Caridad Fernandez

3. acting in the capacity of   Notary Public of Florida

4. bears the seal/stamp of    Notary Public, State of Florida

   Certified

5. at   Tallahassee, Florida

6. the   Twenty-Third day of December, A.D.. 2013

7. by   Secretary of State, State of Florida

8. No.   2013-165360

9. Seal/Stamp:

10. Signature:

Secretary of State

DSD 012

This document contains a gray watermark-Hold up to light to see.



DEL CANTÓN QUITO

Dra. Flor Ma. Rivadeneira Jácome MSc.

PODER ESPECIAL

**CONSTE MEDIANTE EL PRESENTE,** que ante mi, CARIDAD FERNANDEZ, Notario Publico del Estado de la Florida comparece SINGLETARY HOLDINGS L.L.C., una sociedad de responsabilidad limitada organizada según las leyes del Estado de Delaware, Estados Unidos de America registrada con el Secretario de Estado de Delaware bajo el número 4620515 el día 6 de noviembre de 2008, sociedad actualmente vigente con domicilio en 1209 Orange Street, Wilmington Estado de Delaware representada por su administradora única la sociedad AMKE REGISTERED AGENTS, LLC, sociedad de responsabilidad limitada organizada según las leyes del Estado de la Florida registrada con el Secretario de Estado de la Florida bajo el número L04000011423 el día 11 de Febrero de 2004, debidamente representada por el Señor Arturo J. Aballí en su capacidad de administrador de la sociedad administradora, identificado con pasaporte no 0210825310 de los Estados Unidos de América, a quien en adelante se le denominará "LA PODERDANTE," a favor de CARLA AVELLAN, de nacionalidad ecuatoriana, identificada con documento nacional de identidad no. 1708150451, domiciliada en Edif. Site Center, Torre 3 Oficina 009-3, Calle del Establo Lote 50, sector Santa Lucia Alta-Cumbaya, Ecuador, a quien en adelante se le denominará "LA APODERADA."

El presente documento se otorga bajo los términos y condiciones siguientes:

## I. OTORGAMIENTO DE PODER

**PRIMERO:** La Poderdante otorga poder a favor de la Apoderada, para que en su nombre y representación y actuando individualmente y a sola firma, represente sus intereses en las inversiones que realizara en Ecuador; para lo cual podrá realizar todos y cada uno de los actos siguientes:

1) Intervenir en la constitución de sociedades, pactando las condiciones que considere más favorables y realizando los aportes necesarios; así como, adquirir acciones y/o participaciones de sociedades ya constituidas.

2) Asistir a las juntas de accionistas a las que sea citada la sociedad o las que tenga derecho a asistir o en las que tenga derecho a votar; así como promover y/o asistir a juntas universales de accionistas

3) Tomar parte en deliberaciones de todo tipo y adoptar o aprobar acuerdos dentro de la junta de accionistas

4) Impugnar los acuerdos adoptados por las juntas de accionistas de las sociedades donde el poderdante es accionista y/o socio y/o participacionista.

5) Representar a la poderdante ante toda clase de autoridades en el Ecuador, ya sean políticas, administrativas, judiciales, policiales, militares, de seguridad

social, tributarias y aduaneras, y en general de cualquier naturaleza, sin reserva ni limitación alguna, pudiendo demandar, reconvenir y contestar demandas en los que sea parte o tenga interés la poderdante, desistirse del proceso o de la pretensión, allanarse, conciliar, transigir, someter a arbitraje las pretensiones controvertidas, delegar la representación, sin que el presente poder pueda ser tachado de insuficiente por las autoridades del Ecuador.

6)  Para que en ejercicio de las facultades conferidas suscriba los documentos públicos o privados que fueran necesarios.

7)  Comprar y vender todo tipo de bienes muebles e inmuebles para lo cual esta facultado a suscribir documentos públicos y privados, escrituras publicas y todo otro documento de cualquier índole, sin reserva ni limitación alguna a fin de lograr el objetivo para el que se le confiere este mandato; pudiendo ejercer estas facultades en Ecuador y en cualquier otro sitio del mundo.

<u>SEGUNDA:</u>  El presente poder se otorga por tiempo indefinido y se considera vigente mientras no sea expresamente revocado y comunicado la misma a la Apoderada.

EN TESTIMONIO DE LO CUAL, este Poder es otorgado en Miami, Florida, hoy día 1ro. de diciembre el año dos mil trece (2013).

SINGLETARY HOLDINGS L.L.C.

By: _____
         Arturo J. Aballi, Manager
         AMKE Registered Agents, LLC,
         Sole Manager

[En español]  Ante mi, Caridad Fernández, notario público del Estado de la Florida, compareció el día 1ro. de diciembre, 2013, el Sr. Arturo J. Aballi, el cual conozco y firma en mi presencia el Poder anterior, como representante de la sociedad administradora de la sociedad poderdante. DE LO CUAL DOY FE.

[In English]  Before me, Caridad Fernandez, notary public of the State of Florida, on this 1st day of December, 2013 appeared Arturo J. Aballi, is personally known to me and who signed the foregoing Power of Attorney in my presence as the manager of the Company acting as Manager of the Company granting such Power.

