# **<u>EXHIBIT A</u>**



## TRANSLATION CERTIFICATION

I, Gabriela Vasallo, president and owner of Lexico LLC., certify that my company has translated from Spanish to English the "Declaration of Cesar Vicente Molina Novillo" to the best of our professional translators' ability and knowledge, and it is a correct and true translation of the original.

Gabriela Vasallo, President
Lexico LLC.

June 15, 2020

_____

Date

## DECLARATION OF CESAR VICENTE MOLINA NOVILLO

I, CESAR VICENTE MOLINA NOVILLO, hereby declare the following, under penalty of perjury:

1.      I am over 18 years old, and this declaration is based on my personal knowledge. I am signing this sworn declaration in support of the motion filed by the Applicant to obtain permission for the issuance of additional official letters or subpoenas.

2.      I am an attorney licensed to practice law in the Republic of Ecuador and I have been exercising my profession for more than 35 years. I am currently the owner and partner of the law firm MOLINA & COMPAÑÍA ABOGADOS S.A., which was founded in 2008 and is located in Quito, Ecuador. The firm Molina & Compañía Abogados S.A. (the "Law Firm") represents clients in commercial, trade and labor lawsuits, and provides legal advising on corporate and international matters.

3.      The Law Firm represented Ms. María Fernanda Rigail Pons (the "Applicant"), in the divorce proceeding filed against her by Mr. Carlos Alberto Avellán Arteta. The Law Firm also represented Ms. Rigail in the support and community property dissolution case filed against Mr. Avellán.

4.      I currently represent Ms. Rigail in the inventory proceeding (No. 17203-2016-06477), which is being processed at the Family, Childhood and Adolescence Unit (hereinafter called "Ecuador Family Court") based in Quito, Ecuador, filed against Mr. Avellán.

5.      As I previously declared, Carla and Camila Avellán, Mr. Avellán's daughters from his first marriage, filed a "tercería excluyente" (or third party opposition) within the inventory proceeding requesting that the Judge exclude the shares and real properties of Inversiones Alabamas located in Ecuador from the inventory,

under the argument that they, and not their father, are the legitimate owners of that company.

6.      In a decision dated December 17, 2019, the Court of Appeals (Civil and Commercial Division of the Provincial Court of Pichincha) in Ecuador ruled that although the "tercería excluyente" is a lawsuit that is related to inventory proceedings, it must be filed in an "ordinary procedure, before the same Judge, but in a separate case record" [D.E. 33-1, 14]. Therefore, the inventory proceeding has been stayed until it is determined, in the "tercería excluyente", whether Inversiones Alabamas belongs to Mr. Avellán or to his daughters, and therefore, whether the shares and real properties of Inversiones Alabamas should be part of the inventory of community property.

7.      Since March 16, 2020, in order to prevent the spread of COVID-19, the in-person work of all public and private sector workers inside Ecuador was suspended, which led to the closure of the Judicial Units and Provincial Courts. Beginning on May 18, 2020, the Courts and Judicial Units have been slowly re-establishing the processing of cases, until normal re-activation of activities has been achieved.

8.      Nevertheless, at the time when the inventory proceeding that is currently suspended is restarted, Applicant can submit evidence to the Ecuador Family Court (Family, Childhood and Adolescence Unit), about the community property assets that were not included in the first inventory, pursuant to Article 408 of the Civil Code.

***Production of UBS Documents***

9.      Between December 9 and 16, 2019, UBS AG and UBS Financial Services, Inc. (together, "UBS") produced around 4,076 pages of documents in response to the subpoena issued by the Applicant.

10.      The production of UBS documents shows that, unlike what Mr. Avellán affirmed in the inventory proceeding, he is the owner of several accounts at UBS: (i)

one held in his name and his daughter's name, Carla Avellán; (ii) two in the name of Eldine Trading Ltd.; and (iii) five in the name of Honaker Corporation.

11.     In addition, the production of documents by UBS shows that around October 4, 2016, while the inventory was already being processed before the Ecuador Family Court (Family, Childhood and Adolescence Unit), Mr. Avellán declared that he had US$20,000,000.00 in liquid assets at three U.S. financial institutions: Credit Agricole, JPMorgan Chase Bank and Goldman Sachs. A true and accurate copy of the due diligence questionnaire submitted by Mr. Avellán is attached as **Exhibit A**. According to this document, the information provided by Mr. Avellán in that due diligence questionnaire was independently verified by two UBS employees on or around October 4, 2016.

12.     In addition, on November 28, 2017, Mr. Avellán sent a letter to UBS, instructing it to transfer funds from the Honaker Corporation account at UBS to the Honaker Corporation account at Morgan Stanley, whose address is listed as "201 S Biscayne Blvd, Miami, FL 33131." Therefore, based on the declaration made by Mr. Avellán himself, we see that Honaker Corporation (in other words, Mr. Avellán) also has or had funds at Morgan Stanley, in addition to the remaining three financial institutions to which I referred in the preceding paragraph. A true and accurate copy of Mr. Avellán's letter dated November 28, 2017 is attached as **Exhibit B**.

13.     On the other hand, the due diligence questionnaire that Mr. Avellán submitted when he opened the Eldine Trading Ltd. accounts indicated that the deposit to open those accounts came from Santander in Miami, and that Mr. Avellán had had a relationship with Santander for 10 years. A true and accurate copy of that due diligence questionnaire attached here as **Exhibit C**.

*Production of Documents by CA Indosuez Wealth*

14.      Moreover, between February and May 2020, CA Indosuez Wealth produced approximately 8,019 pages of document evidence in response to the subpoena issued by Applicant. This production shows that Mr. Avellán had seventeen (17) accounts at CA Indosuez: (i) one in his own name; (ii) two in the name of Honaker Corporation; (iii) one in the name of Kona Marketing Limited; (iv) one in the name of Singletary Holdings, LLC; (v) one in the name of Acería del Ecuador C.A. ADELCA (vi) and the rest in the names of other companies owned by Avellán, the existence of which was not known to Applicant until she received the evidence produced by CA Indosuez. Additionally, the production of documents confirms that Mr. Avellán, directly or indirectly, has accounts at the aforementioned institutions; that is, Banco Santander International, JPMorgan Chase, Morgan Stanley and Goldman Sachs.

15.      For example, the production of evidence from CA Indosuez Wealth shows that on October 24, 2017 (during the trial of the inventory proceeding), Honaker Corporation (account no. 145670) transferred US$143,035.00 to the account of Honaker Corporation at Morgan Stanley, 201 S Biscayne Blvd, Miami, Florida. In the same manner, in December 2016, Mr. Avellán transferred US$5,150,070.00 from the Honaker account (account no. 145670) to another Honaker account at Morgan Stanley. True and accurate copies of the relevant account statements corresponding to account no. 145670 of Honaker Corporation are attached as **Exhibit D**.

16.      In fact, on September 16, 2019, a few weeks after AMKE Registered Agents, LLC received the subpoena in this case, Mr. Avellán instructed CA Indosuez Wealth to close the account of Honaker Corporation (account no. 145670) and to transfer the balance to the Honaker Corporation account at Morgan Stanley. A true and accurate copy of the correspondence of September 16, 2019 is attached as **Exhibit E**.

17.     In regard to Singletary Holdings, LLC, the production of documents by CA Indosuez Wealth shows that on July 22, 2013, Mr. Avellán transferred US$36,072.61 to the account of Singletary Holdings. A true and accurate copy of the transfer instruction is attached as **Exhibit F**.

18.     On the other hand, the following transfers were made from the account of Honaker Corporation (account no. 145670) to the Kona Marketing Limited account at Goldman Sachs: (i) US$290,035.00 on June 12, 2012; (ii) US$770,035.00 on September 4, 2013; and (iii) US$415,035.00 on January 4, 2013. Additionally, there are documents that show that these transfers were ordered and approved by Mr. Avellán. True and accurate copies of the relevant account statements and one of the instruction letters issued by Mr. Avellán are attached as **Exhibit G**.

19.     Honaker Corporation, which belongs to Mr. Avellán, also regularly transferred funds to Aballi Milne & Kalil, the legal firm that currently represents AMKE Registered Agents, LLC in this lawsuit. Some examples are: (i) transfer of US$2,335.00 on May 12, 2010; (ii) transfer of US$4,085.00 on May 24, 2011; (iii) transfer of US$3,952.43 on November 16, 2012; (iv) transfer of US$8,433.32 on May 8, 2013; (v) transfer of US$7,054.44 on April 4, 2014; (vi) transfer of US$3,636.66 on June 10, 2016. True and accurate copies of the relevant account statements of Honaker Corporation are attached as **Exhibit H**. These examples clearly show that Mr. Avellán has had a relationship with Aballi Milne & Kalil for many years.

20.     In regard to Eldine Trading, the evidence produced by CA Indosuez Wealth confirms that on July 2, 2010, Honaker Corporation transferred US$10,403.11 to the account of Eldine Trading at Banco Santander International. A true and accurate copy of the account statement of Honaker Corporation dated August 2, 2010 is attached as **Exhibit I**.

*Use of the Evidence in the Inventory Proceeding*

21.     In summary, the evidence obtained from UBS and CA Indosuez Wealth confirms that Mr. Avellán did not disclose all the community property assets and properties in the inventory case.

22.     Nevertheless, according to the information produced, all the accounts that Mr. Avellán had at UBS and CA Indosuez Wealth are currently closed. In fact, as has been noted, Mr. Avellán closed the last account at CA Indosuez Wealth during the pendency of this discovery gathering proceeding under Section 1782. See **Exhibit G**.

23.     Even though the accounts have been closed, the production of documents from the banks has provided extremely useful information for ongoing tracing of the community property assets that that Mr. Avellán is currently concealing from the Ecuador Family Court (Family, Childhood and Adolescence Unit) and from Applicant.

24.     Based on the documents obtained to date, it is necessary to obtain more information from those banks that have more information on the whereabouts of the funds that Mr. Avellán and the companies controlled by Mr. Avellán transferred from UBS and CA Indosuez Wealth; that is: (i) Banco Santander International; (ii) JPMorgan Chase Bank, N.A.; (iii) Morgan Stanley; and (iv) Goldman Sachs & Co. (together, the "Banks"). It is important to be able to provide the Ecuador Family Court (Family, Childhood and Adolescence Unit) complete information related to the assets held as community property, thereby enabling the judge responsible for trying the case to conduct a complete inventory of all the marital assets.

25.     Based on my search, each of the Banks has offices in Miami, Florida, and operates regularly in this District.

    a.     **Banco Santander International** is located and operates regularly in this District, and its office is located at the following address: 1401 Brickell Avenue, Miami, Florida;

b.      **Goldman Sachs & Co.** is located and operates regularly in this District, and its office is located at the following address: 200 South Biscayne Boulevard, Suite 3700, Miami, Florida;

c.      **Morgan Stanley** is located and operates regularly in this District, it has several offices in Miami, and one of them is located at the following address: 1111 Brickell Avenue, 14th Floor, Miami, Florida;  and,

d.      **JP Morgan Chase Bank, N.A.** is located and operates regularly in this District, it has several offices in Miami, and one of them is located at the following address: 1450 Brickell Avenue, Miami, Florida.

26.     None of the Banks is a party to the inventory proceeding, nor is any of them expected to be a party.

27.     Additionally, the evidence gathered as the result of this request is to be used in the inventory proceeding. It is likely that the evidence gathered as the result of this request will be admitted as evidence before the Ecuador Family Court (Family, Childhood and Adolescence Unit). This evidence would not only be important for the Ecuador Family Court (Family, Childhood and Adolescence Unit) to be able to conduct a complete inventory, but would also be important for determining whether Mr. Avellán fraudulently concealed marital assets, in accordance with Article 193 of the Civil Code of Ecuador.

28.      In the same manner, the request to obtain evidence from the Banks is not an attempt to evade any proof gathering restrictions under Ecuadorian law.

29.     The purpose of the application made by Ms. Rigail, as well as the subpoenas addressed to the Banks, is precisely to obtain information and documentation that reveals the existence of marital assets located abroad, which could not be

incorporated into the current inventory proceeding, because the information that should have been provided by the administrator of those assets, Carlos Avellán, was not presented. This evidence would irrefutably be admissible in Ecuador, in accordance with Article 408 of the Civil Code.

I declare under penalty of perjury under the laws of the United States of America that I have read the preceding declaration and that the facts presented are true and correct to the best of my knowledge and understanding.

Date: June 10, 2020

[signature]

_____

César Vicente Molina Novillo

## DECLARACION DE CESAR VICENTE MOLINA NOVILLO

Yo, CESAR VICENTE MOLINA NOVILLO, declaro bajo las penas de perjurio lo siguiente:

1.      Soy mayor de 18 años y esta declaración está basada en mi conocimiento personal.  Suscribo esta declaración jurada en apoyo de la moción presentada por la Solicitante para obtener permiso para emitir oficios o *subpoenas* adicionales.

2.      Ejerzo la profesión de abogado con licencia para practicar en la República del Ecuador y he venido ejerciendo mi profesión por más de 35 años. Actualmente soy socio y propietario de la firma de abogados MOLINA & COMPAÑÍA ABOGADOS S.A., constituida en el 2008, ubicada en Quito, Ecuador. El estudio jurídico Molina & Compañía Abogados S.A. (el "Estudio Jurídico") se dedica al patrocinio de litigios en los ámbitos comercial, mercantil y laboral; y, asesoramiento en temas corporativos e internacionales.

3.      El Estudio Jurídico representó a la Sra. María Fernanda Rigail Pons (la "Solicitante"), en el juicio de divorcio presentado en su contra por el Sr. Carlos Alberto Avellán Arteta. El Estudio Jurídico también asistió a la Sra. Rigail en los procesos judiciales de alimentos y disolución de la sociedad conyugal, presentados en contra del Sr. Avellán.

4.      Actualmente represento a la Sra. Rigail en el juicio de inventario (No. 17203-2016-06477), que se tramita en la Unidad Judicial de Familia, Mujer, Niñez y Adolescencia (en adelante se denominará "Juzgado de Familia Ecuatoriano") con sede en Quito, Ecuador, presentado en contra del Sr. Avellán.

5.      Como declaré anteriormente, las hijas del primer matrimonio del Sr. Avellán, Carla y Camila Avellán, presentaron una tercería excluyente dentro del juicio de inventario, que tiene como propósito que la Jueza excluya del inventario las acciones



e inmuebles de Inversiones Alabamas situados en el Ecuador, bajo el argumento de que son ellas, y no su padre, las legítimas propietarias de esa compañía.