_____
Notario Público / Notary Public

RAZÓN YO DRA ALEXANDRA ENCARANA ROSMOTA
CANTON QUITO CERTIFICO Y DOY FE QUE LA O FIN
DEL DOCUMENTO DOCUMENTO EN
COPIA DE SU OTRO NAL QUE JUZGA MAN COTA

CARIDAD FERNANDEZ
Commission on # EE 014681
NOTARÍA VIGÉSIMA CUARTA DE QUITO
Es compulsa de la copia certificada que me fue presentada y devuelta al interesado en ... 2 ... fojas útiles
Quito, a ....... 17 ABR. 2015

- 2 -

Dra. Flor Ma. Rivadeneira Jácome MSc.
NOTARIA VIGÉSIMA CUARTA DE QUITO

# **<u>EXHIBIT E</u>**

**CERTIFIED TRANSLATION**

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Exhibit E - 1782 Declaration (00304912x9F5D7)"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: July 31, 2019

_____

Wolf Markowitz

[logo:] CL   **CREDIT LYONNAIS**

MIAMI AGENCY

Miami, May 31, 2002
Mr. Carlos Avellan
Quito, Ecuador
Via DHL

**RE: KONA MARKETING LIMITED**

Dear Carlos,

Following up on our phone conversation today, I am pleased to send you a set of documents to open an account for KONA MARKETING LIMITED. I kindly ask that you fill out and sign these documents and return them together with a clear copy of each of your passports. Each of you sign these documents as "agents" of Kona Marketing Ltd. The bylaws and powers of attorney of Kona Marketing Ltd are being prepared and it will take several days for us to receive them.

This company is being created in the British Virgin Islands. In order to uphold the confidentiality required for the handling of your financial resources, attorneys from the firm TridentTrust Services will stand as nominee shareholders of the company Kona Marketing Limited. There will be four shareholders acting on behalf of each of you.

Each shareholder will maintain 25% of the shares "in trust for" each of you. This form is documented by way of a "Declaration of Trust" which names the beneficiaries that each of you which to appoint in case of death. As soon as these documents are ready, I will send them to you for your signatures. The law firm will provide Kona Marketing Limited with one Nominee Director in order to meet the commercial registry requirements of the BVI.

The fees generated for this legal filing are as follows:
1. Incorporation of the company: $2,500.00 (including maintenance fees for the first year at $1,250.00)
2. "Nominee shareholder/declaration of trust" service: $450.00 per shareholder, per year.
3. "Nominee director" service: $250.00 per year.

We remain at your service for any questions you may have.

Warm regards,

[signature]
Philippe Larmier
First Vice President

601 Brickell Key Drive, Suite 800, Miami, Florida 33131-2608
Phone: (305) 375-7800; Fax: (305) 577-8925; Telex: 6811236

Compania KONA



## DECLARATION OF TRUST

We, **PARK INTERNATIONAL LIMITED** of Hunkins Plaza, Main Street, P.O. Box 556, Charlestown, Nevis, W.I., hereby acknowledge and declare that we hold **12,500** Shares numbered **1 to 12,500** of **Kona Marketing Limited**, a company incorporated in the British Virgin Islands whose registered office is at Trident Chambers, Wickhams Cay, P.O. Box 146, Road Town, Tortola, British Virgin Islands, registered in our name as trustee for **Carlos A. Avellan,** (hereinafter called the "Beneficiary") and upon his death to **Carla Avellan and Camila Avellan in equal shares** (hereinafter called the "Secondary Beneficiaries) and WE EXPRESSLY DECLARE that the trust hereby created is revocable by us and WE FURTHER UNDERTAKE AND AGREE (i) to account to the Beneficiary, and on his death to the Secondary Beneficiaries for all dividends and profits which may be paid to us from time to time upon the said shares and for other monies or profit which may be payable by us in respect thereof AND (ii) to exercise our voting power as the said shareholder in such manner and/or for such purpose as shall in our absolute discretion be in the best interests of the Beneficiary and on his death to the Secondary Beneficiaries.

This Trust shall be governed by the laws of the Isle of Man.

Dated this 18th day of June, 2002.

SIGNED AND DELIVERED by:

_____
Park International Limited

 TRIDENTTRUST

## LETTER OF INSTRUCTION

June 7, 2002

Park International Limited
Hunkins Plaza
Main Street
P.O. Box 556
Charlestown
Nevis
West Indies

Dear Sirs:

**Re: Kona Marketing Limited**

I hereby instruct you to declare a trust in the form of the Declaration of Trust attached to this letter. The details of the trust are to be as follows:

1.  The Company is Kona Marketing Limited, a British Virgin Island company ("the Company");

2.  The shares in the Company which are to be placed in trust are:

    12,500 shares numbered 1 to 12,500.

3.  The Beneficiaries are to be: CARLOS A. AVELLAN

4.  The Secondary Beneficiaries are to be: CARLA AVELLAN &
    CAMILA AVELLAN

5.  The trust is revocable at any time upon your receipt of written notice of revocation given by me.

6.  Residents for the time being of the Isle of Man should be excluded from benefiting under the trust.

Please acknowledge by countersigning this letter that you agree as Trustee to be bound by its terms.

Yours sincerely,                                    Accepted and Agreed

Settlor                                             By: _____
                                                    For Park International Limited
                                                    Date: June 18, 2002

 **CREDIT LYONNAIS**

MIAMI AGENCY

Miami, Mayo 31, 2002
Sr. Carlos Avellan
Quito, Ecuador
Via DHL

## RE: KONA MARKETING LIMITED

Estimado Carlos,

A continuación de nuestra conversación telefónica de la fecha, me complace enviarte un juego de documentos de apertura de cuenta para KONA MARKETING LIMITED. Gracias por completar y firmar estos documentos y devolverlos juntos con una copia clara de cada uno de sus pasaportes. Cada uno de Ustedes firma estos documentos en calidad de "apoderados" de Kona Marketing Ltd. Los estatutos y poderes de Kona Marketing Ltd están siendo elaborados y demoraran varios días antes que lo recibamos.

La creación de esta compañía se realiza en las British Virgin Islands. Para atingir la confidencialidad necesaria para el manejo de sus recursos financieros, la sociedad Kona Marketing Limited tendrá como accionistas ("*nominee shareholders*") los abogados de la firma TridentTrust Services. Serán cuatro accionistas que actuaran en representación de cada uno de Ustedes.