6. Mediante resolución del 17 de diciembre de 2019, la corte de apelaciones (Sala Civil y Mercantil de Corte Provincial de Pichincha) en Ecuador determinó que la tercería excluyente, aunque es un proceso relacionado al juicio de inventario, debe llevarse a cabo en "juicio ordinario, ante el mismo Juez, pero en cuaderno separado." [D.E. 33-1, 14]. Por lo tanto, el juicio de inventario está suspendido hasta que se determine, en el proceso de la tercería excluyente, si Inversiones Alabamas le pertenece al Sr. Avellán o a sus hijas y, por ende, si las acciones e inmuebles de Inversiones Alabamas deben formar parte del inventario de bienes conyugales.

7. Desde el 16 de marzo de 2020, con el propósito de evitar la propagación del COVID-19 se dispuso la suspensión de la jornada presencial de trabajo en todo el territorio ecuatoriano para todos los trabajadores del sector público y privado, lo que generó el cierre de las Unidades Judiciales y Cortes Provinciales. A partir del 18 de mayo de 2020, las Cortes y Unidades Judiciales, han reestablecido paulatinamente el despacho de las causas hasta la reactivación normal de las actividades.

8. No obstante, el momento que se reactive el proceso del juicio de inventario actualmente suspendido, la Solicitante puede presentar evidencia al Juzgado de Familia Ecuatoriano (Unidad Judicial de Familia, Mujer, Niñez y Adolescencia), de los bienes conyugales que no fueron incluidos en el primer inventario, conforme al Artículo 408 del Código Civil.

### Producción de Documentos de UBS

9. Entre el 9 y el 16 de diciembre de 2019, UBS AG y UBS Financial Services, Inc. (juntos, "UBS") produjeron alrededor de 4,076 páginas de documentos en respuesta al oficio (*subpoena*) que emitió la Solicitante.

10. La producción de documentos de UBS demuestra que, contrario a las afirmaciones del Sr. Avellán en el juicio de inventario, el Sr. Avellán es dueño de varias cuentas en UBS: (i) una a su nombre y el de su hija, Carla Avellán; (ii) dos a nombre de Eldine Trading Ltd.; y (iii) cinco a nombre de Honaker Corporation.

11. Además, la producción de documentos de UBS demuestra que alrededor del 4 de octubre de 2016, mientras el juicio de inventario ya estaba tramitándose ante el Juzgado de Familia Ecuatoriano (Unidad Judicial de Familia, Mujer, Niñez y Adolescencia), el Sr. Avellán declaró que tenía US$20,000,000.00 en activos líquidos en tres instituciones financieras estadounidenses: Credit Agricole, JPMorgan Chase Bank y Goldman Sachs. Una copia correcta del cuestionario de *due diligence* sometido por el Sr. Avellán está adjunta como **Prueba A**. Según consta en el documento, la información proporcionada por el Sr. Avellán en dicho cuestionario de *due diligence* fue verificada independientemente por dos empleados de UBS en o alrededor del 4 de octubre de 2016.

12. Además, el 28 de noviembre de 2017, el Sr. Avellán, por medio de misiva, instruyó a UBS a transferir fondos de la cuenta de Honaker Corporation en UBS a la cuenta de Honaker Corporation en Morgan Stanley, cuya dirección aparece como "201 S Biscayne Blvd, Miami, FL 33131." Por lo tanto, por declaración del propio Sr. Avellán, Honaker Corporation (o sea, el Sr. Avellán) también tiene o tuvo fondos en Morgan Stanley, además de las restantes tres instituciones financieras a las que me refiero en el párrafo anterior. Una copia correcta de la carta del Sr. Avellán datada 28 de noviembre de 2017 se encuentra adjunta como **Prueba B**.

13. Por otro lado, el cuestionario de *due diligence* que el Sr. Avellán entregó al abrir las cuentas de Eldine Trading Ltd., indica que el depósito para abrir dichas cuentas provenía de Santander en Miami, y que el Sr. Avellán había tenido relación con

Santander por 10 años. Una copia correcta de dicho cuestionario de *due diligence* se encuentra adjunto aquí como **Prueba C**.

***Producción de Documentos de CA Indosuez Wealth***

14.    Además, entre febrero y mayo de 2020, CA Indosuez Wealth produjo aproximadamente 8,019 páginas de documentos en respuesta al oficio (*subpoena*) emitido por la Solicitante. Dicha producción demuestra que el Sr. Avellán tuvo diecisiete (17) cuentas en CA Indosuez: (i) una a nombre propio; (ii) dos a nombre de Honaker Corporation; (iii) una a nombre de Kona Marketing Limited; (iv) una a nombre de Singletary Holdings, LLC; (v) una a nombre de Acería del Ecuador C.A. ADELCA (vi) y el resto a nombre de otras compañías propiedad de Avellán de las cuales la Solicitante desconocía hasta que recibió la producción de CA Indosuez. Además, la producción de documentos confirma que el Sr. Avellán, ya sea directa o indirectamente, tiene cuentas en las instituciones anteriormente nombradas; es decir, Banco Santander International, JPMorgan Chase, Morgan Stanley y Goldman Sachs.

15.    Por ejemplo, la producción de CA Indosuez Wealth demuestra que el 24 de octubre de 2017 (durante la tramitación del juicio de inventario), Honaker Corporation (cuenta no. 145670) transfirió US$143,035.00 a la cuenta de Honaker Corporation en Morgan Stanley, 201 S Biscayne Blvd, Miami, Florida. De igual manera, en diciembre de 2016, el Sr. Avellán transfirió US$5,150,070.00 de la cuenta de Honaker (cuenta no. 145670) a otra cuenta de Honaker en Morgan Stanley. Copias correctas de los estados de cuenta relevantes correspondientes a la cuenta no. 145670 de Honaker Corporation están adjuntas como **Prueba D**.

16.    Inclusive, el 16 de septiembre de 2019, unas semanas luego de que AMKE Registered Agents, LLC recibiera el oficio (*subpoena*) en esta acción, el Sr. Avellán le instruyó a CA Indosuez Wealth que cerrara la cuenta de Honaker Corporation (cuenta no. 145670) y transfiriera el balance a la cuenta de Honaker

Corporation en Morgan Stanley. Una copia correcta de la correspondencia del 16 de septiembre de 2019 se encuentra adjunta como **Prueba E**.

17. Con respecto a Singletary Holdings, LLC, la producción de documentos de CA Indosuez Wealth demuestra que el 22 de julio de 2013, el Sr. Avellán transfirió US$36,072.61 a la cuenta de Singletary Holdings. Una copia correcta de la instrucción de transferencia se encuentra adjunta como **Prueba F**.

18. Por otro lado, las siguientes transferencias se hicieron desde la cuenta de, Honaker Corporation (cuenta no. 145670) a la cuenta de Kona Marketing Limited en Goldman Sachs: (i) US$290,035.00 el 12 de junio de 2012; (ii) US$770,035.00 el 4 de septiembre de 2013; y (iii) US$415,035.00 el 4 de enero de 2013. Además, existen documentos que demuestran que dichas transferencias fueron ordenadas y aprobadas por el Sr. Avellán. Copias correctas de los estados de cuenta relevantes y una de las varias cartas de instrucciones del Sr. Avellán se encuentran adjuntas como **Prueba G**.

19. Honaker Corporation, la cual le pertenece al Sr. Avellán, también regularmente transfería fondos a Aballi Milne & Kalil, el bufete de abogados que actualmente representa a AMKE Registered Agents, LLC en este proceso. Algunos ejemplos son: (i) transferencia de US$2,335.00 el 12 de mayo de 2010; (ii) transferencia de US$4,085.00 el 24 de mayo de 2011; (iii) transferencia de US$3,952.43 el 16 de noviembre de 2012; (iv) transferencia de US$8,433.32 el 8 de mayo de 2013; (v) transferencia de US$7,054.44 el 4 de abril de 2014; (vi) transferencia de US$3,636.66 el 10 de junio de 2016. Copias correctas de los estados de cuenta de Honaker Corporation relevantes se encuentran adjuntas como **Prueba H**. Dichos ejemplos dejan claro que el Sr. Avellán ha mantenido una relación con Aballi Milne & Kalil por muchos años.

20. Con respecto a Eldine Trading, la producción de CA Indosuez Wealth confirma que el 2 de julio de 2010, Honaker Corporation transfirió US$10,403.11 a la cuenta de Eldine Trading en Banco Santander International. Una copia correcta del

estado de cuenta de Honaker Corporation datado 2 de agosto de 2010 se encuentra adjunta como **Prueba I**.

### *El Uso de las Pruebas en el Juicio de Inventario*

21.     En fin, las pruebas obtenidas de UBS y CA Indosuez Wealth confirman que el Sr. Avellán no divulgó todos los activos y bienes de la sociedad conyugal en el juicio de inventario.

22.     Según la información producida, sin embargo, todas las cuentas que el Sr. Avellán tuvo en UBS y CA Indosuez Wealth actualmente están cerradas. De hecho, como ya fue expuesto, el Sr. Avellán cerró la última cuenta en CA Indosuez Wealth durante la tramitación de este proceso de descubrimiento de pruebas según el estatuto 1782. Ver Prueba G.

23.     Aunque las cuentas están cerradas, las producciones de documentos de los bancos proveen información sumamente útil para seguir rastreando los activos y bienes de la sociedad conyugal que el Sr. Avellán actualmente le está ocultando al Juzgado de Familia Ecuatoriano (Unidad Judicial de Familia, Mujer, Niñez y Adolescencia) y a la Solicitante.

24.     Basado en los documentos conseguidos hasta la fecha, es necesario obtener más información de aquellos bancos que tengan más información sobre el paradero de los fondos que el Sr. Avellán y las sociedades controladas por el Sr. Avellán transfirieron desde UBS y CA Indosuez Wealth; es decir, (i) Banco Santander International; (ii) JPMorgan Chase Bank, N.A.; (iii) Morgan Stanley; y (iv) Goldman Sachs & Co. (juntos, los "Bancos"). Es importante poder proveerle al Juzgado de Familia Ecuatoriano (Unidad Judicial de Familia, Mujer, Niñez y Adolescencia) información completa relacionada con los activos de la sociedad conyugal para así permitir que el Juez encargado de tramitar la causa, disponga la realización de un inventario completo de todos los bienes matrimoniales.

25.     Basado en mi búsqueda, cada uno de los Bancos tiene oficina en Miami, Florida, y opera regularmente en este Distrito.

a.     **Banco Santander International** se encuentra y opera regularmente en este Distrito, y tiene su oficina en la siguiente dirección: 1401 Brickell Avenue, Miami, Florida;

b.     **Goldman Sachs & Co.** se encuentra y opera regularmente en este Distrito, y tiene su oficina en la siguiente dirección: 200 South Biscayne Boulevard, Suite 3700, Miami, Florida;

c.     **Morgan Stanley**, se encuentra y opera regularmente en este Distrito, ya que tiene varias oficinas en Miami, una de las cuales se encuentra en la siguiente dirección: 1111 Brickell Avenue, 14th Floor, Miami, Florida; y,

d.     **JP Morgan Chase Bank, N.A.**, se encuentra y opera regularmente en este Distrito, ya que tiene varias oficinas en Miami, una de las cuales se encuentra en la siguiente dirección: 1450 Brickell Avenue, Miami, Florida.

26.     Ninguno de los Bancos son parte en el juicio de inventario, ni se espera que sean parte.

27.     Además, las pruebas recolectadas a consecuencia de esta solicitud serán para ser usadas en el juicio de inventarios. Es probable que las pruebas recolectadas a consecuencia de esta solicitud serán admitidas como evidencia ante el Juzgado de Familia Ecuatoriano (Unidad Judicial de Familia, Mujer, Niñez y Adolescencia). Dichas pruebas no sólo serán importantes para permitirle al Juzgado de Familia Ecuatoriano (Unidad Judicial de Familia, Mujer, Niñez y Adolescencia) llevar a cabo un inventario completo, sino que también serán importantes para determinar si el Sr. Avellán ocultó

dolosamente bienes matrimoniales, conforme al artículo 193 del Código Civil de Ecuador.

28.     De igual manera, la solicitud para obtener pruebas de los Bancos no es un intento de evadir alguna restricción en la recolección de pruebas bajo el derecho ecuatoriano.

29.     La finalidad de la solicitud presentada por la Sra. Rigail, al igual que los oficios (*subpoenas*) dirigido a los Bancos, es precisamente contar con información y documentación que revele la existencia de bienes de la sociedad conyugal situados en el exterior, los cuales no pudieron incorporarse en el inventario actual, por no contar con información que debía ser proporcionada por el administrador de esos bienes, Carlos Avellán. Es irrefutable que dicha evidencia sería admisible en Ecuador conforme con el artículo 408 del Código Civil.

Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que he leído la declaración anterior y que los hechos aquí expuestos son verdaderos y correctos a mi leal saber y entender.

Fecha: _10_ de junio de 2020

César Vicente Molina Novillo

# EXHIBIT A
# TO MOLINA DECLARATION

 **UBS**

UBS Financial Services Inc. Account Number

UBS AG, New York and Miami Branches
Account Number

☐ Check here if this document applies to multiple accounts.

# Enhanced Due Diligence Questionnaire for Individually Designated Accounts (UBS Financial Services Inc. & UBS AG, New York and Miami Branches)

**THIS DOCUMENT MUST BE FILLED OUT COMPLETELY OR IT WILL BE RETURNED TO THE BRANCH.**

## I. Reason For Due Diligence

**a.** Reason for Completing Form

☐ New account      ☐ Account Update      ☐ Referral/prospective client

☒ If Subsequent Account (model account opened less than 3 years ago)

☐ If Subsequent Account (model account opened more than 3 years ago)

**b.** Reason for Enhanced Due Diligence (select all that apply)

☒ Non-Resident Alien (NRA)      ☐ Sensitive Industry Affected Party (SIAP)  ☒ Sensitive Country Affected Party (SCAP)

☐ Politically Exposed Person (PEP) ☐ Other (please specify): _____

## II. Client Type:

☐ Individual  ☒ Personal Holding/Investment Company (PHC/PIC)  ☐ Trust  ☐ Other: _____

## III. Account Information

**a.** Account Title:

Honaker Corporation

**b.** Model Account Number: R204139

## IV. Basic Client Information

**a.** Name of beneficial owner:

| Carlos | Alberto | Avellan Arteta |
|---|---|---|
| First Name | Middle Name | Last Name |

Note: If there is more than one beneficial owner, complete a DI form for each individual.

| 5932235027 | | | Ecuador |
|---|---|---|---|
| Telephone Number | | Date of birth | Country of Birth |

| Ecuador | |
|---|---|
| Country of Citizenship (1) | Country of Citizenship (2), if applicable |

| $3,000,000.00 | cavellan1950@gmail.com |
|---|---|
| Estimated Annual Income | Email Address |



0181456162

©2016 UBS Financial Services Inc. All rights reserved. Member SIPC.