Cada accionista mantendrá 25% de las acciones "in trust for" cada uno de Ustedes. Esta formula se documenta por medio de un "Declaration of Trust" que nombra los beneficiarios que cada uno de Ustedes quiera designar en caso de fallecimiento. Tan pronto estén listos estos documentos, se lo enviare para recoger sus firmas. La firma de abogados pondrá a disposición de Kona Marketing Limited un Director ("*nominee director*") para cumplir con los requerimientos del registro de comercio de las BVI.

Los cargos generados por esta estructura jurídica son los siguientes:
1 - Constitución de la compañía: $2,500.00 (incluye el gasto de mantenimiento del primer año por $1,250.00)
2 – Servicio de "nominee shareholder/declaration of trust": $450.00 por accionista, por año.
3 – Servicio de "nominee director": $250.00 por año.
Quedándome a su entera disposición por cualquier preguntas que podrían tener, le envió un caluroso saludo.

Philippe Larmier
First Vice President

601 Brickell Key Drive, Suite 800, Miami, Florida 33131-2608
Telephone: (305) 375-7800, Fax: (305) 577-8925, Telex: 6811236



*Companie KONA*



### DECLARATION OF TRUST

---

We, **PARK INTERNATIONAL LIMITED** of Hunkins Plaza, Main Street, P.O. Box 556, Charlestown, Nevis, W.I., hereby acknowledge and declare that we hold **12,500** Shares numbered **1** to **12,500** of **Kona Marketing Limited**, a company incorporated in the British Virgin Islands whose registered office is at Trident Chambers, Wickhams Cay, P.O. Box 146, Road Town, Tortola, British Virgin Islands, registered in our name as trustee for **Carlos A. Avellan,** (hereinafter called the "Beneficiary") and upon his death to **Carla Avellan and Camila Avellan in equal shares** (hereinafter called the "Secondary Beneficiaries) and WE EXPRESSLY DECLARE that the trust hereby created is revocable by us and WE FURTHER UNDERTAKE AND AGREE (i) to account to the Beneficiary, and on his death to the Secondary Beneficiaries for all dividends and profits which may be paid to us from time to time upon the said shares and for other monies or profit which may be payable by us in respect thereof AND (ii) to exercise our voting power as the said shareholder in such manner and/or for such purpose as shall in our absolute discretion be in the best interests of the Beneficiary and on his death to the Secondary Beneficiaries.

This Trust shall be governed by the laws of the Isle of Man.

Dated this 18th day of June, 2002.

SIGNED AND DELIVERED by:

Park International Limited

 TRIDENT TRUST

## LETTER OF INSTRUCTION

June 7, 2002

Park International Limited
Hunkins Plaza
Main Street
P.O. Box 556
Charlestown
Nevis
West Indies

Dear Sirs:

**Re: Kona Marketing Limited**

I hereby instruct you to declare a trust in the form of the Declaration of Trust attached to this letter. The details of the trust are to be as follows:

1.  The Company is Kona Marketing Limited, a British Virgin Island company ("the Company");

2.  The shares in the Company which are to be placed in trust are:

    12,500 shares numbered 1 to 12,500.

3.  The Beneficiaries are to be: CARLOS A · AVELLAN

4.  The Secondary Beneficiaries are to be: CARLA AVELLAN &

    CAMILA AVELLAN

5.  The trust is revocable at any time upon your receipt of written notice of revocation given by me.

6.  Residents for the time being of the Isle of Man should be excluded from benefiting under the trust.



Please acknowledge by countersigning this letter that you agree as Trustee to be bound by its terms.

Yours sincerely,

Accepted and Agreed

Settlor

By: _____
For Park International Limited
Date: . June 18, 2010

# **<u>EXHIBIT F</u>**



## UBS

UBS Financial Services Inc.
100 South East 2nd Street
25th Floor
Miami FL 33131-2130

APZ2000551705 0713 R2 0

# International RMA

July 2013

00016804 02 AT  0.381 02  TR 00092 B201B023 000000 cpl
ELDINE TRADING LIMITED
CLUB BUZZON NO QUIO- 3907
P.O. BOX 02-5268
MIAMI FL 33102-5268

**Account name:** ELDINE TRADING LIMITED

**Account number:** R2 67789 EC

**Your Financial Advisor:**
KRUGER/LARENAS/MORA/PINTO
Phone: 305-536-9200/866-827-6426

**Questions about your statement?**
Call your Financial Advisor or the
ResourceLine at 800-762-1000,
account 953067789

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
‣ If you use UBS Online Services, consider
changing your User Name and Password
regularly to protect your personal data.
Not enrolled? Go to
ubs.com/onlineservices.

## Value of your account

As a service to you, your portfolio value of
$1,125,847.27 includes accrued interest

| | on June 28 ($) | on July 31 ($) |
|---|---|---|
| Your assets | 1,075,769.19 | 1,125,847.27 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$1,075,769.19** | **$1,125,847.27** |
| Accrued interest in value above | $2,427.78 | $3,298.62 |

## Tracking the value of your account



$ Thousands

2,500.6
2,126.0
1,248.9
1,075.8
1,125.8

Dec 2010   Dec 2011   Dec 2012   Jun 2013   Jul 2013

### Sources of your account growth during 2013

| | |
|---|---|
| Value of your account at year end 2012 | $1,248,922.66 |
| Net deposits and withdrawals | -$8,590.72 |
| Your investment return: | |
| Dividend and interest income | $10,023.63 |
| Change in value of accrued interest | $791.68 |
| Change in market value | -$125,299.98 |
| **Value of your account on Jul 31, 2013** | **$1,125,847.27** |



Member SIPC    S 016804 B201B023 006932    APZ20002000551705 PZ2000058387 00001 0713 000000000 R267789EC0 000000

International Rivia
Account name: ELDINE TRADING LIMITED
Case 1:19-mc-23236-JAL Document 1-1 Entered on FLSD Docket 08/02/2019 Page 94 of 111

UBS

Your Financial Advisor:
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

# Your account balance sheet

The value of your account includes assets held at UBS and certain assets held away from UBS. See page 1 for more information.