CONFIDENTIAL                    UBS-PONS 003948



**b.** Client's Legal/Residential Address. Note: if any U.S. address is provided, including the UBS branch office address, the Client must complete a VH Form or (PB equivalent)

Pasaje Pusuqui Km 7
_____
Address Line 1

_____
Address Line 2

_____
Address Line 3

Quito                                                          Ecuador
_____
City          State/Province          Zip/Postal Code          Country

**c.** Is this address different to the Client's mailing address? ☒ Yes ☐ No

If "yes", please provide the Client's mailing address:

Ed Site Center Torre 1,Piso 1 Ofc 108 Calle del Establo y del Charro Lote 50
_____
Address Line 1

Sector Sta Lucia Alta,Cumbaya
_____
Address Line 2

_____
Address Line 3

Quito                          170150                   Ecuador
_____
City          State/Province          Zip/Postal Code          Country

**d.** Has the Client changed mailing address in the past 6 months? ☐ Yes ☒ No

**e.** Client's Government-Issued Identification

Passport                          Ecuador                    ▓▓▓▓▓▓
_____
ID Type          Issuing Country          ID Number

**f.** Does this Client have existing accounts with UBS (at either the Private Bank or the Broker/Dealer) as account holder, principal officer, beneficial owner, grantor etc.? ☒ Yes ☐ No

If "yes", list Account number(s):

R204139          R204182
_____
Account Number   Account Number   Account Number   Account Number   Account Number

**g.** Additional information for Personal Holding/Investment Companies (PHC/PIC):

**i.** Does this entity have the ability to issue bearer shares? ☐ Yes ☒ No ☐ N/A

**ii.** Jurisdiction of formation of corporation/situs:

British Virgin Islands
_____

## VI. Politically Exposed Persons (PEPs)

**a.** Is any authorized signatory, beneficial owner, trustee, power of attorney or other individual with authority to effect transactions a current or former U.S. Prominent/Leading Public official (as outlined below)?

☒ No ☐ Yes If yes, complete the following:

0181456162



CONFIDENTIAL          UBS-PONS 003949

 **UBS**

b. Is any authorized signatory, beneficial owner, trustee, power of attorney or other individual with authority to effect transactions, or any of their close family members or close associates a current or former holder of a non-U.S. prominent/leading public position including heads of state and heads of government, their deputies (including royal families with executive powers), prominent/leading politicians at the national level, prominent/leading government, judicial or military officials at the national level, prominent/leading officials of political parties at the national level, prominent/leading executives and directors of state owned enterprises of national importance, prominent/leading officials of those international organizations that have a legal personality under international law (e.g. UN, EU, IMF), prominent/leading officials of important international sports federations (e.g. International Olympic Committee, Federation International de Football Association, International Boxing Association), or a current or former high-ranking member of a foreign diplomatic corps (e.g. ambassadors, charges d'affaires), head of a foreign regional or local government, including their deputies, high-ranking foreign politician at the regional or local level (e.g. ministers and their deputies), high-ranking foreign government, judicial or military officials at the regional or local level, or high-ranking foreign executives and directors of state owned enterprises that are not of national importance. Please see the Money Laundering Prevention Guide for the extended definition of Politically Exposed Persons.?

☒ No ☐ Yes If yes, complete the following:

## VII. Sensitive Country Affected Party (SCAP)*/Sanctions

Is the account or a beneficial owner considered a Sensitive Country Affected Party based on the current Sensitive Country list?

☐ No ☒ Yes If "Yes", specify the country(ies): Ecuador  ̲B̲V̲I̲

If any person or entity named on the account or any beneficial owner listed on this form (PHC, trusts, foundation) has a substantial connection to a Sensitive Country, then the relationship will be treated as a SCAP.

To the best of your knowledge, does the account or a beneficial owner have direct or indirect dealings, including but not limited to its operations, subsidiaries, partners, joint ventures, parent company, controllers, investment, and owners with or in any of the following countries: Belarus, Cuba, Democratic Republic of Congo, Iran, Libya, Myanmar (formerly Burma), North Korea, Palestinian Territories (Gaza Strip and West Bank), Sudan (including Republic of South Sudan), Venezuela, Syria, or Zimbabwe? ☒ No ☐ Yes

If the answer is "yes," please provide details to describe and quantify the connection. Specifically, please provide an estimate of the percentage of revenue from clients and operations in any of these countries.

Is the account or beneficial owner involved in physical transport of commodities and other goods? ☒ No ☐ Yes

If yes, does its business involve shipments to, through or from sanctioned countries (Iran, Cuba, Syria, Sudan, North Korea)? ☒ No ☐ Yes

If "yes", what percentage of its overall shipment volume is connected to sanctioned countries? ____ %

Note: The Sensitive Country list for UBS FS can be found in Exhibit G of the Money Laundering Prevention Guide.

* Sensitive Country Affected Party (SCAP) is an account holder or beneficial owner that resides in, or has a "substantial connection" with a country that is listed as Sensitive on Exhibit G. Factors to be considered in determining whether a "substantial connection" to a Sensitive Country exists include but are not limited to the following: (1) 50% or more of the client's or beneficial owner's business is with persons or entities in the Sensitive Country (for example, customer base, exports, investments); (2) the client's senior management resides in the Sensitive Country; or (3) the client or beneficial owner has derived or derives 50% or more of its wealth or income from the Sensitive County. Note: The definition of "substantial connection" is not limited to the residence or the citizenship of the client or beneficial owner. Please see the Money Laundering Prevention Guide for the extended definition of SCAPs.

0181456162



 ©2016 UBS Financial Services Inc. All rights reserved. Member SIPC.

CONFIDENTIAL                                          UBS-PONS 003950

 **UBS**

## VIII. Sensitive Industry or Activity Affected Party (SIAP)*

Does the client or a beneficial owner have a substantial connection to any of the Sensitive Industries? ☒ No ☐ Yes   If yes, specify the industry, the name or names of the specific business entities involved, and the client's or beneficial owner's position in such business entities:

_____

_____

Specify Name of company
_____

Specify Beneficial Owner's position in the company
_____

\* A Sensitive Industry or Activity Affected Party (SIAP) is an account holder or beneficial owner that has a substantial connection to a Sensitive Industry. A "substantial connection" to a sensitive industry exists when the client or beneficial owner is engaged in or derives more than 50% of his or her income through such industry. Exceptions: (1) clients and beneficial owners who are employed by SIAPs and who are not senior executive management and/or owners with a material interest in the entity; and (2) clients or beneficial owners who merely supply goods or services to a SIAP. Please see the Money Laundering Prevention Guide for the extended definition of SIAPs. NOTE: A DI Form must be completed for individuals with a substantial connection to the following Sensitive Industries: • Casinos or other gambling/betting operations. Note: Gambling or betting businesses that operate on the Internet are prohibited. • Arms dealers (i.e. persons and entities involved in the manufacture, sale, purchase or distribution of defense, arms or war-related materials or those who act as agents, brokers, intermediaries or representatives of arms dealers) that are publicly traded on a major domestic or foreign exchange. Note: Non publicly traded arms dealers are prohibited. • Dealers of precious metals and stones, which are defined as entities that trade in rough, uncut or unfinished precious metals, diamonds or other gems, or intermediaries for such dealers (as opposed to businesses which only deal with the general public in unfinished stones/gems [i.e. jewelry stores]). • Foreign financial institutions, which include foreign banks; offshore mutual funds; foreign futures commission merchants; foreign broker-dealers; and foreign branches of a U.S. bank, mutual fund, futures commission merchant and broker-dealer. Note: UBS FS is NOT a foreign financial institution for SIAP purposes. • Approved Charities. Relationships with Sensitive Charities are generally prohibited. Approved Charities refers to those charities that are Sensitive but have been deemed low risk in terms of the risks associated with the financing of terrorism. Please see the Money Laundering Prevention Guide for the extended definition of Approved and Sensitive Charities. **NOTE: Accounts for the following industries are prohibited: Foreign Shell Banks, Offshore Banks, Non-bank bank note dealers, Money Service Businesses (MSBs); Non-Publicly Traded Arms Dealers, Offshore captive insurance companies, Casinos or other gambling/betting operations that operate on the Internet, Sensitive Charities. However, individuals substantially connected to these industries should be submitted for SIAP review.**

## IX. Authorized Individuals

**a.** Are there any individuals authorized to act on behalf of the account who are not beneficial owners (i.e., POA, additional authorized signatories, trustees, etc.)?

☐ Yes ☒ No

## XI. Account Activity

Third party activity is defined as transactions with entities/individuals that are not the beneficial owners of the account or entity itself.

**a.** Please indicate the anticipated third party deposits into the account (e.g. checks, wire transfers, securities, etc.). Third party activity is defined as transactions with entities/individuals that are not the beneficial owners of the account or entity itself.

☐ Operating Income ☒ Personal/Income ☒ Investments ☐ Other ☐ Not applicable

**b.** Please indicate the anticipated third party withdrawals from the account (e.g. checks, wire transfers, securities, etc.). Third party activity is defined as transactions with entities/individuals that are not the beneficial owners of the account or entity itself.

☐ Operating Expenses ☒ Personal Expenses ☒ Investments ☐ Other ☐ Not applicable

**c.** Will there be regular funds or securities movement to/from foreign countries? ☒ Yes ☐ No
If "yes", specify which country(ies):
Ecuador

_____

If "yes", describe why there is regular funds or securities movement to/from foreign country(ies):
Personal expenses

_____

_____

**d.** What is the anticipated monthly value of transaction volumes (buys and sells aggregated)?
☒ 0-249K USD ☐ 250 - 499K USD ☐ 500K - 999K USD ☐ 1MM -5MM USD
☐ 6MM - 10MM USD ☐ 11MM - 25MM USD ☐ 26MM - 50MM USD ☐ Over 50MM USD

0181456162



CONFIDENTIAL   UBS-PONS 003951

 **UBS**

**e.** What is the anticipated type and monthly value of fund movement (cash, checks, wires, ACAT, journals etc.)?

☐ Cash   ☐ Check   ☐ Wire   ☐ ACAT   ☒ UBS Journal   ☐ Other _____

☒ 0-249K USD   ☐ 250 - 499K USD   ☐ 500K - 999K USD   ☐ 1MM -5MM USD

☐ 6MM - 10MM USD   ☐ 11MM - 25MM USD   ☐ 26MM - 50MM USD   ☐ Over 50MM USD

**f.** Approximately what percentage of the initially deposited funds does the client anticipate investing in securities?

☐ Less than 25%   ☐ 25 -49%   ☒ 50% or more   ☐ Undecided

## XIII. Source of Funds

**a.** Will this account be a DVP account?   ☐ Yes   ☒ No

**b.** Additional questions for non-DVP accounts

**i.** Anticipated method(s) of initial deposit (check all that apply):

☐ Cash   ☐ Check   ☐ Wire   ☐ ACAT   ☒ UBS Journal   ☐ Other _____

**iii.** Amount ($): 500000 _____

**iv.** Securities ($ and quantity): _____

**v.** Other ($ and quantity (if applicable)): _____

**vi.** Is (or was) the initial deposit from a third party source, or related but differently-named account(s)?   ☐ Yes   ☒ No

**ix.** Indicate total expected account value (beyond initial deposit): $ 600,000.00 _____

**c. Other Sources of Wealth**

**i.** Does a portion of the Client's wealth come from any of the following (select all that apply)?

☐ Real Estate Investments   ☐ Investments in Securities   ☐ Private Investment   ☐ Sale of business/Property/Land   ☐ Inheritance/Gift

☐ Other: _____

**d. Total wealth composition:**

| Total wealth, of which: | Amount | Details |
|---|---|---|
| Liquid Assets: | $ 20,000,000.00 | Credit Agricole JP Morgan y Goldmansachs |
| Real Estate: | $ | |
| Private Investment/ Own Business: | $ 30,000,000.00 | Private Investments Adelca |
| Others: | $ | |
| Total Net Worth | $ 50,000,000.00 | |

0181456162



©2016 UBS Financial Services Inc. All rights reserved. Member SIPC.

CONFIDENTIAL                    UBS-PONS 003952

 **UBS**

**XV. Additional information**

Please provide any additional information not given above pertaining to the client and/or Client's source of wealth that s of relevance to the Due Diligence process, including information available through searches such as (COSIMA, Factiva, Google, etc.)

http://www.adelca.com/sitio/esp/index.php

By signing below, the advisor certifies that to the best of his/her knowledge, following reasonable inquiry, the above information is accurate and complete.

| First Name | Last Name | Signature | Date |
|---|---|---|---|
| Francisco | Larenas | | 10/4/16 |

By signing below, branch management certifies that he/she has read this form and it is complete, based on the information contained in this form branch management is willing to accept this account as a client with UBS.

| First Name | Last Name | Signature | Date |
|---|---|---|---|
| Cristina Rei | | | 10/4/16 |



0181456162

AC-DI (Rev. 06/16)          ©2016 UBS Financial Services Inc. All rights reserved. Member SIPC.          Page 6/6

CONFIDENTIAL          UBS-PONS 003953

# EXHIBIT B
# TO MOLINA DECLARATION

November 28, 2017

UBS International

100 SE 2nd Street, Suite 2500

Miami, FL 33131

Attention: Francisco Larenas

**Re:** Honaker Corporation

Please use this letter as your authorization to transfer the amount of $11,745.80 from above reference account, as follows.

Intermediary Bank:

CITIBANK

111 Wall Street, NY NY

ABA 021000089

SWIFT CITIUS33

Beneficiary Bank:

MORGAN STANLEY

201 S Biscayne Blvd, Miami FL 33131

ACCOUNT: 40611172

For Further credit:

Honaker Corporation 658-069059.

Then please close my account.

Thank you for your prompt attention to this matter.