## Summary of your assets

|   |   | Value on July 31 ($) | Percentage of your account |
|---|---|---|---|
| A | Cash and money balances | 73,008.49 | 6.48% |
| B | Cash alternatives | 0.00 | 0.00% |
| C | Equities | 333,024.34 | 29.58% |
| D | Fixed income | 544,614.39 | 48.38% |
| E | Non-traditional | 40,662.00 | 3.61% |
| F | Commodities | 134,538.05 | 11.95% |
| G | Other | 0.00 | 0.00% |
| **Total assets** | | **$1,125,847.27** | **100.00%** |

**Value of your account**     **$1,125,847.27**

### Your current asset allocation



# Eye on the markets

|  | Percentage change | |
|---|---|---|
| Index | July 2013 | Year to date |
| S&P 500 | 5.09% | 19.62% |
| Russell 3000 | 5.48% | 20.31% |
| MSCI - Europe, Australia & Far East | 5.28% | 9.99% |
| Barclays Capital U.S. Aggregate Bond Index | 0.14% | -2.31% |

### Interest rates on July 31, 2013

3-month Treasury bills: 0.02%
One-month LIBOR: 0.19%



International RMA
July 2013

| Account name: | ELDINE TRADING LIMITED |
| Account number: | R2 67789 EC |

**Your Financial Advisor:**
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

## Change in the value of your account

|  | July 2013 ($) | Year to date ($) |
|---|---|---|
| **Opening account value** | $1,075,769.19 | $1,248,922.66 |
| Withdrawals and fees, including investments transferred out | -1,798.21 | -8,590.72 |
| Dividend and interest income | 2,800.06 | 10,023.63 |
| Change in value of accrued interest | 870.84 | 791.68 |
| Change in market value | 48,205.39 | -125,299.98 |
| **Closing account value** | $1,125,847.27 | $1,125,847.27 |

## Summary of gains and losses

Values reported below exclude products for which gains and losses are not classified

|  | Realized gains and losses | | Unrealized |
|---|---|---|---|
|  | July 2013 ($) | Year to date ($) | gains and losses ($) |
| Short term | 12,029.01 | 16,262.38 | -7,951.34 |
| Long term | 5,112.29 | 21,903.79 | -316,062.09 |
| **Total** | **$17,141.30** | **$38,166.17** | **-$324,013.43** |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

|  | July 2013 ($) | Year to date ($) |
|---|---|---|
| Taxable dividends | 2,136.96 | 3,478.52 |
| Taxable interest | 3.51 | 4,781.52 |
| Miscellaneous | 659.59 | 659.59 |
| Private investment distributions | 0.00 | 1,104.00 |
| **Total current year** | **$2,800.06** | **$10,023.63** |
| **Total dividend & interest** | **$2,800.06** | **$10,023.63** |



UBS International RMA
July 2013

Account name: ELDINE TRADING LIMITED

Case 1:19-mc-23236-JAL   Document 1-1   Entered on FLSD Docket 08/02/2019   Page 96 of 111

Your Financial Advisor:
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

## Cash activity summary

See *Account activity this month* for details. Balances in your Sweep Options are included in the opening and closing balances value. FDIC insurance applies only to deposits at UBS Bank USA, not to deposits at UBS AG, Stamford Branch or bank deposits placed through the UBS International Deposit Account program. SIPC protection applies to money market sweep fund holdings but not bank deposits. See *Important information about your statement* on the last two pages of this document for details.

| | July 2013 ($) | Year to date ($) |
|---|---|---|
| **Opening balances** | **$245,246.17** | **$14,260.27** |
| *Additions* | | |
| Dividend and interest income | 2,800.06 | 10,023.63 |
| Proceeds from investment transactions | 326,664.95 | 557,219.79 |
| *Total additions* | **$329,465.01** | **$567,243.42** |
| *Subtractions* | | |
| Cash/ATM transactions | 0.00 | -97.25 |
| ATM fee rebates | 0.00 | 3.00 |
| Card payments | -7.99 | -6,502.52 |
| Other funds debited | -1,790.22 | -1,993.95 |
| Funds withdrawn for investments bought | -499,904.48 | -499,904.48 |
| *Total subtractions* | **-$501,702.69** | **-$508,495.20** |
| **Net cash flow** | **-$172,237.68** | **$58,748.22** |
| **Closing balances** | **$73,008.49** | **$73,008.49** |

## Withholdings and tax summary

| | July 2013 ($) | Year to date ($) |
|---|---|---|
| Non-resident alien tax withholding | -838.97 | -1,627.84 |
| Prior year(s) adjustment | 0.00 | 585.14 |
| **Total withholdings and taxes** | **-$838.97** | **-$1,042.70** |

## Loan summary

| | |
|---|---|
| Opening loan balance on June 22 | $0 |
| Closing loan balance on July 21 | $252,697 |
| Average loan balance | $252,963 |
| Loan interest period | June 22 to July 21 |
| Number of loan (debit) days | 19 |
| Average loan interest rate | 7.125% |
| July 2013 loan interest | $951.25 |
| Year to date loan interest | $951.25 |

## Your investment objectives:

You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

**Your return objective:**
Capital appreciation
**Your risk profile:**
Primary - Aggressive
Investment eligibility consideration - None selected

## Your account instructions

- Your account cost basis default closing method is FIFO, First In, First Out.