Kind Regards,

Carlos Avellan

# EXHIBIT C
# TO MOLINA DECLARATION


**UBS**

UBS Financial Services Inc. | DI | R2

Account number: _____  #67789

update
referral / prospective client
✓ new account
Premier Client

## Enhanced Due Diligence Questionnaire for Individually Designated Accounts

**THIS DOCUMENT MUST BE FILLED OUT COMPLETELY OR IT WILL BE RETURNED TO THE BRANCH.**

**I. REASON FOR COMPLETING FORM** (select all that apply)
___ Non Resident Alien (NRA)  ___ Sensitive Industry Affected Party (SIAP)  ___ Sensitive Country Affected Party (SCAP)
___ Politically Exposed Person (PEP)  ___ Other

**II. ACCOUNT TYPE**
___ Individual (Ind)  ___ Joint (JT)  ✓ Personal Holding Company (PHC)  ___ Trust (TS, TM, IS, IM)  ___ Foundation (FI)  ___ Other
Account title: _Eldine    TRADING    LIMITED_
Jurisdiction of formation of corporation/situs of trust/foundation (if applicable): _Bertish Virgin ISLANDS_
Does this individual/entity have the ability to issue bearer shares? ___ Yes  ✓ No  ___ N/A
Does the client have an existing account with UBS FS as account holder, principal officer, beneficial owner, grantor, etc.?
✓ No  ___ Yes. If yes, please provide the related UBS FS account numbers.
Mailing Address City/Country: _Club Buzzon No Quito . 3907, P.O Box 02-5268 Miami, FLORIDA_    _33102 - 5268_
_USA_
Name of beneficial owner
_MARIA    FERNANDA    RIBAIL_
Note: If there is more than one beneficial owner, complete a DI form for each individual.
Primary residential street address (P.O. not acceptable)
_Casa, Pusugui Km 7    Quito, ECuador_

| Home telephone | Business telephone | Date of birth | Citizenship |
|---|---|---|---|
| 5913 2235 02 M | 593 2 2260 505 | | ECuador |

| Estimated Annual Income | Estimated Liquid Assets | Estimated Net Worth |
|---|---|---|
| 100,000 | 1,200,000 | 1,000,000 |

Investment Experience: (in years)
_10_ Equities  _10_ Bonds  _1_ Futures  _5_ Options – Buy  _5_ Options – Sell
Other current bank/brokerage relationships (name institution(s) and location(s)):
_Santander    Miami_

**If the account is for a trust, provide the following:**

Grantor (Settlor, Creator) Information:

Name: _____

Date of Birth: _____

Is grantor living or deceased? _____

000200310

CONFIDENTIAL    UBS-PONS 003977

UBS Financial Services Inc.    DI    R2

Account number: _____ #67789

## III. POLITICALLY EXPOSED PERSONS (PEPs)[1]

Are any of the Beneficial Owners, authorized signatories, grantors/settlors/creators, trustees or individuals acting as power of attorney politically exposed persons ("PEPs")  ____ No  ____ Yes

If "Yes," please name the political official, current or former position, and describe the relationship to the client or beneficial owner:

_____

_____

_____

Self_____    Close Associate_____    Immediate Family Member_____

## IV. SENSITIVE COUNTRY AFFECTED PARTY (SCAP)[2]

Is the account or any beneficial owner considered a Sensitive Country Affected Party account based on the current Sensitive Country list?  ____ No  ____ Yes  If Yes, specify the country(ies): _____ Ecuador _____

For entities listed on this form (PHC, trusts, foundation), if any person or entity named on the account or any beneficial owner has a substantial connection to a Sensitive County, then the relationship will be treated as a SCAP.

Note: The Sensitive Country list for UBS FS can be found in Exhibit G of the Money Laundering Prevention Guide.

## V. SENSITIVE INDUSTRY OR ACTIVITY AFFECTED PARTY (SIAP)[3]

Does the client or a beneficial owner have a substantial connection to any of these Sensitive Industries?  ____ No  ____ Yes  If yes, specify the industry, the name or names of the specific business entities involved, and the client's or beneficial owner's position in such business entities:

_____

**NOTE: If "Yes" to III, IV or V, pre-approval from the Sensitive Client Unit in the Money Laundering Prevention Group (MLPG-SCU) must be obtained.**

1. Are there any individuals authorized to act on behalf of the account who are not beneficial owners (i.e., power of attorney, additional authorized signatories, trustees, etc.)?
____ No  ____ Yes If "Yes," please provide name and role: _____

2. Are there any other beneficial owners/settlors/creators of this account?  ____ No  ____ Yes  If "Yes," how many? _____
**(NOTE: An EDD questionnaire must be completed for each additional beneficial owner/settlor/creator)**

[1] A PEP is defined as a current or former non-US senior official, including immediate family members and close associates; or a current US political official, defined as President, Vice President, Member of the United States Cabinet, Member of the United States Congress (Senate or House of Representatives), Supreme Court Justice, Chairman of the Joint Chiefs of Staff, State or Commonwealth Governor. Please see the Money Laundering Prevention Guide for the extended definition of PEPs. Please see the Money Laundering Prevention Guide for the extended definition of PEPs.
[2] Sensitive Country Affected Party (SCAP) is an account holder or beneficial owner that resides in, or has a "substantial connection" with a country that is listed as Sensitive on Exhibit G or the link referenced above. Factors to be considered in determining whether a "substantial connection" in a Sensitive Country exists include but are not limited to the following, (1) 50% or more of the client's or beneficial owner's business is with persons or entities in the Sensitive Country (for example, customer base, exports, investments), (2) the client's senior management resides in the Sensitive Country, or (3) the client or beneficial owner has derived or derives 50% or more of its wealth or income from the Sensitive Country. Note: The definition of "substantial connection" is not limited to the residence or the citizenship of the client or beneficial owner. Please see the Money Laundering Prevention Guide for the extended definition of SCAPs.
[3] A Sensitive Industry or Activity Affected Party (SIAP) is an account holder or beneficial owner that has a substantial connection to a Sensitive Industry. A "substantial connection" to a sensitive industry exists when the client or beneficial owner is engaged in or derives more than 50% of his or her income through such activity. Exceptions: (1) clients and beneficial owners who are employed by SIAPs and who are not senior executive management and/or owners with a material interest in the entity; and (2) clients or beneficial owners who money supply goods or services to a SIAP. Please see the Money Laundering Prevention Guide for the extended definition of SIAPs.
**NOTE: A DI form must be completed for individuals with a substantial connection to the following Sensitive Industries: •** Casinos or other gambling/betting operations that operate on the Internet are prohibited; • Arms dealers (i.e. persons and entities involved in the manufacture, sale, purchase or distribution of defense, arms or war-related materials or those who act as agents, brokers, intermediaries or representatives of arms dealers) that are publicly traded on a major domestic or foreign exchange. Note: Non-publicly traded arms dealers are prohibited; • Dealers of precious metals and stones, which are defined as entities that trade in rough, uncut or unfinished precious metals, diamonds or other gems, or intermediaries for such dealers (as opposed to businesses which only deal with the general public in unfinished stones/gems (i.e. jewelry stores)); • Foreign financial institutions, which include foreign banks, offshore mutual funds, foreign futures commission merchants, foreign broker-dealers, and foreign branches of a U.S. bank, mutual fund, futures commission merchant and broker-dealer. Note: UBS FS is NOT a foreign financial institution for SIAP purposes. • Approved Charities. Relationships with Sensitive Charities are generally prohibited. Approved Charities refers to those charities that are Sensitive but have been deemed low risk in terms of the risks associated with the financing of terrorism. Please see the Money Laundering Prevention Guide for the extended definition of Approved and Sensitive Charities.
**NOTE: Accounts for the following industries are prohibited: Foreign Shell Banks, Offshore Banks, Non-bank bank note dealers, Money Service Businesses (MSBs); Non-Publicly Traded Arms Dealers, Offshore captive insurance companies, Casinos or other gambling/betting operations that operate on the Internet, Sensitive Charities. However, individuals substantially connected to these industries should be submitted for SIAP review.**

AC-DI                    2                    Rev. 3/10

000200310

**UBS Financial Services Inc.**

DI R2

Account number: _____ #67789

3. How were you introduced to the client?

a. Referral from:
- A UBS affiliate, Name of affiliate _____
- An existing UBS FS client; specify account number of referring party _____
- ✓ Client is a family member
- Other

If referral, name of referring party _____ N/A

Client's relationship to referring party _____ N/A

How long has the referring party known the client? (Months/Years) _____ N/A

FA's relationship to referring party _____ N/A

How long has the FA known the referring party (Months/Years)? _____

b. Is the client new to UBS FS due to the recruitment of a Financial Advisor?

No _____ Yes ✓ If yes, what firm? Sanlake _____ How long was the client at the other firm? 10

c. Is there a commission–sharing or referral fee arrangement with the referring party?

_____ N/A _____ No _____ Yes If "Yes," please describe: _____

4. How long has the FA known the client or client's agent/Financial Intermediary (FIM)? (Months/Years) _____ 12

5. Have you or another UBS FS representative met personally with the client? _____ No _____ Yes ✓

If "Yes," indicate the month and year of most recent meeting and name(s) of person(s) met:

_____ May 10, 2010 – Carlos Cuellar _____

Location (select one): _____ Client's home _____ Client's business ✓ _____ UBS FS branch office
Other (specify): _____

6. Has a UBS Wealth Planning employee assisted you or the client in opening up this account? _____ No ✓ _____ Yes

If Yes, please provide the employee's name: _____

7. Are you aware of any prior or pending criminal or regulatory proceedings, or any negative reputation issues involving the client, beneficial owner, or the referring party?

_____ No ✓ _____ Yes If "Yes," please describe: _____

8. Approximately what percentage of the initially deposited funds does the client anticipate investing in securities (not including RMA funds)?

_____ Less than 25% _____ 25-49% _____ 50% or More ✓ _____ Undecided

9. Will this be or is this presently an IRMA/RMA account? _____ No _____ Yes ✓

a. If "Yes," has the client expressed an interest in receiving checks or debit/credit cards? Which? _____ Checks ✓ _____ Debit/credit cards

b. Will the use of the checks or debit/credit cards constitute the primary activity of the account? _____ Yes _____ No ✓

10. Account Activity:

a. Will there be third party deposits into or withdrawals from the account (e.g., checks, wire transfers, securities, etc.)?

_____ No ✓ _____ Yes If "Yes," please describe the anticipated activity, provide the payor/payees, and the purpose of the activity:

_____

b. Will there be regular funds or securities movements to/from foreign countries? _____ No ✓ _____ Yes

If "Yes," please specify country(ies) and reason or nature: _____

c. What is the anticipated monthly value of transaction volumes (debits and credits aggregated)?

_____ 0 – 500K ✓ _____ 500K – 1MM _____ 1MM –5MM _____ 5MM – 10MM _____ 10MM – 25MM _____ 25MM – 50MM

_____ If more than 50MM, provide details _____

**UBS Financial Services Inc.** | DI | **R2**

Account number: _____ #67789

11. Anticipated or Current Products

Indicate all products that you anticipate the client using:

____ Foreign currency exchange   ____ Equities   ____ Fixed income   ____ Options   ____ Margin   ____ Money Market

____ Futures   ____ Commodities   ____ Mutual funds   ____ Managed Accounts

Other (specify): _____

12. Initial anticipated deposit

Method of Deposit   ____ Check   ____ Wire   ____ ACAT

| Total amount 3,000,000 | Securities Wire | Other |
|---|---|---|

a. Identify institutions transmitting all or any part of the initial deposit:

| Name Santander | Location Miami |
|---|---|
| Name | Location |

b. Is or was the initial deposit from a third party source or related, but different, named accounts?   ____ No   ____ Yes

If "Yes," who is the third party and what is his/her relationship to the client? _____

c. Indicate total expected account value: 10,000,000   Or if DVP, indicate approximate expected annual revenue: _____

13. What are the client's, grantor's and/or beneficial owner's sources of wealth?  (Complete all applicable sections)

a. ____ Compensation derived from current employment   ____ Retired (provide information about last employment)

____ Other sources of wealth and income

| **Employment Status** |
|---|
| ___ Employed ___ Self-Supported ___ Volunteer ___ Retired ___ Student ___ Work in the Home ___ Self-Employed ___ Unemployed |
| Occupation: House wife                                                        Annual Salary: |
| Name and address of employer |
| |
| Nature of employer's business |
| Initial date of employment |

b. ____ PRESENT BUSINESS OWNERSHIP   ____ NOT APPLICABLE

____ Private company   ____ Public company   Stock symbol: _____   Exchange: _____

| Name and address of company |
|---|
| Nature of business |
| Percent ownership |
| If a private company, list names of other owners with more than 10% ownership |
| How long has the company been in existence? | Approximate number of employees |

UBS Financial Services Inc.

**R2**

DI

Account number: _____ # 6 7 7 8 9

| Prior year's annual gross revenues |
|---|
| Primary geographic market areas |
| Are there significant revenues from government contracts/licenses?  _____ No  _____ Yes |
| If "Yes," please indicate which governments/countries: _____ |

C. _____ OTHER SOURCES OF WEALTH   *M/A*

| Real estate investments  _____ Commercial  _____ Residential  _____ Undeveloped property |
|---|
| Describe: _____ |
| Securities  _____ No  _____ Yes |
| Describe: _____ |
| Private investment  _____ No  _____ Yes |
| Describe: _____ |
| Sale of a business  _____ No  _____ Yes |
| If "Yes," list name, address and nature of business and sale amount: |
| _____ |
| _____ |

| Other |
|---|
| If inheritance, list approximate date and amount, identify the party granting the inheritance by name and relationship to client. |
| _____ |
| _____ |
| _____ |
| _____ |
| _____ |

AC-DI

000200310

Rev. 3/10

**CONFIDENTIAL**

**UBS-PONS 003981**

UBS Financial Services Inc.    DI    R2

Account number: _____ # 6 7 7 8 9

Additional Information:
Please provide any additional information regarding the client's acquisition of wealth.

_____
_____
_____
_____
_____
_____

*By signing below, the FA certifies that to the best of his/her knowledge, following a reasonable inquiry, the above information is accurate and complete.*

*By signing below, the Branch Manager (or qualified designee) indicates his/her approval of the information provided on this form.*

| FA signature | Date | Branch Manager (or qualified designee) signature | Date |
|---|---|---|---|
| | May 18, 2010 | | 5/24/10 |
| Print FA Name | | Print Branch Manager Name | |
| | | **ERIC GARCIA-TUÑON** | |

000200310
CONFIDENTIAL
UBS-PONS 003982

 **UBS**

UBS Financial Services Inc.

Account number: **#67789**

- ____ update
- ____ referral / prospective client
- ✓ new account
- ____ Premier Client

# Enhanced Due Diligence Questionnaire for Individually Designated Accounts

**THIS DOCUMENT MUST BE FILLED OUT COMPLETELY OR IT WILL BE RETURNED TO THE BRANCH.**

**I. REASON FOR COMPLETING FORM** (select all that apply)

✓ Non Resident Alien (NRA)   ____ Sensitive Industry Affected Party (SIAP)   ✓ Sensitive Country Affected Party (SCAP)

____ Politically Exposed Person (PEP)   ____ Other

**II. ACCOUNT TYPE**

____ Individual (Ind)   ____ Joint (JT)   ✓ Personal Holding Company (PHC)   ____ Trust (TS, TM, IS, IM)   ____ Foundation (FI)   ____ Other

Account title: Eldine Trading Limited

Jurisdiction of formation of corporation/situs of trust/foundation (if applicable): British Ungin (Islands)

Does this individual/entity have the ability to issue bearer shares? ____ Yes   ✓ No   ____ N/A

Does this client have an existing account with UBS FS as account holder, principal officer, beneficial owner, grantor, etc.?
✓ No   ____ Yes, if yes, please provide the related UBS FS account numbers:

Mailing Address City/Country: Club Buzzon No Quis -3907, P.o Box 02 -5268

Name of beneficial owner: Carlos Avellen          Miami, Florida 33132-5268 USA

Note: If there is more than one beneficial owner, complete a DI form for each individual.