**UBS**

International RMA
July 2013

| | |
|---|---|
| Account name: | ELDINE TRADING LIMITED |
| Account number: | R2  67789 EC |

**Your Financial Advisor:**
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Jul 1 ($) | Closing balance on Jul 31 ($) | Price per share on Jul 31 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|
| RMA INTL DEPOSIT ACCOUNT | 245,246.17 | 73,008.49 | 1.00 | 0.03% | Jun 20 to Jul 17 | 28 |

## Equities

### Common stock

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Jul 31 ($) | Value on Jul 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| DEVON ENERGY CORP NEW Symbol: DVN  Exchange: NYSE EAI: $338 Current yield: 1.60% | Apr 20, 12 | 384.000 | 65.871 | 25,294.49 | 55.010 | 21,123.84 | -4,170.65 | LT |

### Closed end funds & Exchange traded products

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jul 31 ($) | Value on Jul 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| ISHARES MSCI AUSTRALIA ETF Symbol: EWA | | | | | | | | | |
| Trade date: Mar 24, 11 EAI: $1,400 Current yield: 6.18% | 974.000 | 25.766 | 25,096.14 | 25,096.14 | 23.260 | 22,655.24 | -2,440.90 | -2,440.90 | LT |
| ISHARES MSCI GERMANY ETF Symbol: EWG | | | | | | | | | |

*continued next page*

UBS
International RMA
July 2013

Account name:
Account number:     R2 67789 EC

Your Financial Advisor:
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

## Your assets › Equities › Closed end funds & Exchange traded products (continued)

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jul 31 ($) | Value on Jul 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| Trade date: Mar 24, 11 | 1,967.000 | 25.481 | 50,122.46 | 50,122.46 | 26.320 | 51,771.44 | 1,648.98 | 1,648.98 | LT |
| EAI: $856 Current yield: 1.65% | | | | | | | | | |
| ISHARES MSCI JAPAN ETF | | | | | | | | | |
| Symbol: EWJ | | | | | | | | | |
| Trade date: Mar 24, 11 | 1,233.000 | 10.557 | 13,017.37 | 13,017.37 | 11.225 | 13,840.43 | 823.06 | | LT |
| Trade date: Mar 24, 11 | 1,233.000 | 10.583 | 13,049.04 | 13,049.04 | 11.225 | 13,840.43 | 791.39 | | LT |
| EAI: $365 Current yield: 1.32% | | | | | | | | | |
| Security total | 2,466.000 | 10.570 | 26,066.41 | 26,066.41 | | 27,680.85 | 1,614.45 | 1,614.45 | |
| ISHARES TRUST S&P LATIN AMER | | | | | | | | | |
| 40 INDEX FUND | | | | | | | | | |
| Symbol: ILF | | | | | | | | | |
| Trade date: Mar 24, 11 | 743.000 | 52.580 | 39,067.08 | 39,067.08 | 36.180 | 26,881.74 | -12,185.34 | -12,185.34 | LT |
| EAI: $834 Current yield: 3.10% | | | | | | | | | |
| MARKET VECTORS GOLD MINERS ETF | | | | | | | | | |
| Symbol: GDX | | | | | | | | | |
| Trade date: Oct 28, 11 | 2,000.000 | 59.435 | 118,871.75 | 118,871.75 | 26.990 | 53,980.00 | -64,891.75 | | LT |
| Trade date: Oct 28, 11 | 1,389.000 | 59.790 | 83,048.47 | 83,048.47 | 26.990 | 37,489.11 | -45,559.36 | | LT |
| Trade date: Oct 31, 11 | 1,694.000 | 59.377 | 100,585.75 | 100,585.75 | 26.990 | 45,721.06 | -54,864.69 | | LT |
| Trade date: Nov 3, 11 | 1,694.000 | 61.129 | 103,553.67 | 103,553.67 | 26.990 | 45,721.06 | -57,832.61 | | LT |
| EAI: $3,131 Current yield: 1.71% | | | | | | | | | |
| Security total | 6,777.000 | 59.917 | 406,059.64 | 406,059.64 | | 182,911.23 | -223,148.41 | -223,148.41 | |
| **Total** | | | **$546,411.73** | **$546,411.73** | | **$311,900.50** | **-$234,511.22** | **-$234,511.23** | |

**Total estimated annual income:  $6,586**

**UBS**

International RMA
July 2013

Account name: ELDINE TRADING LIMITED
Account number: R2 67789 EC

**Your Financial Advisor:**
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

## Your assets (continued)

### Fixed income

#### Corporate bonds and notes

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been adjusted for accreted original issue discount (OID). If you have made a tax

election to deduct the premium amortization on taxable debt securities, you may request that UBS adjust cost basis for the bond premium amortization.

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Cost basis ($) | Price on Jul 31 ($) | Value on Jul 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| GRUPO AVAL LTD B/E REG S | | | | | | | | |
| FOREIGN SECURITY | | | | | | | | |
| RATE 04.750% MATURES 09/26/22 | | | | | | | | |
| ACCRUED INTEREST $3,298.62 | | | | | | | | |
| ISIN USG42045AB32 | | | | | | | | |
| Moody: Baa3 | | | | | | | | |
| EAI: $9,500 Current yield: 5.02% | Nov 16, 12 | 200,000.000 | 99.950 | 199,905.25 | 94.625 | 189,250.00 | -10,655.25 | ST |

### Closed end funds & Exchange traded products

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

Unrealized (tax) gain or loss is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jul 31 ($) | Value on Jul 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| ISHARES 7-10 YEAR TREAS BOND | | | | | | | | | |
| ETF | | | | | | | | | |
| Symbol: IEF | | | | | | | | | |
| Trade date: Jun 28, 13 | 1,224.000 | 102.245 | 125,149.09 | 125,149.09 | 102.000 | 124,848.00 | -301.09 | -301.09 | ST |
| EAI: $2,098 Current yield: 1.68% | | | | | | | | | |
| ISHARES IBOXX HIGH YIELD | | | | | | | | | |
| CORPORATE BOND ETF | | | | | | | | | |
| Symbol: HYG | | | | | | | | | |
| Trade date: Jun 28, 13 | 1,375.000 | 90.794 | 124,842.50 | 124,842.50 | 92.980 | 127,847.50 | 3,005.00 | 3,005.00 | ST |
| EAI: $8,144 Current yield: 6.37% | | | | | | | | | |
| **Total** | | | 249,991.59 | 249,991.59 | | 252,695.50 | 2,703.91 | 2,703.91 | |