Primary residential street address (P.O. Box not acceptable): Pasaje Pusigui KM 7, Quito, Ecuador

| Home telephone | Business telephone | Date of birth | Citizenship |
|---|---|---|---|
| 593 2 2350277 | 5932 226 0500 | | Ecuador |

| Estimated Annual Income | Estimated Liquid Assets | Estimated Net Worth |
|---|---|---|
| 000,000 | 20,000,000 | 50,000,000 |

Investment Experience (in years)

20 Equities   20 Bonds   1 Futures   5 Options – Buy   5 Options – Sell

Other current bank/brokerage relationships (name institution(s) and location(s)):

Santander Miami

**If the account is for a trust, provide the following:**

Grantor (Settlor, Creator) Information:

Name: _____

Date of Birth: _____

Is grantor living or deceased? _____



000200310

**UBS Financial Services Inc.**

Account number: _____ **# 6 7 7 8 9**

---

### III. POLITICALLY EXPOSED PERSONS (PEPs)[1]

Are any of the Beneficial Owners, authorized signatories, grantors/settlors/creators, trustees or individuals acting as power of attorney politically exposed persons ("PEPs")? ____✓____ No _____ Yes

If "Yes," please name the political official, current or former position, and describe the relationship to the client or beneficial owner:

_____

_____

_____

Self_____   Close Associate_____   Immediate Family Member_____

---

### IV. SENSITIVE COUNTRY AFFECTED PARTY (SCAP)[2]

Is the account or any beneficial owner considered a Sensitive Country Affected Party account based on the current Sensitive Country list?
_____ No   ___✓___ Yes   If Yes, specify the country(ies): _____ Ecuador _____

For entities listed on this form (PHC, trusts, foundation), if any person or entity named on the account or any beneficial owner has a substantial connection to a Sensitive County, then the relationship will be treated as a SCAP.

Note: The Sensitive Country list for UBS FS can be found in Exhibit G of the Money Laundering Prevention Guide.

---

### V.  SENSITIVE INDUSTRY OR ACTIVITY AFFECTED PARTY (SIAP)[3]

Does the client or a beneficial owner have a substantial connection to any of these Sensitive Industries? ___✓___ No _____ Yes   If yes, specify the industry, the name or names of the specific business entities involved, and the client's or beneficial owner's position in such business entities:

_____

---

**NOTE: If "Yes" to III, IV or V, pre-approval from the Sensitive Client Unit in the Money Laundering Prevention Group (MLPG-SCU) must be obtained.**

---

1. Are there any individuals authorized to act on behalf of the account who are not beneficial owners (i.e., power of attorney, additional authorized signatories, trustees, etc.)?
___✓___ No _____ Yes If "Yes," please provide name and role: _____

---

2. Are there any other beneficial owners/settlors/creators of this account? _____ No ___✓___ Yes  If "Yes," how many? ___1___
**(NOTE: An EDD questionnaire must be completed for each additional beneficial owner/settlor/creator)**

---

[1] A PEP is defined as a current or former non-US senior official including immediate family members and close associates, or a current US political official, defined as President, Vice President, Member of the United States Cabinet, Member of the United States Congress (Senate or House of Representatives), Supreme Court Justice, Chairman of the Joint Chiefs of Staff, State or Commonwealth Governor. Please see the Money Laundering Prevention Guide for the extended definition of PEPs. Please see the Money Laundering Prevention Guide for the extended definition of PEPs.
[2] Sensitive Country Affected Party (SCAP) is an account holder or beneficial owner that resides in, or has a "substantial connection" with a country that is listed as Sensitive on Exhibit G or the link referenced above. Factors to be considered in determining whether a "substantial connection" to a Sensitive Country exists include but are not limited to the following: (1) 50% or more of the client's or beneficial owner's business is with persons or entities in the Sensitive Country (for example, customer base, exports, investments); (2) the client's senior management resides in the Sensitive Country; or (3) the client or beneficial owner has derived or derives 50% or more of its wealth or income from the Sensitive County. Note: The definition of "substantial connection" is not limited to the residence or the citizenship of the client or beneficial owner. Please see the Money Laundering Prevention Guide for the extended definition of SCAPs.
[3] A Sensitive Industry or Activity Affected Party (SIAP) is an account holder or beneficial owner that has a substantial connection to a Sensitive industry. A "substantial connection" to a sensitive industry exists when the client or beneficial owner is engaged in or derives more than 50% of his or her income through such industry. Exceptions: (1) clients and beneficial owners who are employed by SIAPs and who are not senior executive management and/or owners with a material interest in the entity, and (2) clients or beneficial owners who merely supply goods or services to a SIAP. Please see the Money Laundering Prevention Guide for the extended definition of SIAPs.
NOTE: A DI Form must be completed for individuals with a substantial connection to the following Sensitive Industries: • Casinos or other gambling/betting operations. Note: Gambling or betting businesses that operate on the Internet are prohibited. • Arms dealers, i.e. persons and entities involved in the manufacture, sale, purchase or distribution of defense, arms or war-related materials or those who act as agents, brokers, intermediaries or representatives of arms dealers) that are publicly traded in a major domestic or foreign exchange. Note: Non-publicly traded arms dealers are prohibited. • Dealers of precious metals and stones, which are defined as entities that trade in rough, uncut or unfinished precious metals, diamonds or other gems, or intermediaries for such dealers (as opposed to businesses which only deal with the general public in unfinished stones/gems (i.e. jewelry stores). • Foreign financial institutions, which include foreign banks, offshore mutual funds, foreign futures commission merchants, foreign broker-dealers, and foreign branches of U.S. bank, mutual fund, futures commission merchant and broker-dealer. Note: UBS FS is NOT a foreign financial institution for SIAP purposes. • Approved Charities. Relationships with Sensitive Charities are generally prohibited. Approved Charities refers to those charities that are Sensitive but have been deemed low risk in terms of the risks associated with the financing of terrorism. Please see the Money Laundering Prevention Guide for the extended definition of Approved and Sensitive Charities.
NOTE: Accounts for the following industries are prohibited: Foreign Shell Banks, Offshore Banks, Non-bank bank note dealers, Money Service Businesses (MSBs), Non-Publicly Traded Arms Dealers, Offshore captive insurance companies, Casinos or other gambling/betting operations that operate on the Internet, Sensitive Charities. However, individuals substantially connected to these industries should be submitted for SIAP review.

000200310



AC-DI                                    2                                    Rev. 3/10

**CONFIDENTIAL**                                    **UBS-PONS 003984**

UBS Financial Services Inc. | DI | R2

Account number: _____ #67789

3. How were you introduced to the client?

a. Referral from: _____ A UBS affiliate; Name of affiliate _____
_____ An existing UBS FS client; specify account number of referring party _____
_____ Client is a family member
_____ Other

If referral, name of referring party _____ N/A

Client's relationship to referring party _____ N/A

How long has the referring party known the client? (Months/Years) N/A

FA's relationship to referring party _____ N/A

How long has the FA known the referring party (Months/Years)? N/A

b. Is the client new to UBS FS due to the recruitment of a Financial Advisor?

No _____ Yes ✓ If yes, what firm? SANTANDER  How long was the client at the other firm? 10 years

c. Is there a commission-sharing or referral fee arrangement with the referring party?

✓ N/A _____ No _____ Yes  If "Yes," please describe: _____

4. How long has the FA known the client or client's agent/Financial Intermediary (FIM)? (Months/Years) 12 years

5. Have you or another UBS FS representative met personally with the client? _____ No ✓ Yes

If "Yes," indicate the month and year of most recent meeting and name(s) of person(s) met:

May 10, 2010 — Carlos Avellan

Location (select one): _____ Client's home ✓ Client's business _____ UBS FS branch office

Other (specify): _____

6. Has a UBS Wealth Planning employee assisted you or the client in opening up this account? ✓ No _____ Yes

If Yes, please provide the employee's name: _____

7. Are you aware of any prior or pending criminal or regulatory proceedings, or any negative reputation issues involving the client, beneficial owner, or the referring party?

✓ No _____ Yes  If "Yes," please describe: _____

8. Approximately what percentage of the initially deposited funds does the client anticipate investing in securities (not including RMA funds)?

_____ Less than 25% _____ 25-49% ✓ 50% or More _____ Undecided

9. Will this be or is this presently an IRMA/RMA account? _____ No ✓ Yes

a. If "Yes," has the client expressed an interest in receiving checks or debit/credit cards? Which? ✓ Checks _____ Debit/credit cards

b. Will the use of the checks or debit cards constitute the primary activity of the account? _____ Yes ✓ No

10. Account Activity:

a. Will there be third party deposits into or withdrawals from the account (e.g., checks, wire transfers, securities, etc.)?

✓ No _____ Yes  If "Yes," please describe the anticipated activity, provide the payor/payees, and the purpose of the activity: _____

b. Will there be regular funds or securities movements to/from foreign countries? _____ No _____ Yes

If "Yes," please specify country(ies) and reason or nature: _____

c. What is the anticipated monthly value of transaction volumes (debits and credits aggregated)

✓ 0 – 500K _____ 500K – 1MM _____ 1MM –5MM _____ 5MM – 10MM _____ 10MM – 25MM _____ 25MM – 50MM

_____ If more than 50MM, provide details _____

000200310

Rev. 3/10

**UBS Financial Services Inc.**  DI  R2

Account number: _____  # 6 7 7 8 9

---

11. Anticipated or Current Products

Indicate all products that you anticipate the client using:

_____ Foreign currency exchange _____ Equities _____ Fixed income _____ Options _____ Margin _____ Money Market

_____ Futures _____ Commodities _____ Mutual funds _____ Managed Accounts

Other (specify): _____

12. Initial anticipated deposit

Method of Deposit _____ Check _____ Wire _____ ACAT

| Total amount 3,000,000 | Securities  Wire | Other |
|---|---|---|

a. Identify institutions transmitting all or any part of the initial deposit:

| Name  Santander | Location  Miami |
|---|---|
| Name | Location |

b. Is or was the initial deposit from a third party source or related, but different, named accounts? ✓ No _____ Yes

If "Yes," who is the third party and what is his/her relationship to the client? _____

c. Indicate total expected account value: 10,000,000  Or if DVP, indicate approximate expected annual revenue: _____

13. What are the client's, grantor's and/or beneficial owner's sources of wealth? (Complete all applicable sections)

a. _____ Compensation derived from current employment  _____ Retired (provide information about last employment)

_____ Other sources of wealth and income

| Employment Status |
|---|
| ___ Employed ___ Self-Supported ___ Volunteer ___ Retired ___ Student ___ Work in the Home ___ Self-Employed ___ Unemployed |
| Occupation:                                                        Annual Salary: |
| Name and address of employer |
| Nature of employer's business |
| Initial date of employment |

b. ✓ PRESENT BUSINESS OWNERSHIP  _____ NOT APPLICABLE

✓ Private company _____ Public company  Stock symbol: _____  Exchange: _____

| Name and address of company  Adelca  - Avenida Naciones Unidas 1214 y Amazonas - Edif la Previsora Torre A Piso 11 - OF 02 Quito, Ecuador |
|---|
| Nature of business  Steel business 25% |
| Percent ownership |
| If a private company, list names of other owners with more than 10% ownership 25% Carlos Avero  25% Luis Felismo Avero  25% Felipe Avero  25% Juan Jose Avero |
| How long has the company been in existence? 50 years  | Approximate number of employees 300 |

000200310



**UBS Financial Services Inc.** ~~D1~~   R2

Account number: _____ #67789

| | |
|---|---|
| Prior year's annual gross revenues | 300,000,000 |
| Primary geographic market areas | Eurone |
| Are there significant revenues from government contracts/licenses? | ___ No ___ Yes |
| If "Yes," please indicate which governments/countries: | |

c. _____ OTHER SOURCES OF WEALTH

| | |
|---|---|
| Real estate investments ____ Commercial __✓__ Residential ____ Undeveloped property | |
| Describe: Quito, Ecuador - For rental | |
| Securities ____ No ____ Yes | |
| Describe: | |
| Private investment ____ No ____ Yes | |
| Describe: | |
| Sale of a business ____ No ____ Yes | |
| If "Yes," list name, address and nature of business and sale amount: | |

**Other**

If inheritance, list approximate date and amount, identify the party granting the inheritance by name and relationship to client.

Mr. Carlos Averell is the brother of ▮▮▮▮▮▮ and business partner of ▮▮▮▮▮▮▮▮▮▮▮▮ both existing client's of ours (about ▮▮▮▮ in Assets). Mr. Carlos Averan was a previous client of Painweber for over 10 years.

000200310   Rev. 3/10   UBS-PONS 003987

UBS Financial Services Inc.

DI **R2**

Account number: _____ **#67789**

---

**Additional Information:**
Please provide any additional information regarding the client's acquisition of wealth.

_____
_____
_____
_____
_____
_____

---

*By signing below, the FA certifies that to the best of his/her knowledge, following a reasonable inquiry, the above information is accurate and complete.*

*By signing below, the Branch Manager (or qualified designee) indicates his/her approval of the information provided on this form.*

| FA signature | Date | Branch Manager (or qualified designee) signature | Date |
|---|---|---|---|
| | Aug 10, 2010 | | 5/24/10 |
| Print FA Name | | Print Branch Manager Name | |
| Jesus Kevier | | | |

ERIC GARCIA-TUÑON

# COMPOSITE EXHIBIT D
# TO MOLINA DECLARATION

**Date:**  01 NOVEMBER 2017

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Title:**

CURRENT ACCOUNT - USD - 145670

**Account Number:**

08.145670.10.840.02

## ACCOUNT STATEMENT

### FROM 01 OCTOBER 2017 TO 31 OCTOBER 2017

**Page :   1  of  1**

| DATE | VALUE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------|-------------|-------|--------|---------|
| 10/01/17 | | Initial balance | | | 278,813.41 |
| 10/02/17 | 10/02/17 | Safecustody Fees | 1,296.59 | | 277,516.82 |
| | | Fee Posted from 201707 to 201709 | | | |
| 10/24/17 | 10/24/17 | Outgoing Wire Transfer | 143,035.00 | | 134,481.82 |
| | | HONAKER COPRORATION | | | |
| | | MORGAN STANLEY | | | |
| | | 201 S BISCAYNE BLVD | | | |
| | | MIAMI FLORIDA | | | |
| | | | **Balance as of** | **10/31/17** | **134,481.82** |

Stocks, Bonds, Mutual Funds and Deposits are not FDIC insures, are not bank guaranteed and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.