Total estimated annual income: **$10,242**



International RMA
July 2013

**Account name:** ELDINE TRADING LIMITED

Case 1:19-mc-23236-JAL   Document 1-1   Entered on FLSD Docket 08/02/2019   Page 100 of 111

Your Financial Advisor:
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

## Your assets › **Fixed income** (continued)

### Mutual funds

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jul 31 ($) | Value on Jul 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| PIMCO GLOBAL REAL RETURN FUND (E SHARES ACCUMULATING) | | | | | | | | | |
| Trade date: Feb 28, 12 | 6,297.229 | 15.880 | 100,000.00 | 100,000.00 | 15.780 | 99,370.27 | −629.73 | −629.73 | LT |

### Non-traditional

### Closed end funds & Exchange traded products

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jul 31 ($) | Value on Jul 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| PROSHARES ULTRASHORT 20+Y TR ETF Symbol: TBT | | | | | | | | | |
| Trade date: Mar 24, 11 | 540.000 | 148.449 | 80,162.97 | 80,162.97 | 75.300 | 40,662.00 | −39,500.97 | −39,500.97 | LT |

# UBS

International RMA
July 2013

Account name:
Account number:

ELDINE TRADING LIMITED
R2 67789 EC

**Your Financial Advisor:**
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

## Your assets (continued)

## Commodities

### Closed end funds & Exchange traded products

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jul 31 ($) | Value on Jul 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| POWERSHARES DB COMMODITY INDEX | | | | | | | | | |
| TRACKING FUND | | | | | | | | | |
| Symbol: DBC | | | | | | | | | |
| Trade date: Mar 24, 11 | 991.000 | 30.364 | 30,090.93 | 30,090.93 | 25.930 | 25,696.63 | -4,394.30 | | LT |
| Trade date: Mar 31, 11 | 526.000 | 30.588 | 16,089.59 | 16,089.59 | 25.930 | 13,639.18 | -2,450.41 | | LT |
| Security total | 1,517.000 | 30.442 | 46,180.52 | 46,180.52 | | 39,335.81 | -6,844.71 | -6,844.71 | |
| SPDR GOLD TRUST | | | | | | | | | |
| Symbol: GLD | | | | | | | | | |
| Trade date: Oct 31, 11 | 369.000 | 167.086 | 61,654.77 | 61,654.77 | 127.960 | 47,217.24 | -14,437.53 | | LT |
| Trade date: Nov 3, 11 | 375.000 | 170.539 | 63,952.28 | 63,952.28 | 127.960 | 47,985.00 | -15,967.28 | | LT |
| Security total | 744.000 | 168.827 | 125,607.05 | 125,607.05 | | 95,202.24 | -30,404.81 | -30,404.81 | |
| **Total** | | | **$171,787.57** | **$171,787.57** | | **$134,538.05** | **-$37,249.52** | **-$37,249.52** | |

## Your total assets

| | | Value on Jul 31 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| **Cash** | Cash and money balances | 73,008.49 | 6.48% | 73,008.49 | | |
| **Equities** | Common stock | 21,123.84 | | 25,294.49 | 338.00 | -4,170.65 |
| | Closed end funds & Exchange traded products | 311,900.50 | | 546,411.73 | 6,586.00 | -234,511.22 |
| | **Total equities** | 333,024.34 | 29.58% | 571,706.22 | 6,924.00 | -238,681.87 |
| **Fixed income** | Corporate bonds and notes | 189,250.00 | | 199,905.25 | 9,500.00 | -10,655.25 |
| | Closed end funds & Exchange traded products | 252,695.50 | | 249,991.59 | 10,242.00 | 2,703.91 |

continued next page



UBS

International RMA
July 2013

Account name: ELDINE TRADING LIMITED
Account number: FZ 617 05 EC

Case 1:19-mc-23236-JAL   Document 1-1   Entered on FLSD Docket 08/02/2019   Page 102 of 111

Your Financial Advisor:
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

## Your assets › **Your total assets** (continued)

| | | Value on Jul 31 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| | Mutual funds | 99,370.27 | | 100,000.00 | | -629.73 |
| | Total accrued interest | 3,298.62 | | | | |
| | **Total fixed income** | **544,614.39** | **48.38%** | **549,896.84** | **19,742.00** | **-8,581.07** |
| Non-traditional | Closed end funds & Exchange traded products | 40,662.00 | 3.61% | 80,162.97 | | -39,500.97 |
| Commodities | Closed end funds & Exchange traded products | 134,538.05 | 11.95% | 171,787.57 | | -37,249.52 |
| **Total** | | **$1,125,847.27** | **100.00%** | **$1,446,562.09** | **$26,666.00** | **-$324,013.43** |

# Account activity this month

For more information about the price/value shown for restricted securities, see *Important information about your statement* at the end of this document.