**Date:** 03 JANUARY 2017

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Title:**

CURRENT ACCOUNT - USD - 145670

**Account Number:**

08.145670.10.840.01

## ACCOUNT STATEMENT

### FROM 01 DECEMBER 2016 TO 31 DECEMBER 2016

**Page :  1 of 3**

| DATE | VALUE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------|-------------|-------|--------|---------|
| 12/01/16 | | Initial balance | | | 2,868,446.01 |
| 12/01/16 | 12/01/16 | Securities Sale | | 1,899,615.21 | 4,768,061.22 |
| | | 17111.108 - CARMIGNAC PORT PATRI-EH(CARPEUS LX) | | | |
| 12/01/16 | 12/01/16 | Securities Sale | | 1,527,186.94 | 6,295,248.16 |
| | | 246.22 - FIRST EAGLE AMUNDI INTL A (SOCGISD) | | | |
| 12/01/16 | 12/01/16 | Securities Sale | | 221,596.88 | 6,516,845.04 |
| | | 225000 - CRED AGRIC CoCo 7.875 29JAN49 REGS | | | |
| 12/01/16 | 12/01/16 | Securities Sale | | 350,630.21 | 6,867,475.25 |
| | | 375000 - CRED AGRIC CoCo 6.625 29SEP49 REGS | | | |
| 12/01/16 | 12/01/16 | Securities Sale | | 201,775.00 | 7,069,250.25 |
| | | 200000 - BRADESCO 4.50 PCT 12 JAN 17 | | | |
| 12/01/16 | 12/01/16 | Securities Sale | | 372,500.00 | 7,441,750.25 |
| | | 500000 - ING DRA EWZ FXI EWA 10.60P 28AUG17 | | | |
| 12/01/16 | 12/01/16 | Securities Sale | | 741,500.00 | 8,183,250.25 |
| | | 1000000 - NTXS RA FTMIB IBEX DAX 8.25 11JUN18 | | | |
| 12/01/16 | 11/30/16 | Coupon Payment | | 3,115.38 | 8,186,365.63 |
| | | 500000 - SG DRA RTY SX7E 9.00 PCT 30 MAY 18 | | | |
| 12/02/16 | 12/02/16 | Securities Sale | | 347,500.00 | 8,533,865.63 |
| | | 500000 - SG DRA RTY SX7E 9.00 PCT 30 MAY 18 | | | |
| 12/02/16 | 12/02/16 | Outgoing Wire Transfer | 2,200,035.00 | | 6,333,830.63 |
| | | MORGAN STANLEY SMITH BARNEY LLC | | | |
| | | 201 S BISCAYNE BLVD STE 2000 | | | |
| | | MIAMI FL | | | |
| | | CITIBANK | | | |
| | | 111 WALL STREET | | | |
| | | NEW YORK NY | | | |
| | | Balance carried forward | | | 6,333,830.63 |
| | | | | | |

Stocks, Bonds, Mutual Funds and Deposits are not FDIC insures, are not bank guaranteed and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.

**Date:** 03 JANUARY 2017

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Title:**

CURRENT ACCOUNT - USD - 145670

**Account Number:**

08.145670.10.840.01

## ACCOUNT STATEMENT

### FROM 01 DECEMBER 2016 TO 31 DECEMBER 2016

Page :  **2 of 3**

| DATE | VALUE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------|-------------|-------|--------|---------|
| 12/02/16 | | Balance brought forward | | | 6,333,830.63 |
| 12/05/16 | 12/05/16 | Loan Interest Payment | 759.34 | | 6,333,071.29 |
| 12/05/16 | 12/05/16 | Loan Repayment | 1,300,000.00 | | 5,033,071.29 |
| 12/05/16 | 12/05/16 | Loan Drawdown | | 1,300,000.00 | 6,333,071.29 |
| 12/13/16 | 12/13/16 | Loan Drawdown | | 2,000,000.00 | 8,333,071.29 |
| 12/13/16 | 12/13/16 | Loan Interest Payment | 908.56 | | 8,332,162.73 |
| 12/13/16 | 12/13/16 | Loan Repayment | 2,000,000.00 | | 6,332,162.73 |
| 12/16/16 | 12/15/16 | Incoming Wire Transfer<br>FIDEVAL S.A.<br>TTEE UTA DTD 05132013<br>AV LA CORUNA N2814 Y MANUEL ITURRE<br>QUITO, ECUADOR | | 1,457,600.00 | 7,789,762.73 |
| 12/16/16 | 12/16/16 | Outgoing Wire Transfer<br>MORGAN STANLEY SMITH BARNEY LLC<br>201 S BISCAYNE BLVD SUITE 2000<br>MIAMI FL<br>CITIBANK<br>NEW YORK NEW YORK | 2,950,035.00 | | 4,839,727.73 |
| 12/19/16 | 12/19/16 | Loan Interest Payment | 776.18 | | 4,838,951.55 |
| 12/19/16 | 12/19/16 | Loan Repayment | 1,300,000.00 | | 3,538,951.55 |
| 12/20/16 | 12/20/16 | Loan Interest Payment | 532.86 | | 3,538,418.69 |
| | | Balance carried forward | | | 3,538,418.69 |

Stocks, Bonds, Mutual Funds and Deposits are not FDIC insures, are not bank guaranteed and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.

**Date:**  03 JANUARY 2017

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Title:**

CURRENT ACCOUNT - USD - 145670

**Account Number:**

08.145670.10.840.01

## ACCOUNT STATEMENT

### FROM 01 DECEMBER 2016 TO 31 DECEMBER 2016

**Page :   3 of 3**

| DATE | VALUE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------|-------------|-------|--------|---------|
| 12/20/16 | | Balance brought forward | | | 3,538,418.69 |
| 12/20/16 | 12/20/16 | Loan Repayment | 2,000,000.00 | | 1,538,418.69 |
| 12/22/16 | 12/21/16 | Incoming Wire Transfer | | 1,844,000.00 | 3,382,418.69 |
| | | HONAKER CORPORATION | | | |
| | | PO BOX N8604 NASSAU, BAHAMAS | | | |
| 12/27/16 | 12/27/16 | Our Account Pay Credit | | 7.98 | 3,382,426.67 |
| 12/27/16 | 12/27/16 | Our Account Pay Credit | | 9.96 | 3,382,436.63 |
| | | | **Balance as of** | **12/31/16** | **3,382,436.63** |

Stocks, Bonds, Mutual Funds and Deposits are not FDIC insures, are not bank guaranteed and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.

# EXHIBIT E
## TO MOLINA DECLARATION

*# 9* *10/3/19*

16 de Septiembre 2019

Concepcion RAMON, Senior Associate
Senior Assistant Relationship Manager
**CA Indosuez Wealth (Miami)**
600 Brickell Ave, 37th Floor, Miami, FL 33131
www.ca-indosuez.com

Estimada Connie:

*145670*

Por medio de la presente solicito el cierre de la cuenta ~~145760~~ de Honaker Corporation.

Favor transferir el balance de la misma a:

1. Bank: CITIBANK

    111 Wall Street, NY NY

    ABA 021000089

    SWIFT CITIUS33

2. Beneficiary:  MORGAN STANLEY

    201 S Biscayne Blvd, Miami FL 33131

    ACCOUNT: 40611172

3. For Further credit: Honaker Corporation 658-069059.

Atentamente,

Carlos Avellán

HONAKER CORPORATION

*10.3-19*

*waive new callback*

*unable to locate by phone*

*inst to close a/c*
*Was initially*
*confirmed on*
*No verbal*

*delay due to re-registering of SEC in 2018*

*593-99-968-4664*

*10/1*

CONFIDENTIAL

CAIWM007560

Scanned on 10/03/2019 at 16:10 by UT1WWS

COPY

# EXHIBIT F
# TO MOLINA DECLARATION



CRÉDIT AGRICOLE
PRIVATE BANKING

910.55.1.GB

```
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

Date: 22 JULY 2013

Reference Nbr:
FT/13203/00030

**CONFIRMATION**

Act Nbr:
08.148522.10.840.01

| TRANSACTION |
|---|

```
We have credited your account as follow:

Value Date  22 JULY 2013

BY ORDER OF              :      CARLOS AVELLAN

CREDIT REFERENCE        :      CK 210

AMOUNT RECEIVED         :  USD                       36,072.61
                           ----------------------------------------
AMOUNT CREDITED         :  USD                       36,072.61
                           ========================================
```

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.
**Crédit Agricole Private Banking Miami - 600 Brickell Ave, 37th Floor, Miami, FL 33131 - www.ca-miami.com**
*Crédit Agricole Private Banking Miami is a trade name of the Crédit Agricole Corporate and Investment Bank, a member of the Crédit Agricole Group*
CONFIDENTIAL                                                                                    CAIWM007144

# COMPOSITE EXHIBIT G
## TO MOLINA DECLARATION



**CRÉDIT AGRICOLE**
**PRIVATE BANKING**

Date: 01 OCTOBER 2013

Account Title:
CURRENT ACCOUNT - USD - 145670

Account Number:
08.145670.10.840.02

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## ACCOUNT STATEMENT

FROM 01 SEPTEMBER 2013 TO 30 SEPTEMBER 2013                                    Page :   1

| Date | Value | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 09/01/13 | | Initial balance | | | -16,846.11 |
| 09/04/13 | 09/04/13 | Redemption Credit DC<br>95PCT FORT GLOBAL OFFSHORE CL D 2 | | 458,548.82 | 441,702.71 |
| 09/04/13 | 09/04/13 | Redemption Credit DC<br>95PCT FORT GLOBAL OFFSHORE CL C | | 454,985.27 | 896,687.98 |
| 09/11/13 | 09/11/13 | Outgoing Wire Transfer<br>KONA MARKETING LTD.<br>GOLDMAN SACHS AND CO. | 770,035.00 | | 126,652.98 |
| 09/18/13 | 09/18/13 | Redemption Credit DC<br>5PCT FORT GLOBAL OFFSHORE CL D 2 | | 23,638.81 | 150,291.79 |
| 09/18/13 | 09/18/13 | Redemption Credit DC<br>5PC FORT GLOBAL OFFSHORE CL C | | 23,439.84 | 173,731.63 |
| 09/27/13 | 09/27/13 | Miscellaneous Debits<br>ARIAS RESOURCE CAPITAL ADJUSTMENTS | 109,494.10 | | 64,237.53 |
| 09/30/13 | 10/01/13 | Debit Interest | 7.37 | | 64,230.16 |

|  |  |  | Balance as of: | 09/30/13 | 64,230.16 |
|---|---|---|---|---|---|

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.

CONFIDENTIAL Crédit Agricole Private Banking Miami - 600 Brickell Ave, 37th Floor, Miami, FL 33131 - www.ca-miami.com        CAIWM001017
*Crédit Agricole Private Banking Miami is a trade name of the Crédit Agricole Corporate and Investment Bank, a member of the Crédit Agricole Group*



**CRÉDIT AGRICOLE**
**PRIVATE BANKING**

**Date:** 01 FEBRUARY 2013

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
**Account Title:**                                     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
CURRENT ACCOUNT - USD - 145670                          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
**Account Number:**
08.145670.10.840.02

## ACCOUNT STATEMENT

FROM 01 JANUARY 2013 TO 31 JANUARY 2013                                                    Page :   1

| Date | Value | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 01/01/13 | | Initial balance | | | 548,473.61 |
| 01/02/13 | 01/02/13 | Safecustody Fees<br>Fee Posted from 201210 to 201212 | 2,602.47 | | 545,871.14 |
| 01/02/13 | 01/02/13 | Internal Account Transfer  081456701084001<br>CURRENT ACCOUNT - USD - 145670 | 5,490.00 | | 540,381.14 |
| 01/04/13 | 01/04/13 | Outgoing Wire Transfer<br>KONA MARKETING LTD<br>GOLDMAN SACHS AND CO. | 415,035.00 | | 125,346.14 |
| 01/10/13 | 01/10/13 | Internal Account Transfer  081456701084001<br>CURRENT ACCOUNT - USD - 145670 | 2,000.00 | | 123,346.14 |
| 01/29/13 | 01/29/13 | Redemption Credit DC<br>GALAXY FUND CLASS RJT | | 108,983.45 | 232,329.59 |

| | | | | Balance as of: 01/31/13 | 232,329.59 |

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.
**Crédit Agricole Private Banking Miami - 600 Brickell Ave, 37th Floor, Miami, FL 33131 - www.ca-miami.com**
*Crédit Agricole Private Banking Miami is a trade name of the Crédit Agricole Corporate and Investment Bank, a member of the Crédit Agricole Group*
CONFIDENTIAL                                                                                    CAIWM001409



**CRÉDIT AGRICOLE**
**PRIVATE BANKING**

**Date:** 02 JULY 2012

**Account Title:**
CURRENT ACCOUNT - USD - 145670

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Number:**
08.145670.10.840.01

### ACCOUNT STATEMENT

FROM 01 JUNE 2012 TO 30 JUNE 2012                                    Sheet no.  1

| Date | Value | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 06/01/12 | | Initial balance | | | 2,766,539.04 |
| 06/01/12 | 06/01/12 | Securities Sale<br>10195 - ISHARES INVESTOP CORP BOND (LQD) | | 1,180,159.57 | 3,946,698.61 |
| 06/01/12 | 06/01/12 | Securities Sale<br>9500 - ISHARES BARCLAYS 7-10YR TSRY (IEF) | | 1,016,448.71 | 4,963,147.32 |
| 06/01/12 | 06/01/12 | Currency Purchase | 1,863,750.00 | | 3,099,397.32 |
| 06/04/12 | 06/04/12 | Securities Sale<br>1425 - PICTET EMERG LOCAL CCY P (PPEMGDP) | | 253,977.50 | 3,353,374.82 |
| 06/04/12 | 06/04/12 | Securities Sale<br>23943 - BLACKROCK GLBL INFLATION LINKED FD | | 301,821.23 | 3,655,196.05 |
| 06/05/12 | 06/05/12 | Check Deposited CK 1322<br>ROBERT A MESSLER III<br>JPMORGAN CHASE | | 1,400.00 | 3,656,596.05 |
| 06/06/12 | 06/06/12 | Securities Sale<br>16399.95 - FIDELITY US HY BOND FD A (PIDUSHB) | | 196,535.40 | 3,853,131.45 |
| 06/07/12 | 06/07/12 | Check Payment | 3,650.00 | | 3,849,481.45 |
| 06/08/12 | 06/08/12 | Outgoing Wire Transfer<br>XAVIER ANDRES ROSALES<br>BANK OF AMERICA | 735.00 | | 3,848,746.45 |
| 06/11/12 | 06/11/12 | Currency Purchase | 851.19 | | 3,847,895.26 |
| 06/12/12 | 06/12/12 | Outgoing Wire Transfer<br>BAY MANAGEMENT ADVISORS LTD<br>CREDIT SUISSE AG | 9,177.00 | | 3,838,718.26 |
| | | Balance carried forward | | | 3,838,718.26 |

Balance as of:

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.



**CRÉDIT AGRICOLE**
PRIVATE BANKING

**Date:** 02 JULY 2012

**Account Title:**
CURRENT ACCOUNT - USD - 145670

**Account Number:**
08.145670.10.840.01

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

### ACCOUNT STATEMENT

FROM 01 JUNE 2012 TO 30 JUNE 2012                                          Sheet no.  2

| Date | Value | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 06/12/12 | | Balance brought forward | | | 3,838,718.26 |
| 06/12/12 | 06/12/12 | Outgoing Wire Transfer<br>KONA MARKETING LTD<br>GOLDMAN SACHS AND CO. | 290,035.00 | | 3,548,683.26 |
| 06/19/12 | 05/10/12 | Securities Purchase<br>80000 - ARIAS RESOURCE CAP FUND II -PENDING | | 80,080.00 | 3,628,763.26 |
| 06/19/12 | 05/10/12 | Securities Purchase<br>80000 - ARIAS RESOURCE CAP FUND II -PENDING | 80,080.00 | | 3,548,683.26 |
| 06/19/12 | 06/19/12 | LC Quarterly Maintenance Com.<br>QUARTERLY COMM LC 020737003<br>TILL JULY 2012 | 1,843.75 | | 3,546,839.51 |
| 06/19/12 | 06/19/12 | Currency Purchase | 580.01 | | 3,546,259.50 |
| 06/26/12 | 06/26/12 | Outgoing Check Payment<br>AMERICAN EXPRESS | 35.71 | | 3,546,223.79 |
| 06/27/12 | 06/27/12 | Outgoing Wire Transfer<br>JUAN MANUEL MARCHAN<br>WELLS FARGO BANK | 1,235.00 | | 3,544,988.79 |
| 06/27/12 | 06/27/12 | Outgoing Wire Transfer<br>COMMONWEALTH TRUST CO.<br>WILMINGTON TRUST COMPANY | 5,535.00 | | 3,539,453.79 |
| | | | Balance as of: | 06/30/12 | 3,539,453.79 |

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.

CONFIDENTIAL    **Crédit Agricole Private Banking Miami - 600 Brickell Ave, 37th Floor, Miami, FL 33131 - www.ca-miami.com**    CAIWM000923
*Crédit Agricole Private Banking Miami is a trade name of the Crédit Agricole Corporate and Investment Bank, a member of the Crédit Agricole Group*

Scanned on 09-11-2013 16:11 by UT1FRU

Quito, 10 de Septiembre, 2013

Philippe Larmier

CREDIT AGRICOLE MIAMI AGENCY

Miami, FL USA

*676882 96*

Estimado Philippe:

Favor debitar la cuenta de Honaker Port 12 por USD 770,000 y transferir a:

      BANK NAME: CITIBANK N.A.

      CITY: NEW YORK

      SWIFT CODE: CITIUS33

      ABA: 021000089

      ACCOUNT NAME: GOLDMAN SACHS & CO.

      ACCOUNT #: 3073-6756

      FOR FURTHER CREDIT: KONA MARKETING LTD

      ACCOUNT #: 029-11170-5

**Philippe LARMIER**
Director
Deputy General Manager

Atentamente,



Carlos Avellan

Honaker Corporation

Magda SALGADO
Associate
Junior Relationship Manager

Olivier LIVENAIS
Managing Director
General Manager



TELEPHONE
VERIFICATION
CALL BACK ☐
CALL IN ☐
EMPLOYEE _Barbara_
CLIENT _Carlos Avellan_
DATE _9-11-13_
TIME _10:11 Am_
EXT. _7803_
# CALLED _593 999-1604-16(04_
METHOD OF VERIFICATION
_voice recognition_

2 EXCO MEMBERS

CONFIDENTIAL

CAIWM007499

1669100379386180:3                                                                    Page 1 of 1