| Date | Activity | Description | Your expense code | Quantity/ Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|---|---|---|---|---|---|---|---|
| **Jun 28** | | **Cash and money balance** | | | | | **$245,246.17** |
| Jul 2 | Tax | ISHARES TRUST S&P LATIN AMER 40 INDEX FUND NON-RESIDENT ALIEN WITHHOLDING PAID TO IRS IRS REQUIRED WITHHOLDING JOURNAL FROM TYPE  2 | | | | -140.06 | |
| Jul 2 | Dividend | ISHARES TRUST S&P LATIN AMER 40 INDEX FUND PAID ON     743 | | | | 466.86 | 245,572.97 |
| Jul 3 | Bought | ISHARES 7-10 YEAR TREAS BOND ETF UNSOLICITED | | 1,224.000 | 102.16 | -125,149.09 | |
| Jul 3 | Bought | ISHARES IBOXX HING YIELD CORPORATE BOND ETF UNSOLICITED | | 1,375.000 | 90.718000 | -124,842.50 | |
| Jul 3 | Bought | SPDR S&P 500 ETF TR UNSOLICITED | | 1,555.000 | 160.648000 | -249,912.89 | -254,331.51 |
| Jul 5 | Tax | ISHARES MSCI AUSTRALIA ETF NON-RESIDENT ALIEN WITHHOLDING PAID TO IRS IRS REQUIRED WITHHOLDING JOURNAL FROM TYPE  2 | | | | -158.30 | |
| Jul 5 | Dividend | ISHARES MSCI AUSTRALIA ETF PAID ON      974 | | | | 527.66 | |
| Jul 5 | Tax | ISHARES MSCI GERMANY ETF NON-RESIDENT ALIEN WITHHOLDING PAID TO IRS IRS REQUIRED WITHHOLDING JOURNAL FROM TYPE  2 | | | | -256.64 | |
| Jul 5 | Dividend | ISHARES MSCI GERMANY ETF PAID ON      1967 | | | | 855.45 | |
| Jul 5 | Tax | ISHARES MSCI JAPAN ETF NON-RESIDENT ALIEN WITHHOLDING PAID TO IRS IRS REQUIRED WITHHOLDING JOURNAL FROM TYPE  2 | | | | -34.95 | |

*continued next page*



International RMA
July 2013

**Account name:** ELDINE TRADING LIMITED
**Account number:** R2  67789 EC

**Your Financial Advisor:**
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

## Account activity this month (continued)

| Date | Activity | Description | Your expense code | Quantity/Face value | Price/Value ($) | Cash amount ($) | Cash and money balance ($) |
|------|----------|-------------|-------------------|---------------------|-----------------|-----------------|---------------------------|
| Jul 5 | Dividend | ISHARES MSCI JAPAN ETF PAID ON          2466 | | | | 116.51 | -253,281.78 |
| Jul 8 | Tax | ISHARES 7-10 YEAR TREAS BOND ETF NON-RESIDENT ALIEN WITHHOLDING PAID TO IRS IRS REQUIRED WITHHOLDING JOURNAL FROM TYPE  2 | | | | -51.14 | |
| Jul 8 | Dividend | ISHARES 7-10 YEAR TREAS BOND ETF PAID ON 1224 | | | | 170.48 | |
| Jul 8 | Tax | ISHARES IBOXX HING YIELD CORPORATE BOND ETF NON-RESIDENT ALIEN WITHHOLDING PAID TO IRS IRS REQUIRED WITHHOLDING JOURNAL FROM TYPE  2 | | | | -197.88 | |
| Jul 8 | Substitute Payment | ISHARES IBOXX HING YIELD CORPORATE BOND ETF | | | | 659.59 | -252,700.73 |
| Jul 18 | Interest | RMA INTL DEPOSIT ACCOUNT AS OF 07/17/13 | | | | 3.51 | -252,697.22 |
| Jul 22 | Loan Charge | LOAN INTEREST CHARGED | | | | -951.25 | -253,648.47 |
| Jul 24 | Sold | MCDONALDS CORP | | -315.000 | 99.906603 | 31,364.78 | |
| Jul 24 | Sold | REGENCY ENERGY PARTNERS LP UNITS REPSTG LTD PARTNER INT | | -1,200.000 | 27.886750 | 33,358.27 | |
| Jul 24 | Sold | SPDR S&P 500 ETF TR | | -1,555.000 | 168.522000 | 261,941.90 | 73,016.48 |
| Jul 29 | Bank Card | DEBIT CARD ACTIVITY | | | | -7.99 | 73,008.49 |
| **Jul 31** | | Closing cash and money balance | | | | | **$73,008.49** |
| | | Proceeds from investment transactions | | | | | **$326,664.95** |
| | | Funds used for investment transactions | | | | | **-$499,904.48** |

**Card purchases**
UBS Visa debit. XXXS 2090
MARIA FERNANDA RIGAIL

| | Date | Description | | | | Amount ($) | |
|--|------|-------------|--|--|--|-----------|--|
| Purchases | Jul 17 | NETFLIX.COM 866-716-0414  CA 16319800036836 1607 | | | | $7.99 | |
| | **Total - Purchases** | | | | | **$7.99** | |

**Total Card charges**

**$7.99**



UBS International RMA
July 2013

Account name: ELDINE TRADING LIMITED
Account number:

Case 1:19-mc-23236-JAL   Document 1-1   Entered on FLSD Docket 08/02/2019   Page 104 of 111

Your Financial Advisor:
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

## Account activity this month (continued)

|  | Category | | | Current period($) | Year todate ($) |
|---|---|---|---|---|---|
| **Card purchase summary** | | | | | |
| UBS Visa debit: XXX5 2090 | | | | | |
| MARIA FERNANDA RIGAIL | | | | | |
| | Purchases | | | $7.99 | $2,547.32 |
| | Restaurants | | | $0.00 | $384.20 |
| | Transportation | | | $0.00 | $73.33 |
| | Professional services | | | $0.00 | $115.71 |
| | Miscellaneous/Unclassified | | | $0.00 | $65.10 |
| | **Total card purchases** | | | **$7.99** | **$3,185.66** |
| UBS Visa debit: XXX5 2108 | | | | | |
| CARLOS AVELLAN | | | | | |
| | Purchases | | | $0.00 | $2,512.81 |
| | Transportation | | | $0.00 | $12.37 |
| | Travel arrangement services | | | $0.00 | $231.30 |
| | Professional services | | | $0.00 | $502.81 |
| | Miscellaneous/Unclassified | | | $0.00 | $57.57 |
| | **Total card purchases** | | | **$0.00** | **$3,316.86** |
| | **Total purchases** | | | **$7.99** | **$6,502.52** |

| | Date | Activity | Description | | Amount ($) |
|---|---|---|---|---|---|
| **Money balance activities** | **Jun 28** | **Balance forward** | | | **$245,246.17** |
| | Jul 3 | Withdrawal | RMA INTL DEPOSIT ACCOUNT | | -245,246.17 |
| | Jul 18 | Deposit | RMA INTL DEPOSIT ACCOUNT AS OF 07/17/13 | | 3.51 |
| | Jul 19 | Withdrawal | RMA INTL DEPOSIT ACCOUNT | | -3.51 |
| | Jul 25 | Deposit | RMA INTL DEPOSIT ACCOUNT | | 73,016.48 |
| | Jul 30 | Withdrawal | RMA INTL DEPOSIT ACCOUNT | | -7.99 |
| | **Jul 31** | **Closing RMA Intl Deposit Account** | | | **$73,008.49** |