```
Ref:                                                   R10-SYSTEM
       FT1325400006    OTCU
                Outward SWIFT Payment      (Debit Plus Charges)
                ================================================

                         DEBIT INFORMATION
                         -----------------

Debit Account         08.145670.10.840.02 HONAKER CORPORATION
Debit Value Date      11.09.13

                         CREDIT INFORMATION
                         ------------------
Credit Currency       USD
Credit Amount         770,000.00
Credit Value Date     11.09.13
---------------------------------------------------------------------
Ordered by            HONAKER CORPORATION
                      PALM CHAMBERS NO. 3, P.O. BOX 3152
                      ROAD TOWN, TORTOLA, BVI




Beneficiary           KONA MARKETING LTD.

Overrides             ACCOUNT 051456701084002 - DEBIT TO COLLATERAL



Inputter              24_RODRIGUEZ.B__DES_



                         RISK INFORMATION
                         ----------------

Master Pledge Agr.    COMPLETED
Overdraft Agr.        COMPLETED
Customer Status       INCOMPLETE

         COLLATERAL INFORMATION
         ----------------------

(Bef.Txn=  12,341,320.55) (Aft.Txn=  11,571,320.55) (Aft.All FT Txn  11,571,320.55)

(Bef.Txn=     825,947.02) (Aft.Txn=      55,947.02) (Aft.All FT Txn      48,183.02)
```

Magda SALGADO
Associate
Junior Relationship Manager