The International Deposit Account is your primary sweep option



**UBS**

International RMA
July 2013

Account name: ELDINE TRADING LIMITED
Account number: R2 67789 EC

Your Financial Advisor:
KRUGER/LARENAS/MORA/PINTO
305-536-9200/866-827-6426

## Realized gains and losses

The estimated realized gains and losses shown below are not for tax purposes. Please note that gain or loss recognized on the sale or redemption of certain Structured Products, like Contingent Debt Securities, may be ordinary, and not capital, gain or loss. Please check with your tax advisor. To calculate gains and losses, we liquidate the oldest security lot first. This is known as the first-in, first-out or FIFO accounting method. We use this method unless you specified which tax lot to close when you placed your order. This is known as a versus purchases or VSP order. See *Important information about your statement* at the end of this document for more

information. We may not adjust gains and losses for all capital changes. We automatically adjust cost basis for tax-exempt and AMT coupon municipal securities for estimated amortization of bond premiums and for accreted OID for securities issued at a discount. If you requested that UBS adjust cost basis for the bond premium amortization on taxable debt securities then cost basis reflected for these securities has been adjusted. Estimates in the *Unclassified* section can not be classified as short term or long term because information is missing, or the product is one in which the gain/loss calculation is not provided.

### Short-term capital gains and losses

| Security description | Method | Quantity or face value | Purchase date | Sale date | Sale amount ($) | Cost basis ($) | Wash sale cost basis adjustment($) | Loss ($) | Gain ($) |
|---|---|---|---|---|---|---|---|---|---|
| SPDR S&P 500 ETF TR | FIFO | 1,555.000 | Jun 28, 13 | Jul 19, 13 | 261,941.90 | 249,912.89 | | | 12,029.01 |

### Long-term capital gains and losses

| Security description | Method | Quantity or face value | Purchase date | Sale date | Sale amount ($) | Cost basis ($) | Wash sale cost basis adjustment($) | Loss ($) | Gain ($) |
|---|---|---|---|---|---|---|---|---|---|
| MCDONALDS CORP | FIFO | 315.000 | Apr 24, 12 | Jul 19, 13 | 31,364.78 | 30,120.57 | | | 1,244.21 |
| REGENCY ENERGY PARTNERS LP UNITS REPSTG LTD PARTNER INT | FIFO | 1,200.000 | Apr 26, 12 | Jul 19, 13 | 33,358.27 | 29,490.19 | | | 3,868.08 |
| Total | | | | | $64,723.05 | $59,610.76 | | | |
| Net long-term capital gains or losses | | | | | | | | | $5,112.29 |
| Net capital gains/losses: | | | | | | | | | $5,112.29 |
| | | | | | | | | | $17,141.30 |



Your notes





# **<u>EXHIBIT G</u>**

## CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service with a firm track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from Spanish to English and vice versa; and they have professionally translated the document referenced as **"Exhibit G - 1782 Declaration (00304914x9F5D7)"** from Spanish to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: July 31, 2019

_____

Wolf Markowitz

Quito, May 10, 2012

Messrs.
**CREDIT AGRICOLE MIAMI**
PRIVATE BANK
Miami, U.S.A.

                                          **Attn Philippe Larmier**
                                          **Fax: (305) 577-8925**

Dear Sirs:

I hereby request that account number 145670-1, belonging to HONAKER CORPORATION, be debited in the amount of **US$ 111,000.00** (one hundred and eleven thousand and 00/100 dollars), transferring said amount as follows:

Recipient: **Flowertrade Inc.**
Address: 5445 112th Path
Recipient Bank: Helm Bank
ABA/SWIFT: 067011456
Address: 999 Brickel Ave., Miami, U.S.A.
Checking Account: 1040104347

The cost of the transfer is to be debited from account number 145670-1, and the recipient must receive the requested net value.

Please contact me in case of any questions.

Sincerely,

[signature]
**Carlos Avellán A.**
HONAKER CORP.

**mcs**

Quito, 10 de mayo del 2012

Señores
**CREDIT AGRICOLE MIAMI**
PRIVATE BANK
Miami- US.A.

**Attn. Philippe Larmier**
**Fax: ( 305) 577-8925**

De mis consideraciones:

Por medio de la presente, solicito debitar de la cuenta No. 145670-1  perteneciente a HONAKER CORPORATION, la cantidad de **US $    111.000,oo**    ( Ciento once mil 00/100 dólares), y efectuar una transferencia, de acuerdo a los siguientes datos:

Beneficiario: **Flowertrade Inc**.
Dir: 5445 NW 112th Path
Banco Beneficiario: Helm Bank
ABA/SWIFT: 067011456
Dir: 999 Brickel Ave. Miami, USA
Cta. Cte: 1040104347

El costo por la transferencia, debitar de la cuenta No. 145670-1, al beneficiario final deberá ingresarle el valor neto solicitado.

De tener alguna inquietud al respecto, favor contactarse con el suscrito.

Atentamente,

**Carlos Avellán A.**
HONAKER CORP.

**mcs**