```
-----------------------                        -----------------------
Relationship Manager                           Risk Department
(if needed Only)                               (if needed Only)
```

CONFIDENTIAL                                                          CAIWM007500

Scanned on 09-11-2013 16:11 by UTIFRU

Scanned on 09-11-2013 16:11 by UTIRW

Print                                                          Page 1 of 1



**Legal Notice**

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

**Comment:**

| Username: usrdtw0001 | Printed: 11-09-2013 19:04 UTC |
|---|---|
| **NAME:** CITIBANK N.A. | |
| **MODE:** Part Match | |

| | |
|---|---|
| **CITIBANK INTERNATIONAL PLC** | BANK |
| **CITIBANK NA** | BANK |
| **CITIBANK NA** | BANK |
| **CITIBANK NA BANCO UNIVERSAL SUCURSAL VENEZUELA** | BANK |
| **LEASING CITIBANK SA COMPANIA DE FINANCIAMIENTO COMERCIAL** | CORPORATE |

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

CONFIDENTIAL                                                          CAIWM007501



**Legal Notice**

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

**Comment:**

| Username: usrdtw0001 | Printed: 11-09-2013 19:04 UTC |
|---|---|
| **NAME:** GOLDMAN SACHS AND CO | |
| **MODE:** Part Match | |

There are no entries matching the above search criteria.

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

CONFIDENTIAL                                                                                        CAIWM007502

Scanned on 09-11-2013 16:11 by UT1RW

Print                                                                    Page 1 of 1



**Legal Notice**

You are strictly prohibited from disclosing or copying the content of this service to third parties excluding regulatory agencies.

**Please note**

(1) General Legal Notice
(2) Category Legal Notice
(3) Reported Link Legal Notice

Comment:

| Username: usrdtw0001 | Printed: 11-09-2013 19:05 UTC |
|---|---|
| **NAME:** KONA MARKETING | |
| **MODE:** Part Match | |
| There are no entries matching the above search criteria. | |

**1) General Legal Notice**

* All information identified or correlated in this profile, appears in the listed sources. We are not responsible for the content of third party sites or sources. Information correlated is necessarily brief and should be read by users in the context of the fuller details available in the external sources to which hypertext links are provided. Users should also carry out independent checks in order to verify the information correlated.

**2) Category Legal Notice**

Category is based on information contained in the sources provided.

**3) Reported Link Legal Notice**

Where an individual or entity is listed as being "Reported to be linked to" other profiles, the nature of the links vary considerably and users should not draw negative inferences merely from that association.

CONFIDENTIAL                                                                    CAIWM007503

Scanned on 09-11-2013 16:11 by UTLPRW

# COMPOSITE EXHIBIT H
## TO MOLINA DECLARATION



**CRÉDIT AGRICOLE**
PRIVATE BANKING

**Date:**  03 DECEMBER 2012

**Account Title:**
CURRENT ACCOUNT - USD - 145670

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Number:**
08.145670.10.840.01

### ACCOUNT STATEMENT

FROM 01 NOVEMBER 2012 TO 30 NOVEMBER 2012                                      Page :   1

| Date | Value | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 11/01/12 | | Initial balance | | | 9,200.08 |
| 11/16/12 | 11/16/12 | Outgoing Wire Transfer<br>ABALLI MILNE KALIL, PA<br>SABADELL UNITED BANK, N.A. | 3,952.43 | | 5,247.65 |
| 11/19/12 | 11/19/12 | LC Quarterly Maintenance Com.<br>QTLY COMM UNDER LC 020737003<br>FROM OCT TO DEC 2012 | 1,843.75 | | 3,403.90 |
| 11/26/12 | 11/20/12 | Coupon Payment<br>750000 - BACR RA SPY IWM 8.75 PCT 20 MAY 14 | | 16,927.08 | 20,330.98 |
| 11/27/12 | 11/27/12 | Outgoing Check Payment<br>AMERICAN EXPRESS | 6,828.76 | | 13,502.22 |
| 11/27/12 | 11/27/12 | Outgoing Wire Transfer<br>XAVIER ANDRES ROSALES<br>BANK OF AMERICA | 1,035.00 | | 12,467.22 |
| 11/27/12 | 11/27/12 | Outgoing Wire Transfer<br>BAY MANAGEMENT ADVISORS LTD<br>CREDIT SUISSE AG, NASSAU BRANCH | 8,258.00 | | 4,209.22 |
| 11/29/12 | 11/29/12 | Internal Account Transfer  081456701084002<br>CLIENT | | 2,836.00 | 7,045.22 |
| 11/29/12 | 11/29/12 | Outgoing Wire Transfer<br>LENNOX PATTON USD CLIENT ACCOUNT<br>RBC ROYAL BANK (BAHAMAS) LTD | 7,045.00 | | 0.22 |
| 11/30/12 | 11/30/12 | Securities Sale<br>500000 - ARCELOR MTNA 3.75 PCT 25 FEB 15 | | 503,757.64 | 503,757.86 |
| | | | Balance as of: | 11/30/12 | 503,757.86 |

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.


## CRÉDIT AGRICOLE
### PRIVATE BANKING

**Date:** 01 MAY 2014

| | |
|---|---|
| **Account Title:**<br>CURRENT ACCOUNT - USD - 145670 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX<br>XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX<br>XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| **Account Number:**<br>08.145670.10.840.01 | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX<br>XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |

### ACCOUNT STATEMENT

FROM 01 APRIL 2014 TO 30 APRIL 2014                                    Page :   1

| Date | Value | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 04/01/14 | | Initial balance | | | 2,447,805.00 |
| 04/01/14 | 04/01/14 | Safecustody Fees<br>Fee Posted from 201401 to 201403 | 2,990.53 | | 2,444,814.47 |
| 04/04/14 | 04/04/14 | Outgoing Wire Transfer<br>ABALLI MILNE KALIL PA<br>SABADEL UNITED BANK NA<br>ABA 067009646 | 7,054.44 | | 2,437,760.03 |
| 04/04/14 | 04/04/14 | Outgoing Wire Transfer<br>Bay Management Holdings Ltd<br>Credit Suisse AG<br>Nassau Branch Wealth Management<br>SWIFT CRESBSNXXXX Acct 8900547693 | 57,244.00 | | 2,380,516.03 |
| 04/29/14 | 04/29/14 | Bill Payment<br>AMERICAN EXPRESS | 22,218.63 | | 2,358,297.40 |
| 04/30/14 | 04/30/14 | LC Quarterly Maintenance Com.<br>QTL COMM UNDER SBLC NO. 020737003<br>FROM APRIL 30 T JUNE 30 2014 | 1,843.75 | | 2,356,453.65 |

| | | | | Balance as of: 04/30/14 | 2,356,453.65 |
|---|---|---|---|---|---|

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.

CONFIDENTIAL   **Crédit Agricole Private Banking Miami - 600 Brickell Ave, 37th Floor, Miami, FL 33131 - www.ca-miami.com**   CAIWM001158
*Crédit Agricole Private Banking Miami is a trade name of the Crédit Agricole Corporate and Investment Bank, a member of the Crédit Agricole Group*



**CRÉDIT AGRICOLE**
PRIVATE BANKING

**Date:** 03 JUNE 2013

**Account Title:**
CURRENT ACCOUNT - USD - 145670

**Account Number:**
08.145670.10.840.01

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

### ACCOUNT STATEMENT

FROM 01 MAY 2013 TO 31 MAY 2013                                      Page :   1

| Date | Value | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 05/01/13 | | Initial balance | | | 828,987.03 |
| 05/01/13 | 04/30/13 | Coupon Payment<br>800000 - CA-CIB FRN 3ML FLOOR-CAP 30 JUL 22 | | 9,200.00 | 838,187.03 |
| 05/01/13 | 04/30/13 | Early Redemption<br>800000 - CA-CIB FRN 3ML FLOOR-CAP 30 JUL 22 | | 800,000.00 | 1,638,187.03 |
| 05/02/13 | 05/02/13 | Outgoing Wire Transfer<br>XAVIER ANDRES ROSALES<br>BANK OF AMERICA | 1,035.00 | | 1,637,152.03 |
| 05/02/13 | 05/02/13 | Securities Purchase<br>28975.009 - FRANK TEMP GL TOTAL RET-N (TGTRFBX) | 800,800.00 | | 836,352.03 |
| 05/08/13 | 05/08/13 | Outgoing Wire Transfer<br>ABALLI MILNE KALIL, PA<br>SABADELL UNITED BANK, N.A.<br>BISCAYNE BANKING CENTER | 8,433.32 | | 827,918.71 |
| 05/23/13 | 05/23/13 | Bill Payment<br>AMERICAN EXPRESS | 34,889.89 | | 793,028.82 |
| 05/28/13 | 05/28/13 | Loan Drawdown | | 2,000,000.00 | 2,793,028.82 |
| 05/28/13 | 05/28/13 | Securities Purchase<br>750000 - SG RA IBEX FTSEMIB 8 PCT 24 MAY 16 | 750,000.00 | | 2,043,028.82 |
| 05/28/13 | 05/28/13 | Loan or LC Disbursement<br>FIDEICOMISO CATALINA ALDAZ<br>BANCO INTERNACIONAL S.A. | 1,457,645.00 | | 585,383.82 |
| 05/29/13 | 05/28/13 | Coupon Payment<br>750000 - BNPP RA IBEX FTSEMIB 8 P 29 FEB 16 | | 15,000.00 | 600,383.82 |
| | | Balance carried forward | | | 600,383.82 |

Balance as of:

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.

Crédit Agricole Private Banking Miami - 600 Brickell Ave, 37th Floor, Miami, FL 33131 - www.ca-miami.com
*Crédit Agricole Private Banking Miami is a trade name of the Crédit Agricole Corporate and Investment Bank, a member of the Crédit Agricole Group*

CONFIDENTIAL                                                                CAIWM000983


**CRÉDIT AGRICOLE**
PRIVATE BANKING

**Date:** 03 JUNE 2013

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Title:**
CURRENT ACCOUNT - USD - 145670

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Number:**
08.145670.10.840.01

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

### ACCOUNT STATEMENT

FROM 01 MAY 2013 TO 31 MAY 2013                                         Page :    2

| Date | Value | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 05/29/13 | | Balance brought forward | | | 600,383.82 |
| 05/29/13 | 05/28/13 | Early Redemption<br>750000 - BNPP RA IBEX FTSEMIB 8 P 29 FEB 16 | | 750,000.00 | 1,350,383.82 |

| | Balance as of: | 05/31/13 | 1,350,383.82 |
|--|--|--|--|

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.

**Crédit Agricole Private Banking Miami - 600 Brickell Ave, 37th Floor, Miami, FL 33131 - www.ca-miami.com**
*Crédit Agricole Private Banking Miami is a trade name of the Crédit Agricole Corporate and Investment Bank, a member of the Crédit Agricole Group*

CONFIDENTIAL                                                                                     CAIWM000984

**Date:** 01 JULY 2016

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Title:**

CURRENT ACCOUNT - USD - 145670

**Account Number:**

08.145670.10.840.01

## ACCOUNT STATEMENT

### FROM 01 JUNE 2016 TO 30 JUNE 2016

**Page :  1 of 2**

| DATE | VALUE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------|-------------|-------|--------|---------|
| 06/01/16 | | Initial balance | | | 1,224,530.99 |
| 06/01/16 | 05/31/16 | Coupon Payment | | 5,714.29 | 1,230,245.28 |
| | | 500000 - SG DRA RTY SX7E 9.00 PCT 30 MAY 18 | | | |
| 06/07/16 | 06/07/16 | Bill Payment | 21,461.44 | | 1,208,783.84 |
| | | AMERICAN EXPRESS | | | |
| 06/10/16 | 06/10/16 | Outgoing Wire Transfer | 3,636.66 | | 1,205,147.18 |
| | | ABALLI MILNE KALIL PA | | | |
| | | OPERATING ACCT | | | |
| | | SABADELL UNITED BANK NA | | | |
| | | BISCAYNE BANKING CENTER | | | |
| | | ONE BISCAYNE TOWER, 2 SOUTH | | | |
| | | BISCAYNE BLVD MIAMI FL | | | |
| 06/10/16 | 06/09/16 | Coupon Payment | | 20,630.00 | 1,225,777.18 |
| | | 1000000 - NTXS RA FTMIB IBEX DAX 8.25 11JUN18 | | | |
| 06/21/16 | 06/21/16 | Loan Interest Payment | 5,393.30 | | 1,220,383.88 |
| 06/21/16 | 06/21/16 | Loan Repayment | 1,300,000.00 | | -79,616.12 |
| 06/21/16 | 06/21/16 | Loan Drawdown | | 1,300,000.00 | 1,220,383.88 |
| 06/23/16 | 06/23/16 | Bill Payment | 4,860.12 | | 1,215,523.76 |
| | | AMERICAN EXPRESS | | | |
| 06/28/16 | 06/27/16 | Dividend Payment | | 915.66 | 1,216,439.42 |
| | | 16800 - SPDR METALS AND MINING ETF (XME) | | | |
| 06/28/16 | 06/23/16 | Coupon Payment | | 6,210.94 | 1,222,650.36 |
| | | 375000 - CREDIT AGRICOLE CoCo 6.625 29SEP49 | | | |
| | | Balance carried forward | | | 1,222,650.36 |

Stocks, Bonds, Mutual Funds and Deposits are not FDIC insures, are not bank guaranteed and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.

**Date:** 01 JULY 2016

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Title:**

CURRENT ACCOUNT - USD - 145670

**Account Number:**

08.145670.10.840.01

## ACCOUNT STATEMENT

FROM 01 JUNE 2016 TO 30 JUNE 2016

**Page :   2 of 2**

| DATE | VALUE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------|-------------|-------|--------|---------|
| 06/28/16 | | Balance brought forward | | | 1,222,650.36 |
| 06/28/16 | 06/23/16 | Coupon Payment<br>225000 - CREDIT AGRICOLE CoCo 7.875 29JAN49 | | 4,429.69 | 1,227,080.05 |
| | | | | Balance as of   06/30/16 | 1,227,080.05 |

Stocks, Bonds, Mutual Funds and Deposits are not FDIC insures, are not bank guaranteed and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.


## CRÉDIT AGRICOLE
### PRIVATE BANKING

**Date:** 01 JUNE 2010

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
**Account Title:**                        XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
CURRENT ACCOUNT - USD - 145865            XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
                                          XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
**Account Number:**
08.145865.10.840.01

## ACCOUNT STATEMENT

FROM 01 MAY 2010 TO 28 MAY 2010                                    Sheet no.  1

| Date | Value | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 05/01/10 | | Initial balance | | | 40,614.32 |
| 05/12/10 | 05/12/10 | Outgoing Wire Transfer<br>ABALLI MILNE KALIL, P.A.<br>BNY MELLON, MIAMI, FL | 2,335.00 | | 38,279.32 |
| 05/18/10 | 05/17/10 | Coupon Payment<br>1200000 - GMAC FRN 3MBILL+2 PCT 15 AUG 11 | | 6,220.80 | 44,500.12 |
| 05/24/10 | 05/24/10 | Internal Account Transfer<br>MONEY MARKET ACCOUNT - USD - 145865 | | 316,000.00 | 360,500.12 |
| 05/24/10 | 05/24/10 | Internal Account Transfer  081473461084001<br>CURRENT ACCOUNT - USD - 147346 | 90,000.00 | | 270,500.12 |
| 05/24/10 | 05/24/10 | Internal Account Transfer  081475041084001<br>CURRENT ACCOUNT - USD - 147504 | 90,000.00 | | 180,500.12 |
| 05/24/10 | 05/24/10 | Internal Account Transfer  081456701084001<br>CURRENT ACCOUNT - USD - 145670 | 90,000.00 | | 90,500.12 |
| 05/24/10 | 05/24/10 | Outgoing Wire Transfer<br>CRYSTAL VIEW MOUNTAINS LTD.<br>GOLDMAN SACHS AND CO. | 90,035.00 | | 465.12 |
| 05/25/10 | 05/25/10 | Securities Sale<br>4352.683 - PERMAL FIXED INCOME A USD (PRMMDAI) | | 2,394,410.92 | 2,394,876.04 |

Balance as of:  05/28/10    2,394,876.04

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.
**Credit Agricole Private Banking Miami - 601 Brickell Key Drive, Suite 800, Miami, FL 33131 - www.ca-miami.com**
*Crédit Agricole Private Banking Miami is a trade name of the Crédit Agricole Corporate and Investment Bank, a member of the Crédit Agricole Group*
CONFIDENTIAL                                                        CAIWM003565

# EXHIBIT I
# TO MOLINA DECLARATION



**CRÉDIT AGRICOLE**
PRIVATE BANKING

**Date:** 02 AUGUST 2010

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Title:**
CURRENT ACCOUNT - USD - 145670

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

**Account Number:**
08.145670.10.840.01

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## ACCOUNT STATEMENT

FROM 01 JULY 2010 TO 30 JULY 2010                                        Sheet no.  1

| Date | Value | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 07/01/10 | | Initial balance | | | 730,094.04 |
| 07/01/10 | 07/01/10 | Safecustody Fees<br>Fee Posted from 201004 to 201006 | 2,082.39 | | 728,011.65 |
| 07/02/10 | 07/02/10 | Outgoing Wire Transfer<br>ELDINE TRADING LIMITED<br>BANCO SANTANDER INTERNACIONAL | 10,403.11 | | 717,608.54 |
| 07/06/10 | 07/06/10 | Outgoing Wire Transfer<br>BAY MANAGEMENT ADVISORS LTD BVI<br>CREDIT SUISSE NASSAU BRANCH | 6,188.00 | | 711,420.54 |
| 07/07/10 | 07/07/10 | Internal Account Transfer<br>MONEY MARKET ACCOUNT - USD - 145670 | | 300,000.00 | 1,011,420.54 |
| 07/07/10 | 07/06/10 | Securities Purchase<br>896.48 - VOL EDGE B (HAMVLEB) | 1,142,436.41 | | -131,015.87 |
| 07/08/10 | 07/07/10 | Internal Account Transfer<br>MONEY MARKET ACCOUNT - USD - 145670 | | 200,000.00 | 68,984.13 |
| 07/09/10 | 07/08/10 | Security Redemption<br>3998000 - US TREASURY BILL 08 JUL 10 | | 3,998,000.00 | 4,066,984.13 |
| 07/14/10 | 07/14/10 | Outgoing Wire Transfer<br>AMELIA PEREYRA Y SARAH BERMUDEZ<br>BANCO DEL PROGRESO | 81,481.88 | | 3,985,502.25 |
| 07/23/10 | 07/23/10 | Check Deposited CK 1192<br>ROBERT A MESSLER III<br>JPMORGAN CHASE | | 1,200.00 | 3,986,702.25 |
| 07/27/10 | 07/27/10 | LC Quarterly Maintenance Com.<br>QUARTERLY COMM LC 020737003<br>TILL OCT 2010 | 1,718.75 | | 3,984,983.50 |
| | | Balance carried forward | | | 3,984,983.50 |

Balance as of:

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.
**Crédit Agricole Private Banking Miami - 601 Brickell Key Drive, Suite 800, Miami, FL 33131 - www.ca-miami.com**
*Crédit Agricole Private Banking Miami is a trade name of the Crédit Agricole Corporate and Investment Bank, a member of the Crédit Agricole Group*
CONFIDENTIAL                                                                CAIWM001580



**Date:** 02 AUGUST 2010

**Account Title:**
CURRENT ACCOUNT - USD - 145670

**Account Number:**
08.145670.10.840.01

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## ACCOUNT STATEMENT

FROM 01 JULY 2010 TO 30 JULY 2010                                    Sheet no.  2

| Date | Value | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 07/27/10 | | Balance brought forward | | | 3,984,983.50 |
| 07/28/10 | 07/28/10 | LC Amendment Charge<br>AMENDMENT COMM LC 020737003 | 160.00 | | 3,984,823.50 |
| 07/28/10 | 07/28/10 | Outgoing Check Payment<br>AMERICAN EXPRESS | 45,716.41 | | 3,939,107.09 |
| 07/28/10 | 07/28/10 | Internal Account Transfer  081458651084001<br>CLIENT | | 583,518.00 | 4,522,625.09 |
| 07/29/10 | 07/29/10 | Guarantor Fee<br>LD0936400001 GTOR FEE CAVSTATES | | 2,541.67 | 4,525,166.76 |
| 07/29/10 | 07/29/10 | Guarantor Fee<br>LD0932700003 GTOR FEE CAVSTATES AD | | 10.41 | 4,525,177.17 |
| 07/29/10 | 07/29/10 | Securities Purchase<br>22451 - SPDR TECHNOLOGY SELECT SECTOR (XLK) | 500,783.59 | | 4,024,393.58 |
| 07/29/10 | 07/29/10 | Securities Purchase<br>17724 - DIREXION EM BULL 3X (EDC) | 499,106.49 | | 3,525,287.09 |
| 07/29/10 | 07/29/10 | Securities Purchase<br>7213 - ISHARES MSCI BRAZIL INDEX (EWZ) | 499,845.13 | | 3,025,441.96 |
| 07/29/10 | 07/29/10 | Securities Purchase<br>12094 - ISHARES FTSE XINHUA CHINA 25 (FXI) | 500,367.18 | | 2,525,074.78 |
| 07/29/10 | 07/29/10 | Securities Purchase<br>8869 - ISHARES MSCI ASIA EX JAPAN (AAXJ) | 500,306.28 | | 2,024,768.50 |
| 07/29/10 | 07/29/10 | Securities Purchase<br>15581 - SPDR MATERIAL SELECT SECTOR (XLB) | 499,994.68 | | 1,524,773.82 |
| | | Balance carried forward | | | 1,524,773.82 |

Balance as of:

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.
**Credit Agricole Private Banking Miami - 601 Brickell Key Drive, Suite 800, Miami, FL 33131 - www.ca-miami.com**
*Crédit Agricole Private Banking Miami is a trade name of the Credit Agricole Corporate and Investment Bank, a member of the Credit Agricole Group*
CONFIDENTIAL                                                                                    CAIWM001581



Date: 02 AUGUST 2010

Account Title:
CURRENT ACCOUNT - USD - 145670

Account Number:
08.145670.10.840.01

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

## ACCOUNT STATEMENT

FROM 01 JULY 2010 TO 30 JULY 2010                                    Sheet no.  3

| Date | Value | Description | Debit | Credit | Balance |
|------|-------|-------------|-------|--------|---------|
| 07/29/10 | | Balance brought forward | | | 1,524,773.82 |
| 07/30/10 | 07/30/10 | Miscellaneous Credit<br>LD1002800002 GTOR FEE CAVSTATES | | 2,527.78 | 1,527,301.60 |
| 07/30/10 | 08/01/10 | Debit Interest | 62.86 | | 1,527,238.74 |

|  |  |  |  | Balance as of: 07/30/10 | 1,527,238.74 |
|--|--|--|--|--|--|

Stocks, Bonds, Mutual Funds, and Deposits are not FDIC insured, are not bank guaranteed, and may lose value.
Please notify us in case of discrepancy within 30 days of delivery or mailing. This computer printout requires no signature.

Crédit Agricole Private Banking Miami - 601 Brickell Key Drive, Suite 800, Miami, FL 33131 - www.ca-miami.com
Crédit Agricole Private Banking Miami is a trade name of the Crédit Agricole Corporate and Investment Bank, a member of the Crédit Agricole Group
CONFIDENTIAL                                                          CAIWM001582